Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org
blitmans@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00290-TMB |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

---

PLAINTIFFS' RULE 7.1 CORP. DISCLOSURE STATEMENT　　　Page 1 of 4
*Sovereign Iñupiat for a Living v. Bureau of Land Mgmt.*, Case No. 3:20-cv-00290-TMB

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Sovereign Iñupiat For A Living Arctic, Alaska Wilderness League, Defenders of Wildlife, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society state that none of the Plaintiffs has a parent corporation and no publicly held corporation owns ten percent or more of stock in any Plaintiff.

Respectfully submitted this 17th day of November, 2020.

                                 s/Bridget Psarianos
                                 Bridget Psarianos (AK Bar No. 1705025)
                                 Suzanne Bostrom (AK Bar No. 1011068)
                                 Brook Brisson (AK Bar No. 0905013)
                                 Brian Litmans (AK Bar No. 0111068)

*Attorneys for Plaintiffs*

PLAINTIFFS' RULE 7.1 CORP. DISCLOSURE STATEMENT    Page 2 of 4
*Sovereign Iñupiat for a Living v. Bureau of Land Mgmt.*, Case No. 3:20-cv-00290-TMB

Case 3:20-cv-00290-TMB   Document 3   Filed 11/17/20   Page 2 of 4

# CERTIFICATE OF SERVICE

I certify that on November 17, 2020, I caused a copy of the PLAINTIFFS' RULE 7.2 CORPORATE DISCLOSURE STATEMENT to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system. For the parties who have not yet registered an appearance, a copy will be served via USPS Certified Mail:

Bureau of Land Management
760 Horizon Drive
Grand Junction, CO 81506

U.S. Fish and Wildlife Service
1849 C Street, N.W., Room 3331
Washington, DC 20240-0001

U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

David Bernhardt
Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

Chad Padgett
State Director for Alaska
Bureau of Land Management
222 W 7th Ave #13,
Anchorage, AK 99513

Civil Process Clerk
Office of the U.S. Attorney
Civil Division, District of Alaska, Anchorage Office
222 West 7th Ave., Room 253 #9
Anchorage, AK 99501

---

PLAINTIFFS' RULE 7.1 CORP. DISCLOSURE STATEMENT  Page 3 of 4
*Sovereign Iñupiat for a Living v. Bureau of Land Mgmt.*, Case No. 3:20-cv-00290-TMB

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

                                                     s/Bridget Psarianos
                                                     Bridget Psarianos

PLAINTIFFS' RULE 7.1 CORP. DISCLOSURE STATEMENT        Page 4 of 4
*Sovereign Iñupiat for a Living v. Bureau of Land Mgmt.*, Case No. 3:20-cv-00290-TMB

Case 3:20-cv-00290-TMB    Document 3    Filed 11/17/20    Page 4 of 4