Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bbrisson@trustees.org
sbostrom@trustees.org
bpsarianos@trustees.org
blitmans@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> CONOCOPHILLIPS, ALASKA, INC., <br><br> Intervenor-Defendant. | Case No. 3:20-cv-00290-SLG |

Joint Mot. & Stip. to Expedite Consideration of Pls.' Mot. for Prelim. Inj.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG  Page 1

# JOINT MOTION AND STIPULATION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (LCR 7.3(a))

Pursuant to Local Civil Rule 7.3(a), the parties jointly move this Court to expedite consideration of Plaintiffs' planned motion for a temporary restraining order and preliminary injunction ("Motion"). The parties respectfully request a ruling on the Motion by February 1, 2021.

On October 26, 2020, Federal Defendants issued a Record of Decision approving the Willow Master Development Plan. Decl. of Bridget Psarianos. As indicated in the final environmental impact statement, Intervenor-Defendant ConocoPhillips Alaska, Inc. ("ConocoPhillips") proposed to construct the Project beginning in the first quarter of 2021, subject to receipt of all required federal, state, and local permits. Decl. of Bridget Psarianos; Ex. E. The U.S. Army Corps of Engineers' permit is still outstanding but ConocoPhillips expects to receive this permit in December. Decl. of Bridget Psarianos; Decl. of Connor Dunn in Supp. of Mot. to Intervene, ECF No. 7 at 4 ¶ 7.

ConocoPhillips has submitted to BLM an application for a right-of-way grant ("ROW") and three applications for permits to drill. Those documents explain that construction of ice roads pursuant to the requested ROW for the Willow development is slated to start on January 20, 2021 and gravel mining could start in early February. Decl. of Bridget Psarianos; Ex D. On December 14, Federal Defendants informed Plaintiffs'

Joint Mot. & Stip. to Expedite Consideration of Pls.' Mot. for Prelim. Inj.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                              Page 2

Case 3:20-cv-00290-SLG   Document 14   Filed 12/18/20   Page 2 of 6

counsel that all required permit applications would be reviewed and permits issued, if appropriate, without delay. Decl. of Bridget Psarianos at 5, ¶ 9; Ex C.

ConocoPhillips, in order to allow a reasonable time for responsive briefing on the Plaintiffs' Motion, is willing to delay this winter's proposed construction work for Willow, including ice road building, so that such work would not begin before February 2, 2021 (unless the Court issues a decision denying Plaintiffs' Motion before that date).[1] ConocoPhillips' position is that it cannot further constrict its schedule without jeopardizing this winter's planned work for the Willow development. ConocoPhillips' concession on the schedule is not an admission that ice road building (or any other planned activities) causes irreparable harm.

Based on the foregoing and in order to avoid what Plaintiffs consider to be irreparable harm (an issue Federal Defendants and ConocoPhillips do not concede), Plaintiffs have determined the Motion is necessary. Plaintiffs assert that time is of the essence in resolving the Motion in order to avoid irreparable harm.

Plaintiffs and Federal Defendants met and conferred via e-mail and telephone to try to eliminate the need for motions practice related to a preliminary injunction. Decl. of Bridget Psarianos. The parties have been unable to reach an agreement that would further extend or pause the activities Plaintiffs seek to enjoin. Decl. of Bridget Psarianos.

---

[1] ConocoPhillips' representation in this regard does not apply to ice road construction in support of non-Willow projects, such as the annual resupply road to the Colville River Unit.

Joint Mot. & Stip. to Expedite Consideration of Pls.' Mot. for Prelim. Inj.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                                                 Page 3

To ensure that the Motion will be submitted to the Court in time for the Court to rule by February 1, 2021, the parties agree to the following expedited schedule:

(1) Plaintiffs will file the Motion by December 23, 2020.

(2) Federal Defendants and ConocoPhillips will file their responses by January 15, 2021.

(3) Plaintiffs will file an optional reply by January 21, 2021.

(4) Plaintiffs do not intend to request a hearing, and Federal Defendants and ConocoPhillips reserve their right to request a hearing after reviewing Plaintiffs' briefing. Federal Defendants and ConocoPhillips agree to file any hearing request no later than 24 hours after of the filing of any reply brief by Plaintiffs.

Respectfully submitted this 18th day of December, 2020.

    s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Caitlin Cipicchio (consent)*
Caitlin Cipicchio
United States Department of Justice

Joint Mot. & Stip. to Expedite Consideration of Pls.' Mot. for Prelim. Inj.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG    Page 4

Environment & Natural Resources Division
Natural Resources Section
Email: caitlin.cipicchio@usdoj.gov
Telephone: (202) 305-0503
Mailing Address:
4 Constitution Square
150 M St. NE
Washington, DC 2002

*/s/ Rickey D. Turner, Jr. (consent)*
Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
rickey.turner@usdoj.gov
Attorneys for Federal Respondents


STOEL RIVES LLP

By: */s/ Ryan P. Steen (consent)*
    Ryan P. Steen (Bar No. 0912084)
    Jason T. Morgan (Bar No. 1602010)
    James C. Feldman (Bar No. 1702003)

Attorneys for ConocoPhillips Alaska, Inc.

Joint Mot. & Stip. to Expedite Consideration of Pls.' Mot. for Prelim. Inj.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG      Page 5

Case 3:20-cv-00290-SLG    Document 14    Filed 12/18/20    Page 5 of 6

## Certificate of Service

      I certify that on December 18, 2020, I caused a copy of the JOINT MOTION AND STIPULATION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DECLARATION OF BRIDGET PSARIANOS, and [PROPOSED] ORDER to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

                                        s/ Bridget Psarianos
                                        Bridget Psarianos

Joint Mot. & Stip. to Expedite Consideration of Pls.' Mot. for Prelim. Inj.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                                            Page 6

Case 3:20-cv-00290-SLG    Document 14    Filed 12/18/20    Page 6 of 6