# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>    Intervenor-Defendant. | Case No. 3:20-cv-00290-SLG |

**ORDER RE JOINT MOTION AND STIPULATION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (LCR 7.3(a))**

Before the Court at Docket 14 is Plaintiffs and Defendants' Joint Motion to Expedite Consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. Upon consideration of the motion made pursuant to Local Civil Rule 7.3, and good cause being shown, IT IS ORDERED that the motion is hereby GRANTED. Consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is expedited.

Plaintiffs will file their motion by December 23, 2020. Defendants and Intervenor- Defendants will file their responses by January 15, 2021. Plaintiffs will file any reply by January 21, 2021.

Any request for a hearing on the motion will be filed not later than 24 hours after the filing of any reply by the Plaintiffs.

The Court will endeavor to enter a ruling on the motion by February 1, 2021.

DATED this 22nd day of December, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00290 -SLG, *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.*
Order re Joint Motion and Stipulation to Expedite Consideration
Page 2 of 2

Case 3:20-cv-00290-SLG   Document 16   Filed 12/22/20   Page 2 of 2