Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org
blitmans@trustees.org

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et. al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., <br><br> Intervenor-Defendant. | Case No. 3:20-cv-00290-SLG |

Mot. for Temporary Restraining Order and Preliminary Injunction
*Sovereign Iñupiat for a Living Arctic v. BLM,* Case No. 3:20-cv-00290-SLG    Page 1

# MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
## (F. Rule Civ. P. 65)

Plaintiffs, Sovereign Iñupiat for a Living Arctic, Alaska Wilderness League, Defenders of Wildlife, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society (collectively "Plaintiffs") respectfully request a temporary restraining order (TRO) and preliminary injunction under Federal Rule of Civil Procedure 65 to prevent ConocoPhillips Alaska, Inc. from engaging in any construction activities permitted in reliance on the BLM final environmental impact statement and record of decision or the FWS biological opinion while this case is resolved.

Plaintiffs meet the requirements for a temporary restraining order and preliminary injunction. They (1) are likely to prevail on their claims that FWS failed to make reasonable findings relevant to polar bears under the Endangered Species Act because it relied on mitigation measures that are not reasonably certain to occur, and that BLM failed to comply the National Environmental Policy Act by failing to take a hard look at the impacts of Willow, or at least that there are serious questions going to the merits of these claims; (2) demonstrated that the northeastern National Petroleum Reserve-Alaska (Reserve) and Plaintiffs' uses and interests will be irreparably harmed by gravel mining and road construction; (3) that the balance of equities favors protecting the Reserve while the case is resolved; and (4) the extensive public interest in protecting the Reserve from gravel mining and road construction pursuant to a deficient environmental analysis. To

Mot. for Temporary Restraining Order and Preliminary Injunction
*Sovereign Iñupiat for a Living Arctic v. BLM,* Case No. 3:20-cv-00290-SLG       Page 2

Case 3:20-cv-00290-SLG   Document 17   Filed 12/23/20   Page 2 of 4

safeguard the important public rights at issue in this case and because the Plaintiffs meet the criteria for bond waiver, the Court should waive the bond requirement or, at most, require only a nominal bond.

For the reasons stated above and in the accompanying memorandum, the Court should grant Plaintiffs' motion for a temporary restraining order and preliminary injunction enjoin ConocoPhillips from engaging in construction activities, including gravel mining and road construction activities, until the court resolves this case on the merits.

Respectfully submitted, this 23rd day of December, 2020.

    s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

Mot. for Temporary Restraining Order and Preliminary Injunction
*Sovereign Iñupiat for a Living Arctic v. BLM,* Case No. 3:20-cv-00290-SLG     Page 3

Case 3:20-cv-00290-SLG  Document 17  Filed 12/23/20  Page 3 of 4

## Certificate of Service

      I certify that on December 23, 2020, I caused a copy of the PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, MEMORENDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DOCUMENT LIST, DECLARATIONS, EXHIBITS, and [PROPOSED] ORDER to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

                                                  s/ Bridget Psarianos
                                                  Bridget Psarianos

Mot. for Temporary Restraining Order and Preliminary Injunction
*Sovereign Iñupiat for a Living Arctic v. BLM,* Case No. 3:20-cv-00290-SLG      Page 4

Case 3:20-cv-00290-SLG   Document 17   Filed 12/23/20   Page 4 of 4