Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org
blitmans@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et. al.*, <br><br>Plaintiffs, <br><br>v. <br><br>BUREAU OF LAND MANAGEMENT, *et. al.*, <br><br>Defendants, <br><br>and <br><br>CONOCOPHILLIPS ALASKA, INC., <br><br>Intervenor-Defendant. | Case No. 3:20-cv-00290-SLG |

## PLAINTIFFS' NOTICE OF RELATED CASE
**(Local Rules 3.1 and 16.1(e))**

Pursuant to Local Civil Rules 3.1(b) and 16.1(e), Plaintiffs Sovereign Iñupiat for a Living Arctic *et al.* provide notice that the following case was filed on December 21, 2020, in the United States District Court for the District of Alaska: *Center for Biological Diversity et al. v. Bureau of Land Management et al.*, Case No. 3:20-cv-00308-SLG.

That case and this action challenge the Bureau of Land Management's (BLM's) environmental review process for the Willow Master Development Plan and the U.S. Fish and Wildlife Service's (Service) decision to issue a biological opinion for the plan. The cases raise some similar and overlapping claims under the National Environmental Policy Act (NEPA) and Endangered Species Act (ESA). The cases also raise distinct claims and violations under NEPA and the ESA. Plaintiffs in this litgation also raise a claim under the Federal Lands Policy and Management Act. The cases are currently assigned to the same judge. The Plaintiffs do not seek consolidation.

Respectfully submitted December 29, 2020,

    s/Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF RELATED CASE    Page 2 of 3
*Sovereign Iñupiat for a Living Arctic v. BLM,* Case No. 3:20-cv-00290-SLG

Case 3:20-cv-00290-SLG   Document 18   Filed 12/29/20   Page 2 of 3

# CERTIFICATE OF SERVICE

      I certify that on December 29, 2020, I caused a copy of the PLAINTIFFS' NOTICE OF RELATED CASE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, and served Federal Defendants via email.

                                                    s/    Bridget Psarianos
                                             Bridget Psarianos (AK Bar No. 1705025)

PLAINTIFFS' NOTICE OF RELATED CASE                         Page 3 of 3
*Sovereign Iñupiat for a Living Arctic v. BLM,* Case No. 3:20-cv-00290-SLG

Case 3:20-cv-00290-SLG   Document 18   Filed 12/29/20   Page 3 of 3