# EXHIBIT 2

Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br>                            Plaintiffs, <br> v. <br> BUREAU OF LAND MANAGEMENT, et al., <br>                            Defendants, <br> and <br> CONOCOPHILLIPS ALASKA, INC., <br>                            Intervenor-Defendant. | No.: 3:20-cv-00290-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br>                            Plaintiffs, <br> v. <br> BUREAU OF LAND MANAGEMENT, et al., <br>                            Defendants. <br> and <br> CONOCOPHILLIPS ALASKA, INC., <br>                            Intervenor-Defendant. | No.: 3:20-cv-00308-SLG |

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG

1

# DECLARATION OF JAMES I. BRODIE

I, James I. Brodie, hereby declare and affirm as follows:

1. I make this declaration in support of ConocoPhillips Alaska, Inc.'s ("ConocoPhillips") opposition to the motion for preliminary injunction filed by the plaintiffs in the above-captioned matter. I have personal knowledge of the matters stated below, and I am authorized and competent to make this declaration.

2. I am a licensed engineer in Alaska (P.E. license #8994) with a degree in Civil Engineering from the University of Alaska Fairbanks. I am employed by ConocoPhillips Company and assigned to work on ConocoPhillips' projects in the Alaska Business Unit in Anchorage and on the North Slope. I have 30 years of experience with Alaska North Slope engineering, construction, and project management. In my current position, I am the Willow Project Manager. In this capacity, I am responsible for engineering, procurement, and construction of the Willow access road, drill sites, production facilities, and related infrastructure. I served in a similar capacity in support of ConocoPhillips' Colville Delta-5 project ("CD5"), which commenced production in 2015; Greater Mooses Tooth-1 project ("GMT1"), which commenced production in 2018; and Greater Mooses Tooth-2 project ("GMT2"), which is forecast to begin production in the fourth quarter of 2021. The Willow project is more complicated than any of those prior three projects and requires a higher level of planning and scheduling.

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG

2

3. The Willow Master Development Plan ("MDP") that was approved in the U.S. Bureau of Land Management's ("BLM") October 27, 2020 record of decision ("ROD") includes three gravel drill sites, a gravel access road, a processing facility, an operations center, pipelines, and an airstrip. The project also includes associated infrastructure such as a gravel mine to allow road and pad construction, subsistence access boat ramps for use by local residents, bridges across creeks, and a water reservoir.

4. The Willow project schedule provides for construction to begin in the 2021 winter construction season. Construction on the North Slope for new gravel infrastructure is limited to a season that generally runs from mid-January through April, when work can be performed on ice and snow over frozen tundra without causing environmental damage. In the National Petroleum Reserve-Alaska ("NPR-A"), construction can only begin after the completion of ice access across the Colville River and at the work location, which typically is completed by February 1. The schedule to begin Willow construction in the winter 2021 has been consistently described in public meetings and documents including the draft and final Willow MDP environmental impact statements prepared by BLM.

5. The scope of work that ConocoPhillips plans for Willow construction in 2021 is small in comparison to the scope planned for following years, but it lays an important foundation for project construction. The 2021 scope of work has three essential parts: (a) opening a gravel mine site, (b) testing low-impact mining technology using a

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
3

Ex. 2, p. 3
Case 3:20-cv-00290-SLG   Document 28-4   Filed 01/15/21   Page 4 of 15

piece of equipment called a "surface miner," and (c) constructing up to 2.8 miles of the gravel road that will provide access to the Willow development area. A map specific to the 2021 winter construction season activities for the Willow development is Exhibit A to this declaration.

6. ConocoPhillips plans to open one mine site during the 2021 winter construction season. Eventually, two mine sites will be opened to support full Willow construction, but only Willow Mine Site Area 2 will be opened in 2021. Opening Mine Site Area 2 involves removing the overburden (*i.e.*, tundra and soil) to reach the usable gravel below. Some of the overburden will be used to create a perimeter berm around the mine site, and the rest will be stockpiled within the mine site area and later placed back into the mine site as incremental reclamation. The Willow Mine site lies about 7 miles west of Nuiqsut, and provides an alternative to the Arctic Slope Regional Corporation ("ASRC") mine site, which ConocoPhillips used for the CD5, GM1, and GMT2 projects. The ASRC mine site lies about 4 miles east of Nuiqsut.

7. The Willow Mine Site Area 2 area that will be opened for mining this winter covers 9.0 acres. For comparison, the area of the ASRC Mine Site that was used to acquire gravel for GMT1 construction in 2017 was 25.4 acres. The area of the ASRC Mine Site that was used for GMT2 construction in 2019 was 17.3 acres. Thus, the gravel mining area for Willow construction in 2021 is small in comparison to other mining

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG

activity in recent years near Nuiqust. On a gravel volume basis, GMT1 and GMT2 compare to the 2021 Willow season as follows: GMT1, 626,000 cubic yards; GMT2, 671,000 cubic yards; Willow 2021, 122,000 cubic yards. Thus, the planned gravel mining for Willow in 2021 involves less than one-quarter of the gravel mined for either GMT1 or GMT2. Neither GMT1 nor GMT2 was subject to a legal challenge.

8. ConocoPhillips will use heavy equipment to remove the gravel and blasting to remove the overburden, although it is possible some blasting will be employed for gravel removal if the surface miner is ineffective. ConocoPhillips will follow a mining plan approved by the BLM, and will comply with Mitigation Measure 4 from the ROD (requiring blasting to be limited to the hours of 10 a.m. to 8 p.m., notification of residents, and adherence to a consistent daily schedule). Blasting will normally be limited to one time per day. A total of 18 blasts (on 18 separate days) are expected to be needed during the Willow 2021 construction season. It is possible that slight vibration from blasting at Mine Site Area 2 will be noticeable in Nuiqsut, depending on "shot size" (amount of explosive used), cloud cover, wind direction, and other factors. The shot sizes planned for this winter are smaller than is typically used in the ASRC mine site. ConocoPhillips will provide notice to the community before each blast.

9. I have been informed of a statement in a declaration submitted in support of the motion for preliminary injunction stating that past blasting from the ASRC mine site

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
5

Ex. 2, p. 5
Case 3:20-cv-00290-SLG   Document 28-4   Filed 01/15/21   Page 6 of 15

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

(unrelated to Willow) has caused broken pipes and broken windows. I do not have any personal knowledge of that occurrence and it seems improbable to me. In any event, experience at the ASRC mine site is not likely to be representative of how activities at the Willow Mine Site will be perceived in Nuiqsut. The ASRC mine site is about three miles closer to Nuiqsut than the Willow Mine Site. The Willow mine site is outside of the direction of the prevailing wind, which significantly reduces sound propagation. The shot sizes at the Willow Mine site in 2021 will be smaller than what has typically been used at the ASRC mine site.

10. ConocoPhillips plans to use a surface miner in Mine Site Area 2 this winter. We have not used this kind of equipment before on the North Slope. If it works as anticipated, the surface miner will allow us to produce higher quality gravel more quickly and reduce or eliminate the use of explosives after initially dislodging the overburden. If the surface mining equipment proves successful, we can plan work in following years with fewer trucks, fewer explosives, and a shorter period of time. Without assurance that the surface miner works adequately, we may need to plan conservatively for future years and use conventional gravel mining techniques to be assured that we can mine and move the necessary amount of gravel to maintain the project schedule.

11. With the gravel from Mine Site Area 2, ConocoPhillips plans to lay up to 2.8 miles of gravel road, beginning at the existing GMT2 drill site, running west as the

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
6

Ex. 2, p. 6
Case 3:20-cv-00290-SLG   Document 28-4   Filed 01/15/21   Page 7 of 15

first part of the road extension that in future years will be continued out toward where the Willow Operations Center ("WOC") and Willow Production Facility ("WPF") will eventually be constructed. It is most likely that we will accomplish about 2.0 miles of road construction this winter. Effectively, this will be an approximately 2-mile extension of the existing GMT2 road, which runs 25 miles east to the Alpine Central Facilities. Laying gravel for the road will require the use of dump trucks for hauling and dozers for shaping the gravel, but all of this work will occur between the Willow Mine Site and the road extension location, which is more than 15 miles west of Nuiqsut. All of this work will occur within the Greater Mooses Tooth Unit, not the Bear Tooth Unit where the Willow project will be located. The road construction will begin within 500 feet of the exiting GMT2 gravel pad, where construction has been occurring since 2019. The gravel hauling will be complete before May 1.

12. All three components of this season's construction work – mine opening, gravel miner testing, and road construction – require that ice roads first be constructed to allow access to the work areas. Ice road construction for Willow is now scheduled to begin on February 2, 2021. We plan to break ground at the Willow Mine Site Area 2 on February 12, and to begin gravel hauling and road construction on March 12. Demobilization is planned to start on April 15 and be complete on May 1, 2021.

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
7

Ex. 2, p. 7
Case 3:20-cv-00290-SLG   Document 28-4   Filed 01/15/21   Page 8 of 15

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

13. Work on the mine site and the road extension planned for 2021 will create disturbance on the surface of 9.0 acres of land at the Willow Mine Site, and from 15.0 to 20.9 acres of land at the road extension (depending on whether 2.0 or 2.8 miles of road is constructed). Thus, total surface disturbance resulting from Willow construction in 2021 will range from 24.0 acres to 29.9 acres. Based on GIS calculations from the NPR-A boundary, the NPR-A as a whole contains 23,229,653 acres. Thus, 2021 Willow construction activities will disturb the surface of 0.00013 percent of the NPR-A in an area near existing development, including GMT1 and GMT2.

14. In addition to opening the Willow Mine Site, testing the surface miner, and laying 2.0 to 2.8 miles of a gravel road extension, ConocoPhillips plans to conduct geotechnical work in the area of future Willow facilities. The geotechnical work involves drilling a series of small-diameter boreholes with an arctic duty drilling rig to collect samples for analysis and determination of subsurface conditions. This information will be used to support ongoing engineering and design work, including pile and foundation design for the future facilities. The geotechnical work is independently permitted and is not part of the Willow construction work that is planned to proceed under the authorization of the Willow MDP ROD.

15. The work that is part of the Willow construction (namely, mine site opening, testing of the gravel miner, and road construction) will be subject to mitigation

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
8

Ex. 2, p. 8
Case 3:20-cv-00290-SLG   Document 28-4   Filed 01/15/21   Page 9 of 15

measures. Mitigation measures applicable to gravel mining include the previously mentioned Measure 3, restricting blasting hours; and Measure 18, requiring a vehicle use plan to mitigate impacts on caribou by stopping traffic when 25 or more caribou appear to be approaching the road and requiring caravans or road closures when groups of caribou are near the road and traffic rates exceed 15 vehicles per hour. Additionally, Best Management Practice ("BMP) E-8 requires that gravel mine site design and reclamation be in accordance with a plan approved by BLM in consultation with appropriate resource agencies. The initial proposed Mining and Reclamation Plan is included as Appendix D.2 of the Willow MDP Final EIS. Eventually, the road will be reclaimed and the tundra will be restored unless BLM desires to keep it in place. Reclamation and restoration could be done earlier than anticipated if ordered by a court.

16. General project mitigation measures include a broad range of requirements to protect polar bears, protect caribou, avoid fluid spills, and address other potential adverse impacts. Measure 7, for example, addresses ice road infrastructure and requires slotting of ice roads at water crossings at the end of the season to avoid ice jams. ConocoPhillips has committed to follow the Area Contingency Plan, Orientation Plan, Subsistence Plan, Waste Management Plan, Wildlife Avoidance and Interaction Plan, and Willow Mine Site Excavation and Rehabilitation Plan, all of which have been submitted to the BLM. We will follow the lease stipulations imposed by BLM in connection with

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
9

Ex. 2, p. 9
Case 3:20-cv-00290-SLG   Document 28-4   Filed 01/15/21   Page 10 of 15

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

the oil and gas lease, and follow the Required Operating Procedures and Best Management Practices adopted by BLM in Integrated Activity Plans ("IAPs"), including the 2013 IAP which is the IAP currently in effect. We will also follow the regulations and the permit conditions imposed by the BLM, the North Slope Borough, the Alaska Department of Natural Resources (for water use), the Alaska Department of Fish and Game (for fish protection in lakes from which water is drawn) and other regulatory agencies.

17. I am informed that some of the declarations submitted in support of plaintiffs' motion for a preliminary injunction express concern about the plan to bring modules ashore at Oliktok point and then deliver them to the Willow area on a winter ice road involving an ice bridge across the Colville River in the vicinity of Ocean Point. To be clear, that module delivery will not happen during the 2021 season. The earliest time for module delivery across an ice bridge under the Willow MDP schedule would be 2025. Nothing about module delivery or the ice bridge is at issue during the 2021 construction season.

18. The Willow work scope planned for 2021 is important to the overall success of the Willow development. Opening Mine Site Area 2 will allow for immediate access to gravel for the subsequent construction seasons, thereby maximizing the gravel work that can be accomplished. Opening the mine will provide in-field knowledge about

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
10

**Ex. 2, p. 10**
Case 3:20-cv-00290-SLG   Document 28-4   Filed 01/15/21   Page 11 of 15

the quantity and quality of the gravel resource, which is important for planning future gravel mining and gravel road and pad construction. This knowledge will allow us to plan our future scope of work with more precision. Experience with the surface miner will confirm or disprove the use of this equipment as an alternative that allows for efficient gravel extraction without the potentially disruptive consequences of blasting. Constructing up to 2.8 miles of the road that will eventually connect GMT2 to the WOC and the WPF will be an important reduction of work to be accomplished in subsequent seasons.

19. ConocoPhillips has already spent or committed to spend an estimated $1.9 million dollars specifically to be prepared to execute the Winter 2021 Willow construction work. This includes money for road design engineering, the mining and reclamation plan preparation, internal staff time, construction readiness, road survey, camp mobilization, camp services, and other work that needs to be done by February 1 in order to execute the construction plan. While some of the money that has been spent or committed to date could potentially be transferred to a subsequent construction season, not all of it could be.

20. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
11

**Ex. 2, p. 11**
Case 3:20-cv-00290-SLG   Document 28-4   Filed 01/15/21   Page 12 of 15

DATED: 1/14/2021

                                                  */s/ James I. Brodie*
                                                  JAMES I. BRODIE

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
12

# EXHIBIT A

2020-2021
Willow Development
Project Construction
Polar Bear Critical Habitat
Historical Polar Bear Dens
Historical Den Location (USGS, 2020; USGS, 2010)
Polar Bear Critical Habitat
Unit 1 - Sea Ice Habitat (Feeding)
Unit 2 - Terrestrial Denning Habitat (Denning)
2020-2021 Planned Winter Gravel Construction (Year 1)
Gravel Construction
Ice Road
Ice Pad
Mine Site
Future Willow Development
Pipeline
Mine Site
Gravel Footprint
GMT2/MT7 Permitted
Pipeline
Infrastructure
Pipeline
Pad
Road
Boundaries
Oil and Gas Unit
NPR-A (BLM)
Map Extent
NPR-A
N
0 1 2 Miles
ConocoPhillips
Alaska, Inc.
January 14, 2021
Document Name: Willow_2021_GravelConstruction_PBCH.mxd
152°0'0"W
151°30'0"W
151°0'0"W
70°20'0"N
70°15'0"N
70°10'0"N
70°5'0"N
CD1
CD2
CD4
CD5
Nuiqsut
GMT1/
MT6
GMT2/
MT7
L9911/
R0061
BT1
BT2
BT3
WOC
WCF
BEAR TOOTH UNIT
COLVILLE RIVER UNIT
GREATER MOOSES TOOTH UNIT
Kalikpik River
Fish Creek Uvlutuuq
Fish Creek Iqalliqpik
Judy Creek Kayyaaq
Judy Creek Iqalliqpik
Tinmiaqsiugvik River Ublutuoch
Colville River Kuukpik
Nigliq Channel

Ex. 2, p. 14

