# EXHIBIT 3
# Part 2 of 3



**Map 15 Caribou Harvest Locations, May - October, 2018**

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November of 2018 and February of 2019.

*Other areas may have been used for resource harvesting.*

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222 info@srbak.com

Harvest Locations ●

National Petroleum Reserve Alaska

July 2018: 53 harvest locations, 28 respondents

October 2018: 3 harvest locations, 3 respondents

June 2018: 15 harvest locations, 13 respondents

September 2018: 18 harvest locations, 10 respondents

May 2018: 7 harvest locations, 2 respondents

August 2018: 46 harvest locations, 24 respondents

0   12.5   25   50
Miles

Harvest sites were generally located in areas of moderate to high overlap during each month. Harvest locations were reported in every month from May through October. Harvests in June were focused along the road system, East Channel, Itqiliq River, and upriver from the community as far as Sentinel Hill. In July, harvests increased in number and density and extended to Nigliq Channel, farther upriver to Chandler River, and west of the community in overland areas. July harvests also continued to occur on the East Channel, Itqiliq River, and along the road system. In August, harvests focused along the road system and Itqiliq River as well as specific upriver locations (e.g., Ocean Point, Umiuraq), with lesser harvesting on the Nigliq and East channels. In September, harvests began shifting away from the river system to the overland and road-accessed area to the west of the Colville River, with harvests continuing in that area but decreasing in October. 2018 use areas and harvest locations for the May to October time period were within the extent of previous years (Appendix E, Maps 4 and 5).

### *Travel Method*

Across all study years, boat has been the primary method of travel to caribou hunting areas (Figure 10 and Figure 11). Boat remained the principle travel method to caribou use areas in 2018, with 66 percent of use areas and 59 percent of hunting trips accessed using this method. Truck was the second most commonly used travel method in 2018 (14 percent of use areas and 24 percent of hunting trips), followed by four-wheeler (13 percent of use areas, 11 percent of trips), and snowmachine (nine percent of use areas, seven percent of trips) (Figure 10 and Figure 11; Appendix C, Tables 10 and 11). Use of boats for caribou hunting has declined slightly over time, from a high of 80 percent of use areas during the 2009 study year, to 70 percent in 2014, and 66 percent in 2018. Snowmachine use has also decreased, while use of four-wheelers and truck have increased. Increased truck use has coincided with the construction of roads in the region beginning in 2015 (Figure 10; Appendix C, Table 10). Four-wheeler use was reported at 13 percent of use areas, slightly higher than the average across all years. The increased use of truck, and possibly also four-wheeler, in recent years is due to respondents' increased use of the recently constructed Spur Road and roads to CD5 and GMT1.

**Figure 10: Nuiqsut Travel Method to Caribou Use Areas, 2008-2018**



Notes: See Appendix C, Table 10, for associated data.

Stephen R. Braund & Associates, 2020.

Ex. 3, p. 83
Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 3 of 83

**Figure 11: Nuiqsut Travel Method by Percentage of Trips, 2008-2018**



Notes: See Appendix C, Table 11, for associated data.

Stephen R. Braund & Associates, 2020.

In general, boat travel begins as soon as the ice breaks up in June and continues until freeze-up, sometime in September; in some years, boat travel can commence as early as May and extend as late as October. In terms of the percentage of use areas, the peak month for boat travel for all years is July, followed by August, June, and September (**Error! Not a valid bookmark self-reference.**). Annual differences in the peak of boating activities may be explained by the timing of break up in the spring and the availability, or lack of availability, of caribou in boat-accessed use areas during each ice-free month. Boat travel in 2018 was similar to previous years in terms of timing, but with lesser use in the months of August and September (**Error! Not a valid bookmark self-reference.**).

Across all study years, snowmachine use by active harvesters generally occurs beginning in September through April or May depending on the snow cover (Figure 13). The timing of snowmachine travel in 2018 was similar to previous study years which show peaks in early winter (October/November) and late winter (February and March). During 2018 snowmachine use occurred at varying levels from September through May, peaking in September, November, January, and February (between two and three percent of use areas) (Figure 13). As with boat, the extent of snowmachine travel is dependent on the weather and the availability of caribou during the winter months.

In 2018, residents reported using a combination of road and overland vehicles to access hunting areas to the west of the community. Residents commonly used trucks or cars to spot caribou from the road. If close to the road, residents hunted on foot. If farther from the road, residents used overland vehicles—either hauled or retrieved once caribou were spotted—to access harvest sites. The GMT1 road can be used to access areas not usually accessed using overland methods, particularly during the snow-free months.

Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 4 of 83

**Figure 12: Boat Use by Month**



Notes: See Appendix C, Table 12, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 13: Snowmachine Use by Month**



Notes: See Appendix C, Table 13, for associated data.

Stephen R. Braund & Associates, 2020.

Four-wheeler use is usually limited to the summer and fall months, starting in April/May and tapering off in October/November (Figure 14). While some previous study years (2012, 2016) showed some winter four-wheeler use at lower levels, the most study years, including 2018, showed four-wheeler travel being limited to the summer and fall months of May through October. Four-wheeler use in 2018 peaked in August with slightly lesser use in July and September. Recent years have shown somewhat higher levels of four-wheeler use (greater than 10 percent) compared to earlier study years (Figure 10). As one individual said, "It is increasing, the Honda hunting" (SRB&A Nuiqsut Interview November 2018).

**Figure 14: Four-wheeler Use by Month, 2008-2018**



Notes: See Appendix C, Table 14, for associated data.

Stephen R. Braund & Associates, 2020.

Another respondent observed that boat travel burns more gas and requires more investment than four-wheeler travel, and reported greater success rates when hunting by four-wheeler:

> *I went out with a boat a couple times but didn't see any [caribou]. I said, 'Man, we are having more luck with four-wheeler than boat!' We use a lot more gas with boats….. It takes just about seven gallons to get to Ocean Point, that's about 14 gallons round trip [by boat]. That's burning too much gas. Our four-wheelers in a round trip would only burn three gallons. I'm so concerned about burning gas, saving more gas, and getting better mileage with our four-wheelers. I said, 'The heck with that [boat hunting], we're going out with four-wheelers!'* (SRB&A Nuiqsut Interview November 2018)

Increased access to roads allows some individuals—particularly those without overland forms of transportation such as snowmachines and four-wheelers—to hunt caribou throughout the year. However, residents must either harvest the caribou close to the road or have means to access them from the road. As shown in Figure 15, truck travel across all years has occurred year-round with somewhat higher levels of truck use in the summer months. In 2018, a greater percentage of use areas was accessed using truck during the summer and fall months of June through October.

**Figure 15: Truck Use by Month, 2008-2018**



Notes: See Appendix C, Table 15, for associated data

Stephen R. Braund & Associates, 2020.

Caribou use areas by transportation method are shown on Map 16 through Map 19. Caribou use areas by travel method for previous study years are show in Appendix E, Maps 6 through 9. Map 16 shows that in 2018 respondents traveled by boat primarily along the Colville River, with high overlaps occurring upriver to Ocean Point and Umiuraq (Sentinel Hill) areas and along the East Channel. Moderate overlaps occurred along the Nigliq Channel and lower Itqiliq River, and farther upriver toward the mouth of the Chandler River. Fewer overlapping use areas occurred along Fish Creek, the middle Colville Delta, Milugiaq and Qakimak rivers, the upper Itqiliq River, Chandler and Anaktuvuk rivers, the upper Colville River near Umiat, and in coastal areas. Boating use areas for 2018 are similar to those for previous years, but do not extend as far along the coast east or west of the Colville Delta, or as far along the Colville, Chandler, and Itqiliq rivers, as some previous years (Appendix E, Map 6).

In 2018, four-wheeler areas were generally located west of the Colville River near the community and to the northwest of the community along and extending from the Spur Road, CD5 road, and GMT1 road (Map 17). Four-wheeler travel extended as far as Fish Creek in the north and to the Kikiakrorak River in the south. A majority of four-wheeler use areas extended directly west from the community toward the Ublutuoch River, or to the north and northwest of the community along the road system. In earlier study years, areas of high overlapping four-wheeler use were generally limited to areas south of the CD5 and GMT1 road system and east of the Ublutuoch River. In 2018, respondents used the road system to access overland use areas to the south and north of the road as well as accessing areas off the end of the GMT1 road, thus expanding the area of high overlapping use accessed by four-wheeler. In 2018, four-wheeler activity (Map 17) was similar to previous years (2008-2017) in terms of extent (Appendix E, Map 7), but included greater overlapping use in areas farther toward Fish Creek and along the road system.



**Map 16 - Method of Transportation to Caribou Use Areas, Boat, 2018**

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November 2018 and February 2019.

*Other areas may have been used for resource harvesting.*

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222 info@srbak.com

**Year 11: November 2017 - October 2018**

High / Low — 116 caribou areas used by 42 respondents

National Petroleum Reserve Alaska

N

0   5   10   20
Miles



**Map 17 - Method of Transportation to Caribou Use Areas, Four-Wheeler, 2018**

N

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November 2018 and February 2019.

*Other areas may have been used for resource harvesting.*

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222 info@srbak.com

**Year 11: November 2017 - October 2018**

High
Low

23 caribou areas used by 16 respondents

National Petroleum Reserve Alaska

0    2.25    4.5        9
Miles



**Map 18 - Method of Transportation to Caribou Use Areas, Snowmachine, 2018**

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November 2018 and February 2019.

*Other areas may have been used for resource harvesting.*

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222  info@srbak.com

**Year 11: November 2017 - October 2018**

High / Low

16 caribou areas used by 9 respondents

National Petroleum Reserve Alaska

N

0   2.25   4.5   9
Miles



**Map 19 - Method of Transportation to Caribou Use Areas, Truck, 2018**

N

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November 2018 and February 2019.

*Other areas may have been used for resource harvesting.*

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222  info@srbak.com

0    2.25    4.5    9
Miles

**Year 11: November 2017 - October 2018**

High
Low

25 caribou areas used by 23 respondents

National Petroleum Reserve Alaska

Compared to hunting by four-wheeler, snowmachine hunting generally occurs over a larger area and varies the most from year to year. During 2018, the area of snowmachine use was relatively similar to the area of four-wheeler use but with less focus along the road system. Snowmachine use areas of high overlapping use occurred directly to the west of the community to the Ublutuoch river (Map 18). Areas of moderate overlapping snowmachine use extended along the road system and farther west, northwest, and south of the community toward Fish Creek and surrounding Itqiliq River. Use areas extended directly south in an area between the Kikiakrorak River and Itqiliq River as well. In general, the extent of snowmachine use areas in 2018 compared to previous years (2008-2017) was much smaller than the extent of all previous years, but larger than some recent study years (Appendix E, Map 8).

As noted above, truck use by Nuiqsut caribou harvesters increased starting in 2015 due to construction of the Spur Road and subsequent construction of the Nigliq Channel bridge, road to CD5, and road to GMT1. In 2018, truck use areas were concentrated equally along the Spur Road, road to CD5, and road to GMT1. A small number of use areas were reported along the road system to CD1 and along ice roads east and south of the community (Map 19). Use of the CD5 and GMT1 roads was higher in 2018 than in previous study years. In previous years, respondents have reported use of other ice roads not present in 2018 (Appendix E, Map 9).

Differences in the maximum extent of hunting areas may reflect overall changes in overland travel or it may be a product of differences in the yearly sample. For example, the maximum extent of yearly snowmachine hunting areas may vary substantially with the inclusion (or exclusion) of certain hunters. Other factors that affect the maximum extent of use areas each year include snow conditions (i.e., are snow conditions adequate for extensive snowmachine travel?) and the location/availability of caribou during the winter months.

### Harvest Success

Figure 16 shows the percentage of caribou use areas in which respondents reported successful harvests. Over time, the percentage of use areas where respondents report successful harvests has declined slightly, from 78 percent of use areas successful in the 2008 to a low of 52 percent in 2018, with all other years ranging from 53 percent to 65 percent of areas successful. In 2018, the average number of caribou harvested per use area (1.4) and harvest location (1.7) was lower than most previous years with the exception of 2017 (Figure 17; Appendix C, Table 17). The mean number of caribou harvested per use area and harvest location peaked in 2008, 2014, and 2015, decreasing in 2017 and 2018 (Figure 17; Appendix C, Table 17).

In previous years, the average number of caribou harvested per use area ranged from 1.3 to 2.7, and the average number of caribou harvested per harvest location ranged from 1.6 to 2.3. There does not seem to be a direct correlation between the percentage of successful caribou use areas and other variables such as community harvest amounts or self-reported changes in harvest amounts (e.g., harvested more or less than the previous year). This could indicate that the data in Figure 17 are more likely to reflect caribou distribution or movement patterns in a given year (i.e., were the caribou more concentrated in a specific area or spread out across multiple use areas?), rather than overall harvest success.

A number of respondents discussed their hunting success in 2018, indicating that the distribution/availability of caribou within traditional hunting areas, in addition to hunting access, affected their success. Residents reported varying hunting success along the road system, with some indicating that the caribou were not available close to the road, and others reporting success after varying amounts of effort.

> *That was more close to the road, and the one I caught the year before was closer to the river…*
> *I got on there, then go on to GMT 1 road, I seen a few on the south side of GMT 1 road, but*
> *they were just too far. I hunted multiple times on that road, and on the Spur Road.* (SRB&A
> Nuiqsut Interview November 2018)

**Figure 16: Percentage of Caribou Use Areas in which Respondents Reported Successful Harvests, Nuiqsut**



Notes: See Appendix C, Table 16, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 17: Mean Number of Caribou Harvested by Use Area and Harvest Location**



Notes: See Appendix C, Table 17, for associated data.

Stephen R. Braund & Associates, 2020.

Ex. 3 p. 93
Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 13 of 83

*I was right here [on the road], in my Jeep. And it was not too close, we were planning on if we saw one near the road, there is a hill somewhere around here, my son calls it Seven-mile [where we see caribou]... But ever since that road it is ghostly out there [to the west], we don't see them. But on the Alpine side we do still see them on that side. I don't know if it's because there is more lakes and ponds? Maybe beginning of September when it is starting to cool off [is when we went]. We just went out there once or twice.* (SRB&A Nuiqsut Interview November 2018)

*Then after that, I got my next three caribous on the gravel road... No, that was with my truck. That was October 3. And that took me a week to find them and finally spot caribou. So basically I drove out there until I hit the right day. I knew that I was going to spot something sometime. But it took me that long to spot something.* (SRB&A Nuiqsut Interview November 2018)

*At least 30 times [on the road], yeah. Nine or 10 of them I was unsuccessful. We were going out just to go for a ride and see nothing.* (SRB&A Nuiqsut Interview November 2018)

Others believed that development infrastructure or activities had affected their caribou hunting success in 2018. One respondent reported spotting for caribou along the road system but noted that the presence of oil field infrastructure made it difficult to harvest those caribou that were available near the road:

*Off the Spur Road I got a little bit of geese but that was it. I tried to [get caribou] but they were too close to the oilfield so I didn't. That's kind of hard to say what time. I would say July. That was out of my truck. I went on that road a lot. At least thirty times I would say. Probably throughout the whole summer [starting in June through August]. Day trips. The caribou were too far, I wasn't going to haul that far. Or there were areas where it was too close for comfort to shoot [to the oil structures].* (SRB&A Nuiqsut Interview November 2018)

In contrast to the comments above, a number of respondents reported good success rates in 2018 and described frequent encounters with small herds of caribou from which they harvested. One respondent said, "Man, I had a good year" (SRB&A Nuiqsut Interview November 2018).

Figure 18 through Figure 22 report various measures of success, including percentage of caribou harvest locations, percentage of caribou harvested, percentage of successful use areas, and average number of trips per harvested caribou, by 12 caribou hunting areas for the 2018 study year and on average across all study years (see Appendix C, Tables 18 through 22 for individual study year data). The study team identified these 12 geographic caribou hunting areas based on residents' descriptions of those areas as separate hunting activities (e.g., Nigliq, Fish Creek, coastal area west of Nuiqsut, upriver to Sentinel Hill, upriver to Umiat); the defined areas were reviewed by the Nuiqsut Caribou Panel for accuracy and appropriateness (see Map 8). The Coastal West area (Area 5) is the only area that has accounted for less than two percent of the total harvest during all study years, whereas other areas, such as Fish Creek, Other Colville Delta, and Coastal East, have alternated between providing less than two percent of the harvest and between two and five percent of the harvest (Figure 18; Appendix C, Table 19). Areas along the Colville River upriver from the community (Ocean Point, Sentinel Hill, Colville River South, Itqiliq River), have generally provided between two and 15 percent of the harvest, with Ocean Point accounting for less of the harvest over time, and Itqiliq River providing for more of the harvest over time. In 2018, Itqiliq River accounted for more of the harvest (10 percent) than Ocean Point (nine percent) (Figure 19).

Ex. 3, p. 94
Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 14 of 83

**Figure 18: Percentage of Caribou Harvest Locations by Caribou Hunting Area**



Notes: See Appendix C, Table 18, for all study year data

Stephen R. Braund & Associates, 2020.

**Figure 19: Percentage of Caribou Harvests by Caribou Hunting Area**



Notes: See Appendix C, Table 19, for all study year data

Stephen R. Braund & Associates, 2020.

**Figure 20: Percentage of Successful Use Areas by Hunting Area**



See Appendix C, Table 20, for previous study year data.
"Any Area" indicates the overall percentage of use areas that were reported as successful,

Stephen R. Braund & Associates, 2020.

**Figure 21: Percentage of Successful Use Areas Along Roads**



Notes: See Appendix C, Table 21, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 22: Average Number of Trips Per Caribou Harvested by Hunting Area**



Notes: See Appendix C, Table 22, for individual study year data.
Data for certain study years and locations may be inflated due to a high number of opportunistic trips; for example, 2013-17 data for the Coastal East area are inflated due to a high number of trips taken during the 2016 study year, a majority of which were opportunistic while traveling to and from Oliktok Dock.

Stephen R. Braund & Associates, 2020.

Another area that has shown decreased harvest contribution over time is Nigliq Channel. The Itqiliq River area and area West of Nuiqsut are the primary areas that have shown an increase in harvest contribution over time. The area West of Nuiqsut accounted for 18 and 17 percent of the harvest in 2008 and 2009, respectively, to a high of 45 percent in 2018; all other study years ranged from 27 percent to 43 percent. Figure 19 shows that during 2018 the area West of Nuiqsut (Area 11) accounted for the highest portion of caribou harvested at 45 percent, on the high end of previous years. 2018 was the first full year that the GMT1 road was in place, which may explain the increase in use of the area West of Nuiqsut during that time period. The area West of Nuiqsut was the only area contributing more than 15 percent of the harvest in 2018. Itqiliq River and Nigliq Channel both accounted for 10 percent of the harvest, the Ocean Point area accounted for nine percent of the harvest, and East Channel area accounted for eight percent.

In terms of the percentage of successful use areas attributed to each hunting area (Figure 20), the Sentinel Hill area has had the greatest percentage of successful use areas, on average, followed by the Colville River South area, "Other" areas, and the area West of Nuiqsut. Areas with the lowest percentage of successful use areas include the Coastal West area, Fish creek, and Nigliq Channel. Road accessed areas show success rates, in terms of percentage of successful use areas, within the range of other hunting areas (Figure 21). In 2018, the Colville River South area had the greatest percentage of use areas which were reported as successful, followed by Fish Creek, Sentinel Hill, and Other Colville Delta. These success rates are influenced by the number of use areas reported in each area and the nature of hunting activities in those areas. For example, while the Fish Creek area and Other Colville Delta areas show a high rate of success in 2018, these success rates are based on a small number of reported use areas. Other areas may be visited more often and in combination with other activities.

Another measure of success is the average number of trips taken per caribou harvested within each hunting area. As shown in Figure 22, Sentinel Hill shows the highest average number of trips taken per caribou,

followed by Ocean Point, and Colville River South. The areas with the lowest numbers of trips taken per caribou include the Other Colville Delta, area West of Nuiqsut, and East Channel Colville.

### *Duration of Trips*

The typical duration of caribou hunting trips has maintained a similar pattern across all study years. Residents typically take day trips to over 80 percent of their caribou hunting areas (Figure 23). The percentage of use areas typically visited during same day trips has risen slightly over time, from 81 and 90 percent in the first six years of the study to between 91 and 96 percent in subsequent years (Appendix C, Table 24). In 2018, the longest trips residents took lasted two to six nights at four percent of use areas; 1 night at two percent of use areas; and one to two weeks at one percent of use areas (Figure 24). In some cases, residents stayed at camps, such as Nigliq Camp, at various times throughout the summer months, returning to the community regularly for work or personal reasons or to stock up on supplies before returning to camp. No caribou hunting trips in 2018 lasted over two weeks, similar to many previous years. At 93 percent of use areas, residents did not take any overnight trips (Figure 24). In general, the data indicate an increasing trend of same day trips, rather than overnight hunting trips, which were more commonly reported in the early years of the study (2008-2013). In 2008 and 2009, respondents reported at least one extended/overnight trip to 37 to 40 percent of use areas, compared to between 7 and 26 percent in Years 2010 through 2018 (Appendix C, Table 25).

**Figure 23: Caribou Hunting Typical Trip Duration**



See Appendix C, Table 24 for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 24: Caribou Hunting Longest Trip Duration**



See Appendix C, Table 25 for associated data.

Stephen R. Braund & Associates, 2020.

According to respondents, camping is usually reserved for longer upriver trips, particularly during moose hunting season, or for longer stays at fish camps such as the camp at Nigliq. Residents often hunt caribou as available during these extended trips:

> *Usually I would end up in Umiat. August. Sporadically June and July. That is where we spent the night, right here (by Umiat) and we went to here but this is where we caught the—My focus was the moose.… The longest I stayed was maybe three days to the south of Umiat.* (SRB&A Nuiqsut Interview November 2018)

> *We went all the way past between Umiat and Umiuraq. Between that. We went farther upriver for moose but we didn't catch any moose. We were looking for caribou during that time. We went passed Umiat. Maybe we went ten miles past [Umiat]. We went up Chandler. I don't know if we went up Anaktuvuk River. We didn't go too far because it was too shallow. Maybe five miles... [We went upriver in] June and July. And then August. I can't remember into September. [We went there] probably a dozen times. Yes [we camped] twice up there but my husband went again. I went out twice and my husband went three times. They were two- to three-day trips.* (SRB&A Nuiqsut Interview November 2018)

While this study lumps all "same day" trips into one category for duration, it is important to note that there is wide variation in the duration of same day trips; the hours spent searching for caribou has not been documented in this study. In some cases, residents may start hunting in the afternoon and then hunt all

Ex. 3, p. 99
Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 19 of 83

night, returning to the community the next morning. Because these individuals are not stopping and camping during their hunt, these trips are categorized as "same day trips."

Work and personal commitments are often cited as a reason for taking primarily day trips. Several residents described the length of their hunting trips in 2018 as follows:

> *We just made two trips and then we went out for moose on another trip. If we had seen caribou we would have caught them but we didn't see any... They were day trips. We were going to go camping on our moose trip but our motor started breaking so we turned home. It was a 21-hour boat ride.* (SRB&A Nuiqsut Interview November 2018)

> *Day trips, I never did spend the night out there this year, to be honest. I never even went moose hunting, I was too busy with work.* (SRB&A Nuiqsut Interview February 2019)

> *[Just] a day! You go home, then you go back down, then you get a cigarette, you go to the store, you go back down. That was in July. There is caribous in July. Well, I bring my tent along, then I put my tent and I wait for caribous. But I don't spend the night.* (SRB&A Nuiqsut Interview November 2018)

Map 20 depicts use areas where respondents reported staying for one or more nights in 2018, and Map 21 depicts use areas where respondents reported taking same day trips. The red areas depict higher number of overlapping use areas on each map and do not reflect differences in trip length. As shown in Map 20, in 2018, respondents reported taking overnight trips when traveling upriver by boat from the community toward Sentinel Hill; this is evident by the higher number of overlapping use areas compared to other areas. Unlike previous years, no overnight trips were reported along the Nigliq Channel. Same day trips (shown on Map 21) more commonly occurred in overland areas, along the road system, and in boating areas easily accessible from the community (e.g., Nigliq Channel, East Channel, Colville River Delta, and Itqiliq River).

In general, resource availability, distance from the community, power and efficiency of transportation equipment (e.g., jet outboard versus propeller outboard motor), harvest season, time and work commitments, money available for fuel, and associated subsistence activities are the primary factors that determine trip duration.

### *Frequency of Trips*

Across all study years, respondents have reported visiting over 50 percent of use areas between one and three times annually, and between 40 and 50 percent of use areas four or more times annually (Figure 25; Appendix C, Table 26). Over time, the percentage of use areas visited one time rose slightly, from between 18 and 24 percent during the first four study years, to between 21 and 33 percent during the remaining study years. The percentage of use areas visited more than 20 times has remained relatively stable over time with a slight decrease in 2018 compared to recent years. Overall, 2018 responses were within the range of all previous study years for each trip frequency category (Appendix C, Table 26).

Figure 26 through Figure 28 shows the average number of trips reported by harvesters in each hunting area (see Map 8), in addition to the percentage of trips taken to these areas as well as along the road system. The study team assigned each use area polygon to an associated hunting area, in addition to indicating whether the use area occurred along roads, and therefore was able to query the number of trips by each area. The data show that across all study years, respondents have taken the greatest number of trips, on average, to the Ocean Point area, followed by the area West of Nuiqsut, Nigliq Channel, and Sentinel Hill (Figure 26 and Figure 27). In 2018, residents took the greatest number of trips, on average, to the area West of Nuiqsut; the number of trips to this area has risen over time, as has the number of trips to the Itqiliq River area (Figure 26; Appendix C, Table 29). The number and percentage of trips to Nigliq Channel dropped substantially from previous study years.



Map 20 - Duration of Trip to Caribou Subsistence Use Areas, One or More Nights, 2018

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November 2018 and February 2019.

*Other areas may have been used for resource harvesting.*

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222  info@srbak.com

Year 11: November 2017 - October 2018

8 caribou areas used by 8 respondents

National Petroleum Reserve Alaska



**Map 21 - Duration of Trip to Caribou Subsistence Use Areas, Same Day, 2018**

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November 2018 and February 2019.

*Other areas may have been used for resource harvesting.*

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222  info@srbak.com

**Year 11: November 2017 - October 2018**

High
Low

168 caribou areas used by 50 respondents

National Petroleum Reserve Alaska

0  5  10  20
Miles

N

**Ex. 3, p. 102**

**Figure 25: Caribou Hunting Number of Trips, 2008-2018**



Notes: See Appendix C, Table 26, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 26: Average Number of Trips Reported by Harvester**



See Appendix C, Table 29, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 27: Percentage of Trips by Hunting Area**



See Appendix C, Table 27, for previous study year data.

Stephen R. Braund & Associates, 2020.

**Figure 28: Percentage of Trips Along Roads**

See Appendix C, Table 28 for associated data.

Stephen R. Braund & Associates, 2020.

Ex. 3 p. 104

Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 24 of 83

Across all available study years, an average of one-quarter of trips have been taken along the road system since construction of the Spur Road, and this percentage was slightly higher in 2018, which was the first full year the GMT1 road was in place (Figure 28).

Use areas visited multiple times—particularly those visited more than 20 times—are typically those which are easily accessible or those which are used for multiple purposes. Thus, residents frequently reported taking multiple hunting trips along the local road system including the Spur Road and road to CD5 and GMT1. Respondents frequently characterize such hunting trips as "going for a ride" while spotting for caribou, as these trips do not require the amount of preparation and investment as boat or overland hunting trips.

> We were going all the time. Just to June 'til October is when my truck broke down. At least three. At least a dozen, a few times a month sometimes. Yeah, I have a big family. It's cheaper than buying at the store. Maybe 10. I averaged about three [per week] I'd say. Three [caribou] a week. [In total], 10 or so. Yeah, [50 trips] for two caribous [laughs]. Well, it's good to get out of the house. I also like the ride. So, it is a two-for-one. (SRB&A Nuiqsut Interview November 2018)

> I went on the Spur Road. I caught one, two, three... Three on the Spur Road with a car. The GMT1 road is where I got two big bulls... Yeah, the end of August, because my dad was out whaling. A lot, we are bored of cruising in town, other times we go on the Spur Road, I went on there countless times, that was all summer [June through September]. Maybe once a week. Near the end of the summer, I would go out three or four times. (SRB&A Nuiqsut Interview November 2018)

> [I went hunting] 15 to 20 times I think, [always in a vehicle]... About twice a month, every month. And sometimes I'm going out there twice in a day. [It's] just easier [on the road], it's a day trip, I could bring my family with me. (SRB&A Nuiqsut Interview November 2018)

> I'd say I just went out there [road] occasionally for a drive, if our freezer was half empty we would choose to get one or not. [That hunting was] just the month of July, I'd say once a week. Yeah, once a week. Uh huh, just day drives... I think about four times by car. (SRB&A Nuiqsut Interview November 2018)

Residents also reported taking trips along the Nigliq Channel when traveling to and from the ocean, or to and from the fish camp at Nigliq, searching for caribou along the way. Other areas which are more easily accessible include those located somewhat closer to the community, such as four-wheeler areas West of Nuiqsut or upriver areas to Itqiliq River, Puviqsuq, or Ocean Point. Areas which require greater preparation or which are more difficult to access, such as Fish Creek or the upper Colville River, are generally visited less frequently, with some exceptions. The following respondents described their frequency of hunting trips along the river system and in overland areas in 2018:

> I never go on the road, but I went out on a four-wheeler out here this way [west of Nuiqsut]. This was July. We got four bulls. The whole month of July, every day. Because we couldn't catch up to the caribou, they would run off. I'd say about 20 trips. (SRB&A Nuiqsut Interview November 2018)

> We went up there [upriver] all summer. Like I said, we got an inboard and we were always on those rivers. Quite a few times, 30 to 38 times. No [camping], just day trips. (SRB&A Nuiqsut Interview November 2018)

> Last year I traveled 560 miles, that doesn't include the trip all the way to Umiat, I couldn't really tell you how many times I went up there – that was all summer. [Other respondent

*estimates 20 times]—that's what I'm thinking. Right after breakup, yeah [June until] September.* (SRB&A Nuiqsut Interview November 2018)

*Every time I am going to the ocean, then I am looking out for caribou. So basically all summer if we go do our ocean hunting and then we see nothing, we come home and we are looking for a caribou.* (SRB&A Nuiqsut Interview November 2018)

In addition to distance from community, other factors that affect the frequency of trips to a use area include availability of time, money, and equipment; need for and availability of caribou; and weather conditions:

*Oh, I think somewhere during June and July. It was about three times; once in June and twice in July, I believe. Yeah, just day trips... No, I didn't see any caribou this way [north of Qitik]. I usually go upriver all summer long, but we hardly seen any [caribou], so we just went up just a few times.* (SRB&A Nuiqsut Interview November 2018)

*[I went] about two or three times. The third time we had outboard problems. We barely made it back. Bad gas. Just day trips... I only went out three times.* (SRB&A Nuiqsut Interview November 2018)

*[We hunted] the whole month of July, every day, because we couldn't catch up to the caribou— they would run off. I'd say about 20 trips.* (SRB&A Nuiqsut Interview November 2018)

### Herd Characteristics

As discussed in Prichard et al. (2018), the primary herds that occur within the Colville River drainage are the Teshekpuk Herd (TH) and Central Arctic Herd (CAH). The Colville River Delta is generally on the eastern periphery of the TH and the western periphery of the CAH. The TH caribou winter on the coastal plain, usually to the west of the Colville River, while the CAH generally winters south of the Brooks Range (outside of Nuiqsut's general hunting area), which explains the focus of winter hunting to the west and southwest of the community. In some recent years, TH caribou have wintered farther to the south and east of the community (Prichard et al. 2018). Both the TH and CAH populations grew steadily until around 2010, after which both herds experienced a substantial decline. Surveys after 2015 have since shown a modest increase in the TH and CAH populations. VHF, Satellite, and GPS collar data show that the Colville River Delta primarily sees caribou from the CAH, whereas the area west of the Colville River (and community) primarily sees TH caribou. However, both herds sometimes travel to the west and east of the Colville River.

The timing of the caribou hunt in Nuiqsut generally coincides with the primary movements of both herds into the area. Winter (December through April) is spent hunting TH caribou in their wintering grounds to the west and southwest of the community, although hunters have often indicated over the course of the monitoring study that the herd is farther west than they want to travel. Limited caribou hunting occurs during the spring (May and early June) when the caribou are migrating to calving grounds west and east of the delta; community members are generally busy hunting geese at this time. In addition, travel conditions are sometimes a limiting factor in the spring due to melting snow and inaccessible rivers. During the mosquito season (late June through early July), the caribou from the two herds move to coastal areas to the west and east of the community, with some CAH caribou traveling into the delta where residents hunt them by boat; when available, residents can sometimes find large herds along the East Channel. While communities traditionally hunted in coastal areas west of the delta during this insect relief season, residents note that these coastal areas (e.g., Atigaru Pt. and Cape Halkett) have been difficult to access in recent years due to sedimentation along the coast. The oestrid fly season (July and early August) brings larger numbers of caribou from both herds into the community's primary hunting area along the Colville River (including the delta), and this coincides with the community's peak hunting and boating season. In late summer (August through mid-September), the TH caribou remain to the west of the community as well as along the

upper Colville River. Some CAH caribou continue to move into the upper portions of the river. This season coincides with increased overland hunting (by four-wheeler) to the west of the community and increased effort upriver from the community, particularly in combination with moose hunting. During the fall migration (mid-September through November), overland hunting intensifies with the migration of TH caribou into areas to the west of the community (Prichard et al. 2019, Figures 8 and 9). Overall, TH caribou are more frequently available within the community of Nuiqsut's current hunting area.

Residents have expressed concern that the cumulative impacts from development are dispersing caribou into smaller and smaller groups (rather than the large herds of the past) and these smaller groups reduce the hunters' chances for successful harvests. In response to this concern, the monitoring study documents the size of the herd or group in which each caribou is harvested. Group size at harvest locations is displayed on Map 22. In 2018, residents reported harvesting most caribou from groups of 10 or less (82 percent of harvest locations compared to between 62 and 79 percent of locations in past years) (Appendix C, Table 30). Groups of 30 or more caribou were reported at the remaining 18 percent of harvest locations, with over 100 caribou reported at four percent of locations, lower than all previous years except 2017.

As shown on Map 22, in most cases larger groups (i.e., over 100 caribou) were reported on the East Channel of the Colville River, where residents frequently indicated herds were located after arriving from the east during the spring/summer migration.

> *They got stuck over here [east of the Colville River/East Channel] because there were some oil activities going on in that area. There were maybe 300 plus [caribou], maybe more stuck on that side because they could see all those people working. There was a lot of boats over there that day. They were waiting for the leader to come back. When the leader doesn't come back, they follow across, but that leader went back to that herd and then they went a different way. It was like four or five boats that were out there.…There were quite a few of us, like five boats waiting. This was in June last summer. This was in June. And we could see all of the winter fur on the river. They had been trying to cross. It was spring time, right after breakup and that is where we went.* (SRB&A Nuiqsut Interview November 2018)

> *We stopped at this cabin by Nuiqsupiaq, that's where we saw this caribou herd over here. There was about 200, it was pretty big.* (SRB&A Nuiqsut Interview November 2018)

> *Caribous were on the south side [of the East Channel]. We tried to go in Qakimak but ended up going into Aanayyuk. It was the first week of June. [We got] two bulls, there were like 40 in the herd. I went there twice. There were like 60 of them.* (SRB&A Nuiqsut Interview November 2018)

Some groups of between 31 and 100 caribou were also spotted along the Nigliq Channel and in overland areas to the west, northwest, and south of the community. In most other areas, caribou were harvested in groups of between one and 30 (Map 22). Generally, residents indicated that the caribou they harvested were on their own; these caribou are often referred to as "stragglers." When describing their harvest locations in 2018, respondents provided observations about caribou distribution and behavior:

> *They were alone. They seem to be like that every year on that side of Itqiliq. It seems to me they are always eating in that area. They were just right here. I was looking at them outside of my house. I found the largest with the biggest horns and I took it. We are not going out there and trying to massacre the caribou, we are just catching one and taking it back.* (SRB&A Nuiqsut Interview November 2018)



## Map 22 - Caribou Group Size Noted at Harvest Locations, 2018

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November 2018 and February 2019.

*Other areas may have been used for resource harvesting.*

**Year 11: November 2017 - October 2018**

● 1 to 30 caribou

⬤ 31 to 100 caribou

⬤ 101 to 300 caribou

142 caribou harvest locations, 45 respondents

N

0   5   10   20
Miles

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222  info@srbak.com

National Petroleum Reserve Alaska

*Just right off, not even from the hill [west of Nui].The caribou comes up, there is a trail. There is always a trail this way. Or we will catch a caribou going back down. Yes, me and my cousin. I shot two. Usually when we go out, we were always together. There was a group of like nine. We got four out of them. There were bunches in groups of like ten or fifteen out there too.* (SRB&A Nuiqsut Interview November 2018)

*We got one [on Nigliq Channel]. It was right here, it was trying to cross the river. That was a bull. That was a decent one. It was a healthy one. I did [shot it] it took me two shots. There was maybe three others with it but they kind of scattered whenever I shot the one.* (SRB&A Nuiqsut Interview November 2018)

*Around Kuupaqullurak between those two lakes me and my buddy got ten of them but I got five myself. I got five. That was May. We were still on the snowmachine… They were all young females. There was 50 of them or so [in the group].* (SRB&A Nuiqsut Interview November 2018)

Although three quarters or more of harvest locations have generally occurred in groups of caribou 20 or smaller, the percentage of caribou harvested in groups of more than 20 have been higher during some study years; in Years 2013 through 2015, over 20 percent of caribou harvest locations occurred in groups of more than 20 (Appendix C, Table 30). This percentage was lower in 2012, at 14 percent, and in 2017 and 2018, the percentage dropped to 10 and 11 percent, respectively. The 2017 and 2018 study years were the first years with available data that no caribou were harvested in groups estimated at 500 or more. In general, the past several years show respondents harvesting caribou in smaller groups than in previous years.

Map 23 shows the sex of harvested caribou in 2018; a majority of harvested caribou are reported as males. Females were more frequently harvested to the west and northwest of the community and along the Itqiliq River. In all other upriver and East Channel areas, respondents reported harvesting only males.

## **Harvest Amounts (Household Harvest Surveys)**

This section presents the caribou harvest data from the 2018 household caribou harvest surveys in Nuiqsut alongside harvest data available from ADF&G and NSB harvest studies from previous years. Table 6 and Figure 29 compare harvest information over time. The percentage of households using caribou has remained at or above 90 percent during every available study year since 1985 and was on the high end at 99 percent in 2018. The percentage of households attempting to harvest and successfully harvesting caribou has varied over time, with the percentage in 2018 (84 percent attempting to harvest and 74 percent harvesting). The difference between the percentage of households attempting to harvest and successfully harvesting caribou (10 percent) was within the range of previous years (which varied between one and 16 percent but has increased somewhat over time). The estimated number of caribou harvested in 2018 (608) was on the higher range of previous study years. The estimated per capita harvest (157 pounds) was also within the range of previous years. Confidence limits for available study years are shown in Figure 29 and Table 6. As these data show, the 95 percent confidence interval for 2018 was low end of previous years (plus or minus 10.3 percent). The highest confidence intervals (indicating the lowest confidence in the estimates) occurred in 2014, which had a higher estimate of harvested caribou than any previous year.



# Map 23 - Sex of Caribou Harvested by Location, 2018

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November 2018 and February 2019.

*Other areas may have been used for resource harvesting.*

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222  info@srbak.com

National Petroleum
Reserve Alaska

**Locations where Respondents Harvested Only Female Caribou**
9 locations
5 respondents

**Locations where Respondents Harvested Both Female and Male Caribou**
6 locations
5 respondents

**Locations where Respondents Harvested Only Male Caribou**
85 locations
29 respondents

N

0  5  10  20
Miles

**Table 6: Nuiqsut Caribou Harvests 1985-2018**

| Year | Percent Using | Percent Attempting to Harvest | Percent Harvesting | Percent Giving | Percent Receiving | Estimated Harvest | Estimated Pounds Harvested | Average Lbs Harvested per Household | Per Capita Lbs | 95% Confidence Interval (+/-) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1985 | 98% | 90% | 90% | 80% | 60% | 513 | 60,021 | 790 | 150 | NA |
| 1992 | | 81% | | | | 278 | 32,551 | 310 | 78 | NA |
| 1993 | 98% | 74% | 74% | 79% | 79% | 672 | 82,169 | 903 | 228 | NA |
| 1994-95 | | | | | | 258 | 30,186 | 364 | 73* | NA |
| 1995-96 | | | | | | 362 | 42,354 | 455 | 99* | NA |
| 1999-00 | | | | | | 413 | | | 112 | NA |
| 2000-01 | | | | | | 496 | 57,985 | 453 | 134* | NA |
| 2002-03 | 95% | 47% | 45% | 80% | 49% | 397 | 46,449 | 442 | 118 | 32.4% |
| 2003-04 | 97% | 74% | 70% | 81% | 81% | 564 | 65,988 | 617 | 157 | 16.2% |
| 2004-05 | 99% | 62% | 61% | 81% | 96% | 546 | 63,882 | 597 | 147 | 10.4% |
| 2005-06 | 100% | 60% | 59% | 97% | 96% | 363 | 42,471 | 442 | 102 | 11.4% |
| 2006-07 | 97% | 77% | 74% | 66% | 69% | 475 | 55,575 | 579 | 143 | 32.4% |
| 2010 | 94% | 86% | 76% | 67% | 63% | 562 | 65,754 | 707 | | 13.2% |
| 2011 | 92% | 70% | 57% | 49% | 58% | 437 | 51,129 | 544 | 134 | 17.6% |
| 2012 | 99% | 68% | 62% | 65% | 79% | 501 | 58,617 | 598*** | 147 | 20.8% |
| 2013 | 95% | 79% | 63% | 62% | 75% | 586 | 68,534 | 692 | 166 | 31.7% |
| 2014 | 90% | 66% | 64% | 67% | 59% | 774 | 90,558**** | 839 | 218 | 43.1% |
| 2015 | 96% | 84% | 78% | 74% | 72% | 621 | 72,631 | 719 | 178 | 12.9% |
| 2016 | 96% | 76% | 67% | 79% | 81% | 481 | 56,277 | 592 | 132 | 22.0% |
| 2017 | 96% | 72% | 60% | 74% | 85% | 635 | 74,338 | 715 | 164 | 16.1% |
| 2018 | 99% | 84% | 74% | 88% | 88% | 608 | 71,113 | 658 | 157 | 10.3% |
| Mean (All Years) | 96% | 73% | 67% | 74% | 74% | 502 | 57791 | 601 | 149 | |

Sources: ADF&G (Alaska Department of Fish and Game) (2019) (1985); Bacon, Hepa, Brower, Pederson, Olemaun, George, and Corrigan (2011) (2000-01); Braem et al. (2011)(1994-95, 1995-96, 2002-03, 2003-04, 2004-05, 2005-06, 2006-07); Brower and Hepa (1998) (1994-95); Brown et al. (2016) (2014); Fall and Utermohle 1995 (1993); Fuller and George (1999) (1992); Pedersen and Taalak Unpublished as cited in Braem et al. (2011) (1999-00); SRB&A (2012) (2010); SRB&A (2013) (2011); SRB&A (2014) (2012); Pedersen and George (1999); SRB&A (2015) (2013); SRB&A (2016) (2015); SRB&A (2017) (2016); SRB&A (2018) (2017); SRB&A (2019); 2018 Household Surveys (2018).

Blank cells indicate data not available

*Per capita pound estimates for the 1994-95, 1995-96, and 2000-2001 study years were not originally published but were subsequently calculated (Braem et al. 2011) based on Alaska Department of Labor and Workforce Development (ADOLWD) population estimates for those years.

***The estimates for Years 2010, 2011, 2012, and 2013 are based on averages that include one particularly high-harvesting household. In 2013, this household harvested over one third of all the reported harvests for the community. Therefore, the estimated harvests for 2010, 2011, 2012, and 2013 may be skewed upward due to the participation of this high-harvesting household in the harvest survey. Likewise, changes in community harvest estimates in future surveys could be due to this high-harvesting household not being interviewed.

**Figure 29: Estimated Caribou Harvests with Confidence Intervals, Nuiqsut, Available Study Years**



Stephen R. Braund & Associates, 2020.

## Observations of Changes in Harvest Patterns

During the active harvester interviews, respondents were asked if any of the following hunting attributes had changed from the previous year: hunting area, frequency of trips, duration of trips, months of use, and harvest amounts. In each case where they answered that a change had occurred, harvesters were asked to describe the change and to state what they believed (or thought) caused the change. Figure 30 summarizes the percentage of respondents reporting a given type of change from the previous year. Overall, the percentages of respondents reporting changes in hunting area, frequency, and duration in 2018 were within the range of previous study years (Figure 30). Compared to previous study years and the all year average (Figure 30; Appendix C, Table 31), the percentage of respondents reporting a change in duration and harvest amounts in 2018 was on the high end, at 45 percent and 78 percent, respectively (Figure 30).

As shown in Figure 31, respondents also indicated whether they harvested enough caribou during each study year. In 2018, 43 percent of respondents indicated that they did not harvest enough caribou, within the range of previous years but the highest since 2013 (Figure 31; Appendix C, Table 32). The percentage of respondents not harvesting enough caribou varies widely from year to year, with a high of 54 percent in 2013 and a low of 16 percent in 2011.

### Changes in Harvest Amount

In 2018, 78 percent of Nuiqsut respondents reported a change in harvest amounts, on the high end of most previous years (Figure 30). Specifically, 61 percent of harvesters reported harvesting less and 16 percent reported harvesting more caribou. The other 22 percent of respondents reported harvesting the same amount as the previous year (Figure 32). In 2017 and 2018, the percentage of respondents reporting a decrease in harvest amounts from the previous year (61 percent) was the highest since 2009 (70 percent) (Figure 32; Appendix, Table 33).

**Figure 30: Percentage of Respondents Reporting Changes in Harvest Activities**



Notes: See Appendix C, Table 31, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 31: Percentage of Respondents Reporting Not Harvesting Enough Caribou**



Notes: See Appendix C, Table 32, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 32: Type of Change in Harvest Amount Compared to Previous Year**



See Appendix C, Table 33, for associated data.

Stephen R. Braund & Associates, 2020.

Appendix C, Table 34 shows a cumulative list of reasons given for a decrease in harvest from the previous year, which have been organized under broader categories. In 2018, Personal Factors were the most common reason given for a decrease in harvest amount, with 16 observations, followed by Resource Distribution/Migration Factors (13 observations). Personal reasons (seven observations) was the most commonly reported individual reason for harvesting less caribou, followed by Resource Availability (five observations); Migration Changed or Diverted (four observations); and Lack of Transportation/Equipment (four observations). Over all 11 study years, Resource Distribution/Migration factors were the most frequently cited causes for harvesting less caribou (149 observations), followed closely by causes related to Personal Factors (147 observations). Other types of causes cited by respondents have included Development Activities (42 observations), Environmental Factors (10 observations) and Hunting Success (nine observations).

In 2018, under the Personal Factors category (16 observations, or 40 percent of all observations), residents indicated that general personal reasons (e.g., lack of money, medical reasons), a lack of transportation or equipment (four observations), or a decrease in the frequency of hunting trips (two observations) resulted in them harvesting fewer caribou in 2018. Respondents described the personal factors that affected their hunting success in 2018 as follows:

> *I got more the other year. Family reasons, probably. [Family member] passed away last year so we really never went out after he passed away. He was mainly the one who loved to go out. We weren't really into anything for a while. He was always giving to the elders.* (SRB&A Nuiqsut Interview November 2018)

> *I think we were pretty close to the same. If I had gotten the chance to get out on four-wheeler we definitely would have caribou right now. It is strange, it has been more than a month since*

*we've had caribou in our freezer. I just didn't have one [a four wheeler].* (SRB&A Nuiqsut Interview November 2018)

*Everything broke down, and then I had no transportation to go out.* (SRB&A Nuiqsut Interview November 2018)

*That was less, way less. Like I said, just too busy this year. Then I took a few days of leave to go hunting, then that is when I got that two caribou.* (SRB&A Nuiqsut Interview November 2018)

*Gas is too expensive, I don't have a job, [and] there are no fuel vouchers. They weren't giving [fuel vouchers] out to people that don't work, and that would help us. Then you would also have to have a hunting license, and sometimes we don't have that so…. And I need to get a rifle of my own. I want to go hunting my own.* (SRB&A Nuiqsut Interview November 2018)

Under the category of Resource Distribution/Migration (13 observations, or 33 percent of all observations), respondents most commonly cited resource availability more generally, indicated a change in migration (including diverted migration and later migration/arrival), or indicated that the caribou were farther inland from riversides, making them more difficult to harvest.

*It's really hard to say. The reason—over time from the '80s until recently, I know there is large herds on the Colville. One time I go up to a spotting place and wait and I see they will go out from the bushes and then back to the bushes. It blew me away. Maybe 500 caribou all of the sudden walk out of the bushes, get their fill of water, and then back. And it is like wow, what the hell we have been out here looking for weeks and we didn't see that. The elders say they seem to be less disturbed by the mosquitos in the bushes so that is why they go back in. that is something that I got to see…. So I can say they are out there but not where I could catch them.* (SRB&A Nuiqsut Interview November 2018)

*We are starting to see hardly any big caribou herds, even on the west side. Just caribous here and there. I keep missing out on the big herd that comes from the east. Sometimes they travel at nighttime. Daytime they are out on the coast because there are too many mosquitos.* (SRB&A Nuiqsut Interview November 2018)

*I did see more caribou than I did last year, just that they were too far from the river. As for last year they were too hard to find. Got to put more gas, buy more gas, for my next trip.* (SRB&A Nuiqsut Interview November 2018)

In six cases (observations), respondents specifically attributed the change in harvest amounts to Development Activities, including general development, drilling noise, and traffic disturbance, which were said to affect caribou movement into the area:

*I mostly think because of the GMT1 and the rig on this side east of Colville, both across from each other, and that was the main place that the caribou crossed in our back yard. [They are] going around the rigs now, to prevent them [from crossing] I guess. When herds were coming in from Prudhoe, a lot of people were seeing them on that side [East Channel], they would see them on that side. They said, 'Go to Fish Creek or toward Alpine, you'll see a lot of them.' But I never see anything out there. So, I mostly stay in my backyard doing what I was doing, and it's been working.* (SRB&A Nuiqsut Interview November 2018)

*I don't know, maybe all the noise from the oilrigs. It seems like [caribou] are changing their migration routes.* (SRB&A Nuiqsut Interview November 2018)

*My answer would be because of the activities out there [GMT1]. They are doing more activities here [middle Colville Delta] and here [East Channel]. They are not migrating the way they used to, that's the way I see it. Unless we are getting more bears keeping them away... we heard there is more brown bears than caribou around.* (SRB&A Nuiqsut Interview November 2018)

*I think it's because of this development going on. GMT went up and the caribou went farther out. They were getting caribou in Wainwright when they were supposed to be here because of development, they are going around and then turning the other way. When GMT2 goes up, we will have no caribou. I think we will have to go way farther out.* (SRB&A Nuiqsut Interview November 2018)

Appendix C, Table 35 shows the reasons given for harvesting more caribou in 2018. Over the 11 study years, Personal Factors were the most common reason for harvesting more caribou, followed by Resource Distribution/Migration Factors. In 2018, Personal Factors accounted for 86 percent of observations (six observations), with only one additional observation which was attributed to resource distribution or migration. Under Personal Factors, residents cited an increase in trip frequency, followed by general Personal Reasons, Better Transportation/Equipment, and Change in Subsistence Dependents. In the following quotes, one individual cited the Spur Road as facilitating hunting trips, while another observed there were more caribou in the area compared to the previous year:

*I think that that Spur Road helped me out. It was just a question of waiting that out, but it helped gas wise.* (SRB&A Nuiqsut Interview November 2018)

*We got more [caribou] than last year. Because there was a lot out there compared to last year. Because last year there was only 10. When we went out there we saw 80 or 90 caribou and [my sister] said, 'Wow, I can get two!'* (SRB&A Nuiqsut Interview November 2018)

### Changes in Trip Frequency

As shown in Figure 30, changes in trip frequency had generally ranged from between 60 and 70 percent of respondents across the 11 study years. In 2018, 63 percent of respondents reported a change in the frequency of their hunting trips, within the range of previous years; a somewhat higher percentage of respondents reported taking fewer trips, at 33 percent, than more trips (29 percent) (Figure 33). The percentage of respondents taking fewer and more trips in 2018 is within the range of previous years (Figure 33; Appendix C, Table 36).

Reasons for a decrease in trip frequency are provided in Appendix C, Table 37. Personal Factors were the most frequently cited causes (accounting for 68 percent of observations), including the more general Personal Reasons and Lack of Transportation/Equipment (six observations each), followed by Employment/Lack of Time (one observation). Personal Reasons involved local harvesters having to reduce their caribou hunting activities due to medical problems, or simply not making it out as much. Several individuals indicated that they took fewer trips due to lack of adequate transportation/equipment or funds (specifically a lack of money to purchase gas). As one individual said, "No transportation, my four-wheeler went down, and I just finally got a new boat. No transportation" (SRB&A Nuiqsut Interview November 2018).

In addition to Personal Factors, an equal number of respondents cited causes related to Economic Factors and Resource Distribution/Migration. In three cases (observations), residents noted that a lack of funds to purchase fuel and supplies was the reason for a decrease in caribou hunting trips in 2018. Respondents reported taking fewer trips because of reasons related to Resource Distribution/Migration, indicating that they went out less due to the general lack of caribou in their hunting areas. This is in contrast to those who

went out *more* due to the lack of caribou (see Appendix C, Table 38) and illustrates the differing hunter responses to similar conditions.

**Figure 33: Type of Change in Trip Frequency Compared to Previous Year, Nuiqsut, 2008-2018**



Notes: See Appendix C, Table 36, for associated data.

Stephen R. Braund & Associates, 2020.

Several respondents noted that unpredictable caribou movement in 2018 resulted in reduced hunting success, which they responded to by hunting less frequently to save on gas:

> *That was less. They are mostly staying out on the south side or the west side. They aren't coming in close. Those hunters when they see them out there they go out and get them right away, those young hunters, I know that quite a few of them go out and get them, but I think maybe they know now to let the first herd pass through. People are hungry for caribou.* (SRB&A Nuiqsut Interview November 2018)

> *I didn't know where the caribou were. There were hardly any caribou out there. Years back, I used to be confident that I would catch something every single time I went out. Now it [seems like it might be a waste of gas]. Years ago before all of this came around, there was always caribou around this area, neighborhood caribou. You don't see that nowadays.* (SRB&A Nuiqsut Interview November 2018)

Over the 11 study years, Personal Factors have been the most frequently cited causes of an increase in trip frequency, followed by Resource Distribution/Migration Factors (Appendix C, Table 38). In 2018, similar to most previous years, respondents most commonly cited Personal Factors (11 observations)—specifically, general personal reasons (six observations), Better Transportation/Equipment (four observations), and Change in Subsistence Dependents (one observation). Several residents provided the following explanations regarding how personal factors affected their frequency of trips in 2018:

*A lot more often. Same reason, being able to drive around our vehicles [because of the roads].* (SRB&A Nuiqsut Interview November 2018)

*More this year, less last year. I went out more this year because my sisters don't have that much help. When they go hunting they ask my help [to] carry. My sister is a good hunter, she can shoot from long ways.* (SRB&A Nuiqsut Interview November 2018)

*Yeah [I went more], because I actually had access to a four-wheeler this summer because [friend's] health is not too good, I did a lot of caribou hunting for him. I think I brought them four or five caribous.* (SRB&A Nuiqsut Interview November 2018)

Those who identified Resource Distribution or Migration causes for their increase in trip frequency attributed their need to conduct additional trips due to caribou being unavailable in the areas where they typically find them (Resource Availability):

*Last year was more. It was harder for me to find caribou. This year we went to more places in one trip. Same day go here and down here and here. Some years it goes up, some years it goes down.* (SRB&A Nuiqsut Interview November 2018)

*More, just didn't catch. Less, there wasn't anything. I'm hungry for animals. We didn't get much ducks, we got a few. We didn't get much caribou, only got what we saw.* (SRB&A Nuiqsut Interview November 2018)

### Changes in Trip Duration

The percentage of respondents reporting a change in trip duration in 2018 (45 percent) was somewhat higher than most previous years (Figure 30). In both 2017 and 2018, the percentage of respondents reporting a change in trip duration was higher than any previous study year (Appendix C, Table 31). In 2018, 29 percent of respondents reported longer trips and 16 percent reported taking shorter trips, both within the range of previous study years (Figure 34).

As shown in Appendix C, Table 40, the primary reasons given for taking longer hunting trips were Personal Factors (six observations), Resource Distribution or Migration (four observations), and Development Infrastructure (specifically roads; one observation). A number of residents who reported taking longer trips indicated that they simply stayed out longer for reasons related to personal enjoyment and need:

*Longer [trips], because we were out there and we got more caribou. Yeah, anybody that was needing caribou we would go out and get caribou, we got a couple of elders full caribou, gutting them and bringing them over to their house, we gave Sam one, we gave them whole caribous, anybody else that wanted caribou, our porch was always full, anybody was always welcome to ask for caribou.* (SRB&A Nuiqsut Interview November 2018)

*Because I like it! Get out, hardly any rain, sunshine, clear skies, hardly any bugs this year!* (SRB&A Nuiqsut Interview November 2018)

*Longer, about the same. A little bit longer from time to time if my cousins feel like it. They just want to spend time out there.* (SRB&A Nuiqsut Interview November 2018)

Those individuals who reported taking longer trips for Resource Distribution/Migration causes generally indicated that the caribou were less available during the previous study year or that their movements were less predictable. Several individuals reported either having to traveling farther or staying out longer to scout for caribou, resulting in longer trips:

*I would say that a couple of times it was longer. From lack of caribous around the areas. Just have to see them and find where they are at.* (SRB&A Nuiqsut Interview November 2018)

*They were longer this year. I would go farther and push ourselves to try to get something and it's a waste of trips. We did get a couple of seals and ducks, but the caribous we hardly see anymore. They are seeing them more on the road. Oh, I didn't want to [hunt on the road]. I like to hunt on the river. Maybe this year I'll try it. Just didn't feeling like cutting caribou along the side of the road. You park and have so many vehicles watching you, you know?* (SRB&A Nuiqsut Interview November 2018)

*Last year was a little bit longer. I stayed out there trying to keep looking for some caribou. It took me a while to find these four [caribou] over here.* (SRB&A Nuiqsut Interview November 2018)

**Figure 34: Type of Change in Trip Duration, Nuiqsut**



Notes: See Appendix C, Table 39, for associated data.

Stephen R. Braund & Associates, 2020.

One individual indicated that the added length of road to GMT1 in 2018 allowed them to hunt farther and stay out longer:

*Yeah, [I hunted] more on the road and we had a four-wheeler too. [I'm hunting] longer now that the road is open to where that] GMT1] pad is. I don't know that one oil well, before the road turns.* (SRB&A Nuiqsut Interview November 2018)

The primary reasons for taking shorter trips over all study years were related to Personal Factors (Appendix C, Table 41). In 2018, an equal number of observations were attributed to Personal Factors, Resource Distribution or Migration, and Environmental Factors (two observations each). One observation was attributed to Development Infrastructure (roads/ice roads). In a couple of cases, respondents indicated that

they took shorter trips because of resource availability, indicating that they were less available (and they did not want to waste gas). One individual said, "Because there is no caribou. You scout around and you don't see nothing so you just go back" (SRB&A Nuiqsut Interview November 2018). Residents noted poor weather conditions also contributed to their shorter trips in 2018:

> *No camping. I was so impacted! The warm air and the cold weather at the same time was really bad. It took me four months to dry a skin. Usually, it's first shorter, rain, warm, sleet, freeze! Four times it changed and I had to wait until October and it was still raining in October.* (SRB&A Nuiqsut Interview November 2018)

> *They were just day trips, it was too windy all summer. It was like sand storms along the river.* (SRB&A Nuiqsut Interview November 2018)

### Changes in Use Area

Thirty-seven percent of harvester respondents reported that their hunting area was different in 2018, within the range of previous study years (between 28 percent and 42 percent of harvesters) (Figure 30; Appendix C, Table 31). Thirteen percent of Nuiqsut caribou harvester respondents reported using new or different areas in 2018, higher than the average of all study years, but lower than the previous two years (Figure 35). In addition, nine percent of individuals reported a general change to their use area and a smaller percentage (two percent) reported a small hunting area or traveling farther to harvest caribou (Appendix C, Table 42).

**Figure 35: Type of Change in Use Area, Nuiqsut, 2018**



Stephen R. Braund & Associates, 2020.

Appendix C, Table 43 shows the reasons given for any change in use area. The area where Nuiqsut residents hunt each year is dependent on a number of factors, including the location or distribution of the caribou, environmental factors such as river levels or snow conditions, human factors such as development activities or hunting competition, and the availability of transportation methods to access certain areas. Over all 11

study years, Personal Factors were the most commonly cited reasons for a change in use area, followed by Resource Distribution or Migration Factors, Environmental Factors, Development Activities, and Development Infrastructure. In 2018, similar to most previous years, Personal Factors were the most commonly cited cause for a change in use area (40 percent of observations), followed by Development Infrastructure (20 percent), Environmental Factors (10 percent), and Resource Distribution/Migration Factors (10 percent).

Personal Factors cited in 2018 included Personal Reasons (three observations), Lack of Transportation/Equipment (two observations), Better Transportation/Equipment (two observations), and Change in Transportation Method (one observation). As indicated in the following quotes, the availability of transportation can facilitate or hinder access to subsistence use areas:

> *Yes, they were different. Because we were able to captain our own vehicles. We had our own boat, we had our own snowmachine.* (SRB&A Nuiqsut Interview November 2018)

> *Last year [2017], I went way up river. Past Umiat. I didn't get my outboard fixed [is why I didn't go so far].* (SRB&A Nuiqsut Interview November 2018)

> *I think on the river [was different]. I was able to go out on the river last year. We had no boat [this year]. Yeah, we are working on our boat this year. Thank you ASRC.* (SRB&A Nuiqsut Interview November 2018)

The 2018 study year was the first full year with the GMT1 road in place, and a number of hunters reported using the road to hunt caribou, noting that this was a new hunting area for them:

> *Yeah, this one [area along GMT1 road]. I am kind of glad that road is there because that is what I have been using. I have been taking my dad's truck.* (SRB&A Nuiqsut Interview November 2018)

> *Went more [farther] to GMT1 looking and scouting, that's it. [Farther].* (SRB&A Nuiqsut Interview November 2018)

> *This whole back area is a similar place. But since they got the Spur Road with GMT [it's been different]. So, it's new finding them back there [by GMT1].* (SRB&A Nuiqsut Interview November 2018)

A couple of hunters in 2018 attributed their change in use area to resource distribution or migration causes, indicating that they traveled farther or used different areas because they could not find caribou. Finally, two individuals cited a change in river channels for causing a change in their use areas in 2018. One individual noted that flooding of rivers and lakes affected his overland hunting area, saying,

> *I guess some of the lakes were a little bit different. We kind of had to navigate our way around the lakes. It wasn't much of a difference, but we did have a harder time going around. This is the only place that I really go out hunting. When the rivers had flooded, there were some spots that were kind of wider so that I couldn't get around them and there were some spots that were a little bit deeper for me to go around the lakes.* (SRB&A Nuiqsut Interview November 2018)

### Changes in Hunting Months

Seventeen percent of Nuiqsut caribou harvester respondents reported a change in their hunting months in 2018, similar to previous years (Figure 30; Appendix C, Table 44). In all cases, these respondents reported a general change within their normal harvest season, rather than an overall shift in the timing of their hunting season (Figure 36).

**Figure 36: Type of Change in Months of Harvest by Type of Change, Nuiqsut, 2008-2018**



See Appendix C, Table 44, for associated data.

Stephen R. Braund & Associates, 2020.

Over the 11 study years, Personal Factors were the most commonly cited reasons for a change in harvest seasons, and this trend held true in 2018, with six observations (Appendix C, Table 45). Residents cited Personal Factors including general Personal Reasons, Lack of Transportation/Equipment, and Need Less. Two individuals discussed a change in the timing of their hunt in 2018 due to Personal Factors, with one discussion a general change in the community's reliance on snowmachines for caribou hunting:

> *I used to run around a lot with a snowmachine. I was thinking about that, too—hunting years ago compared to nowadays. Years ago we needed it more than we do now. Now we have the store, the food bank, the food stamps so we are not as dependent as we were then. People used to hunt more by snowmachine. If you look at in the '70s up here, the access to Fairbanks or Anchorage compared to now, you can see that we can get our nutrition from the Western World too now. We like to call the Lower 48 the Western World. But we are able to live off both worlds. The Caribou and the Hamburger.* (SRB&A Nuiqsut Interview November 2018)

> *Same months except I didn't go winter hunting yet. I usually follow my cousin out a few times especially to go check his trap line. [I didn't go last year] because my Ski Doo broke down.* (SRB&A Nuiqsut Interview November 2018)

Other reasons cited for a change in hunting months included Resource Distribution/Migration Causes, and Development Infrastructure Causes, including Roads, Earlier Migration/Arrival, and Change in Distribution/Migration, with residents noting that increased access to roads in addition to a change in the timing of caribou availability affected when they went hunting:

> *The timing of the migration has changed. We don't see the migration come through the Colville River delta area no more. That used to be the first week of July and the end of June. A lot of the caribou I got this summer were thin, no fat. All of the caribou. Just a little bit of*

*fat. That is it. They were all skinny during the summer. The only fat caribous that I got was last week. Two females, finally, these ones out here. Even the moose were skinny too. The moose hunters caught thin, no fat.* (SRB&A Nuiqsut Interview November 2018)

*It was kind of like different this year. I don't know, I guess it was just the migration this year. I don't know. They were taking their time with their feeding. I guess they must have had a lot of nutrition from the east side, so they stayed before they came to the west side.* (SRB&A Nuiqsut Interview November 2018)

One respondent noted that access to the road allowed him to hunt in the winter, which he would typically not do, saying, "I went out a little more than I normally do in the winter, like in January, on the Spur Road. Because it's easy" (SRB&A Nuiqsut Interview November 2018).

### Harvested Enough Caribou

In 2018, 43 percent of Nuiqsut respondents indicated that they did not harvest enough caribou, somewhat higher than all years average (Figure 31) but within the range of all previous years. The percentage of respondents not harvesting enough caribou in 2018 was the highest since 2013. Respondents discussed a variety of reasons for not harvesting enough caribou during the 2018 study period, often referring back to their reasons for harvesting fewer caribou during the same time period (see Appendix C, Table 34). The primary reasons were a lack of caribou hunting success, and harvesters sharing much of their caribou with other households:

*It was not enough. I ran out. I still got some hindquarters outside aging. It was late in the rut season we were trying to get as many as we can because we don't get females and calves. Right now they are in Anaktuvuk Pass. They are on the south side. They are used to them going through the valley but it changes. Right now they are in the Chandler valley and going to Bettles that way. They should be hunting right now, they already let the first ones pass. They complain about the caribou not coming around. The caribou has been choosing another route. They used to always go through Anaktuvuk Pass. But they don't anymore. Times have changed and we have to change with them.*

*I have a big family. Lots of people come visit my household. So not quite enough.* (SRB&A Nuiqsut Interview November 2018)

*I can't really say that [we have enough] because the way my dad hunts... he doesn't just hunt for our family, he hunts for the whole community. So whatever we don't salvage, we give away. That's just a little part we are keeping, and the rest are just [given away to the community].* (SRB&A Nuiqsut Interview November 2018)

One respondent noted that the availability of at-home food storage equipment is a factor in determining whether one can harvest enough for the entire year:

*We needed more. Right now, there is a little stash in my mom's freezer. That is a real issue with the hunters is the hunting during the summer time, not all the meat—even though you might have brought it all back, some of it will spoil because it is hot and it spoils more quickly, so you have to have a freezer if you are going to be a big time hunter. That is another factor of the hunter: if they have the large freezer, they will get more fish, have more caribou, more geese, versus just the poor guy with just a freezer on top of his fridge. That is another factor of the hunter.* (SRB&A Nuiqsut Interview November 2018)

Other respondents indicated that they had to rely on others in the community for caribou meat since they did not harvest enough themselves:

*Yeah [we had enough], but we are almost out. We kind of ran out real quick. I had to ask Facebook for some the other day. Luckily, someone was nice enough to share.* (SRB&A Nuiqsut Interview November 2018)

Others reported harvesting enough even if it was not as much as they would have liked. As two respondents stated,

*Yes, we need to get more though. We are almost running out.* (SRB&A Nuiqsut Interview November 2018)

*We got more than enough. I give it out. I have a lot of kids out there. They come in and they ask if they can get a share. You know, I don't say no to my kids. I can't. If the elders want some too, I'll give them some.* (SRB&A Nuiqsut Interview November 2018)

## Observations of Harvested Caribou Health and Condition

The percentage of respondents reporting one or more "abnormalities" in caribou has varied from 19 percent (in 2016) to 64 percent (in 2008) over all study years (Figure 37; Appendix C, Table 46). The percentage of respondents reporting abnormalities was somewhat higher during the first five years of the study (2008-2012), at between 29 and 64 percent, declining to between 19 and 29 percent during the 2013-2018 time period (Figure 37; Appendix C, Table 46). In 2018, 20 percent of respondents reported harvesting one or more caribou with abnormalities, the second lowest percentage across all study years. While health problems have generally been the most commonly reported observation in caribou in previous years, in 2018 respondents most commonly reported caribou of abnormal size (53 percent of abnormal caribou), followed by caribou with health problems (47 percent of abnormal caribou) (Figure 38). Respondents reported using 41 percent of caribou identified with abnormalities (Figure 39), specifically 67 percent of caribou with size-related abnormalities and 13 percent of caribou with health-related abnormalities.

**Figure 37: Respondent Observations of Abnormalities in Harvested Caribou**



See Appendix C, Table 46, for associated data.

Stephen R. Braund & Associates, 2020.

Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 44 of 83

**Figure 38:Percentage of Abnormal Caribou by Type of Abnormality**



See Appendix C, Table 47, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 39: Percentage of Abnormal Caribou Used by Type of Abnormality, 2018**



See Appendix C, Table 48, for all study year data.

Stephen R. Braund & Associates, 2020.

**Ex. 3 p. 125**

Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 45 of 83

As shown in Figure 40, the most commonly observed abnormalities in 2018 were Decrease in Resource Size (45 percent of observations); followed by Disease/Infection (30 percent); Change in Texture of Meat (15 percent). The most common "other observation" of abnormalities in 2018 was More Parasites (10 percent; Appendix C, Table 49).

**Figure 40: Types of Observed Abnormalities, 2018**



Notes: See Appendix C, Table 49, for associated data
Figure includes any abnormality type with at least 5% of observations; all other observations are lumped under "Other Observations."

Stephen R. Braund & Associates, 2020.

Respondents who reported a decrease in resource size generally reported harvesting caribou that had less fat than usual ("Just no fat – no fat at all") or that seemed skinny to an unhealthy extent:

> [It was male] but that was [skinny]. No, [I didn't use it. It was] too skinny, all the other ones were nice and fat. It was too skinny, all bones. Normally when they are healthy you can't see through the ribs, but the one I got you could really see through the ribs—, really thin, barely any meat. (SRB&A Nuiqsut Interview November 2018)

> One of them was kind of unhealthy, super skinny. I can't remember where. But I remember one of then was so skinny my grandma didn't want it because she thought it was so sick. I ended up having to give it to my dog. It looked okay other than that it was so skinny. It was much smaller than it should have been for its age. (SRB&A Nuiqsut Interview November 2018)

One resident harvested a caribou that was skinny, in combination with diseased or infected organs:

> Yeah, [it was skinny]. You could see the pelvic bone in the back. From the distance, it looked healthy, it looked good. But when we got close and personal to it… It was brownish and green. That's when my brother stopped cutting. There was like a tumor or something on the stomach. That's what made us stop hunting there was something hard on the belly button. We just cut the head off and [trails off]. (SRB&A Nuiqsut Interview November 2018)

A number of those who observed Disease/Infection noted pus or a slimy substance in the ribs and legs of the caribou and discolored organs and/or meat[1]:

> Actually I got four out of the five but the fourth one was a sick one. But the fourth one had the lumps on its knees. And that seems to be reported all the time. The workers keep reporting that to me, but by the time I got to it, it was with several other caribous, and it had the bigger antlers, and I got it, and it had one of those legs looked like a pus leg, but it was like a yellow gel. I don't know, it was like this [yellow color] I was like this, skinning it, and then when I got to that I just decided to leave it. (SRB&A Nuiqsut Interview November 2018)

> One of the hind legs [other hunter] and I was cutting was green and the then leg had white pus bubbles. We got [that sick caribou] on the Spur Road. We maybe had a good 15-minute walk to [the harvest location]. After we were done cutting them up, security came up to us and said, 'You can't leave them out there.' That was on the Spur Road. Security was asking, 'What are you guys doing?' … Green on the hind leg, meat, and the other one had white pockets right here, I really wanted one to cut it off, and open it and see what it is, and take pictures, the pockets are that big, right here, I was like what the hell, the best part, my brother has found them on the spine, those pockets, we didn't eat them, we can't. (SRB&A Nuiqsut Interview November 2018)

Observations of a Change in Texture of Meat were generally reported in combination with observations of Disease/Infection and included meat and organs that were an unusual color and a tough or rough texture to the meat and/or bones. In the following quote, a respondent noted discolored meat and jelly-ish texture while butchering a caribou they harvested:

> We had one that had a jelly shoulder. When I brought it home, it looked normal. It didn't smell different. It didn't look different either. But when I took the skin off, the whole one side was just jelly, like it had been hit or kicked. It looked like a recovering bruise. The meat was discolored and dark. [That was] just on the one area. I was able to use the rest of it. Just the one front arm [was sick]. I should have saved it [to have it tested]. It had a lot more jelly that it normally does. (SRB&A Nuiqsut Interview November 2018)

One respondent noted the presence of an abnormal number of bot flies in one of the caribou they harvested, saying,

> Last year was bad, this year we saw a few of the fluid things from the bot flies. We sent specimens to the borough last year. Bot flies. I brought this to our elders here in Nuiqsut and I let them look at this especially in the abdomen area. Along here. From the bot flies. There was bot flies sticking out the side of their body. There were holes about that big… There was one more that we knocked a caribou down but we saved only the hind end because of the same bot fly things. That was in Itqiliq. I decided to save the leg and the marrow. They wanted the fluid type of thing so I sent it to them [NSB] both times. (SRB&A Nuiqsut Interview November 2018)

When asked by researchers what they thought caused the sicknesses observed in the caribou, most respondents reported not knowing or were unsure what could have caused the disease/infection. Those individuals who did discuss a cause for the abnormality cited wounds caused by injuries, contamination from development, including spills on ice roads and tundra, and warmer weather:

---

[1] These observations likely include instances of Brucellosis, a common disease in the Teshekpuk and Central Arctic Herd that is characterized by pus-filled swellings and swollen joints.

*What I would think, my opinion—because you know, these ice roads, they don't clean them too good. The air and oil, they [caribou] just eat the grass and everything around here and where you find them over here they are small and skinny, they are funky, the fur we couldn't even use this year. The fur would just come off. That was the first time in my entire life I had seen that.* (SRB&A Nuiqsut Interview November 2018)

*I think maybe it just stay too long around the pollution. Some of those cars they stay in the same place, and then you could see like a pollution line on the snow. Or you never know if they been having trouble with the equipment [resulting in spills]. Like I been out there, and if they have trouble, they just dump their antifreeze right on the tundra, wherever they broke down. They did that right in front of me…. But it's like when they are out there no one is around and they can do anything. And that antifreeze is really attractive to the animals. That one time I was at my cabin and I left a little bit of that out, and I went in the cabin, and then when I went back out a white fox was licking that. It was on the nose and tongue. That's what it was doing, licking on that. In my mind that fox probably died. But they do get attracted to that stuff.* (SRB&A Nuiqsut Interview November 2018)

*There is more bot flies, maybe because of the warmer weather, I can't exactly say. When I was little, when we used to watch the caribous migrate here, we would watch the caribou go crazy because of the bot flies. Here they, can't go to the ocean [for insect relief] where it is cold.* (SRB&A Nuiqsut Interview November 2018)

Several individuals indicated that all of the caribou they harvested during the 2018 time period were healthy, although some reported hearing of other individuals harvesting sick caribou:

*No, I haven't seen any sick caribou lately. They are all healthy and a lot of fat on them.* (SRB&A Nuiqsut Interview November 2018)

*They're all healthy, there wasn't any sickness or any concerns. There was some weird stuff in one caribou, but that is the only thing I heard.* (SRB&A Nuiqsut Interview November 2018)

The locations where respondents in 2018 reported harvesting caribou they perceived to be abnormal are depicted in red on Map 24, and locations identified during previous study years (2008-2017) are shown in gray. For the 2018 time period, respondents reported harvesting "abnormal" caribou in the overland area west of the community, along the Spur Road and GMT1 road, on the Itqiliq River, and at a single location on the East Channel. Locations of abnormal caribou were concentrated closer to the community than in some previous years, where abnormal caribou were harvested upriver toward Ocean Point, Sentinel Hill, and as far as Umiat.

During the 2018 household harvest survey, respondents were asked whether any of the caribou they harvested were sick or injured. In 2018, 17 percent of households reported harvesting sick caribou, within the range of previous years (Table 7). The number of sick caribou reported was also within the range of previous study years, at 27 caribou, which accounted for seven percent of all caribou harvested. Households reported using 19 percent of the sick caribou they harvested, somewhat higher than previous study years.



**Map 24 - Harvest Locations where Respondents Harvested Abnormal Caribou, 2008 - 2018**

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 161 active harvesters from March 2009 through February 2019.

*Other areas may have been used for resource harvesting.*

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222  info@srbak.com

**Year 11: November 2017 - October 2018**
11 caribou
harvest locations
9 respondents

**Years 1-10: January 2008-October 2017**
266 caribou
harvest locations
83 respondents

National Petroleum
Reserve Alaska

**Table 7: Household Harvest Survey Observations of Sick/Injured Caribou**

| Study Year | Percentage of HH Reporting Sick/Injured Caribou | Sick/Injured Caribou* | | Sick/Injured Caribou Used by HH | |
|---|---|---|---|---|---|
| | | # | % | # | % |
| 2011 | 18% | 21 | 6% | 3 | 14% |
| 2012 | 24% | 40 | 10% | 6 | 15% |
| 2013 | 17% | 33 | 7% | 1 | 3% |
| 2015 | 15% | 15 | 3% | 1 | 7% |
| 2016 | 11% | 26 | 7% | 2 | 8% |
| 2017 | 21% | 57 | 11% | 2 | 4% |
| 2018 | 17% | 27 | 6% | 5 | 19% |
| All Years | 18% | 219 | 7% | 20 | 9% |
| Notes: ADF&G data for 2014 (Year 7) not reported due to low response rate. | | | | | |

Stephen R. Braund & Associates, 2020.

## Impacts on Harvesting Activities

In 2018, 68 percent of respondents reported one or more perceived Alpine-related impacts on their caribou hunting[2], the highest since 2008, when 72 percent of respondents reported impacts on their caribou hunting, although many reported impacts in 2008 were more general impacts that had occurred since the Alpine development began[3] (Figure 41; Appendix C, Table 50). The number of impact observations in 2018 (80) was also higher the previous eight study years (between 28 and 67 observations) and similar to the first two years of the study (87 and 82 observations, respectively) (Appendix C, Table 50).

The most commonly reported impacts were related to helicopter traffic (42 percent of respondents, 30 percent of observations) and man-made structures (40 percent of respondents, 34 percent of observations). Other sources of impacts reported by Nuiqsut harvesters in 2018 included plane traffic (20 percent of respondents), "other" impacts (14 percent), oil company personnel (12 percent), and other traffic (eight percent) (Figure 41; Figure 42). The percentage of respondents reporting plane impacts in 2018 (20 percent) was higher than the previous eight study years, but within the range of all previous years (Figure 41; Appendix C, Table 50). The percentage of respondents reporting "other" impacts, in addition to the percentage of respondents reporting impacts associated with oil company personnel, was higher than any previous year. In 2008 and 2009, respondents were more likely to report impacts related to man-made structures—specifically pipelines—than in most subsequent years. This may be in part due to 2008 data collecting documenting changes that started since the beginning of the Alpine development and because residents were more likely to discuss indirect impacts (e.g., impacts of pipelines on caribou migration which indirectly affects harvester success) earlier in the study. In 2018, 40 percent of respondents reported impacts related to man-made structures, the highest since 2008 (Figure 41).

The increase in reported impacts in 2018 was also seen in the household harvest surveys, where the percentage of households reporting Alpine-related impacts (53 percent) was the highest of any individual study year (Appendix C, Table 52) and follows a trend of increasing impact reports during the household surveys (Figure 43).

---

[2] The impacts discussed in this section are those that respondents believed were related to Alpine activities. It is not possible to verify the source of all impacts, and in some cases respondents were unsure of the source of an impact.

[3] In subsequent years, interviewers were more careful to document only direct impacts that had occurred during the study year, in order to allow for monitoring over time.

Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 50 of 83

**Figure 41: Percentage of Respondents Reporting Alpine-Related Impacts on Caribou Hunting**



See Appendix C, Table 50, for associated data.

**Stephen R. Braund & Associates, 2020.**

**Figure 42: Percentage of Observations of Reported Alpine-Related Impacts on Caribou Hunting**

See Appendix C, Table 51, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 43: Impact Observations, Household Harvest Surveys**



See Appendix C, Table 52, for associated data.

Stephen R. Braund & Associates, 2020.

The 2018 study year also showed 18 percent of households reporting avoidance of development areas altogether, higher than previous study years (Figure 43; Appendix C, Table 52). This percentage may actually be higher, as these observations were volunteered by respondents and not cued during the survey. For further discussion of hunter avoidance, see the section below, entitled "Reported Avoidance of Use Areas." The types of impacts most commonly reported during the 2018 household harvest surveys were "other" impacts (24 percent), impacts related to man-made structures (15 percent), helicopter traffic (15 percent), and other traffic (eight percent) (Figure 44). The percentage of households reporting man-made structure impacts was higher than any previous year, while the percentage of households reporting helicopter impacts was within the range of previous years (Appendix C, Table 53).

Across all study years, over 70 percent of active harvester respondents have reported experiencing Alpine-related impacts on their caribou hunting during one or more study years, with over 50 percent reporting impacts related to helicopter traffic, over 40 percent reporting impacts related to man-made structures, and over 30 percent reporting impacts related to plane traffic (Figure 45).

Figure 46 shows the number of reported impacts on caribou hunting of all types by month for all study years. Respondents do not always provide a specific month associated with a reported impact, instead indicating that the impact did not occur at a specific time or was more of a general and ongoing occurrence. The peak months for reported impacts in most years are June, July, and August, the same months as peak caribou hunting activity (Figure 46, Figure 8). However, impacts are reported year-round. In 2018, a somewhat higher percentage of impacts were reported to occur during the late fall, winter, and spring months (October through May). In addition, a higher percentage of impacts were reported to occur in June and July compared to many previous years. In general, it appears that more impacts were reported to occur "year-round" in 2018.

**Figure 44: Impact Observations by Impact Types, Household Harvest Surveys, 2018**



See Appendix C, Table 53, for all study year data.

Stephen R. Braund & Associates, 2020.

**Figure 45: Respondents Reporting Alpine Impact Types, At Least One Year**

Notes: See Appendix C, Table 54, for individual study year data.

Stephen R. Braund & Associates, 2020.

**Figure 46: Percentage of Reported Impacts by Month**



See Appendix C, Table 55, for associated data.

Stephen R. Braund & Associates, 2020.

Map 25 shows the locations of Alpine-related impacts reported by respondents in 2018. In some cases, respondents could not identify the location of an impact, noted that the impact was more general (e.g., general air traffic throughout the hunting season), or indicated that the impact occurred multiple times over a longer time period (and therefore did not point out each location). The study team generally recorded impact locations only when the respondent could identify the specific (i.e., point) locations where they were when the impact occurred; however, in some cases, when residents indicated that the impact occurred over a larger area, these impact locations were documented as a polygon instead of a point. As shown on Map 25, impacts in 2018 were primarily reported along the existing road system, to the west of the community, and along the Nigliq and East channels of the Colville River Delta. Impacts related to helicopter and plane traffic were located along the Spur Road and road to GMT-1, and at various locations along the Colville River, Nigliq Channel, East Channel, and on Itqiliq River and Qakimak Creek. Impacts related to manmade structures generally occurred along the road system between the community, the Nigliq bridge, and GMT-1. Other traffic impacts were also reported along the road system (presumably trucks and other road vehicles). Finally, one individual reported an "other" impact occurring near the mouth of the East Channel (Map 25). The specific nature of these impacts are described in the sections below.

### Impacts of Helicopter Traffic

As shown in Figure 41, 42 percent of respondents reported helicopter impacts in 2018, a higher percentage than the last four years but within the range of all previous years (Appendix C, Table 50). Helicopter impacts accounted for 30 percent of the reported impacts during the 2018 study period (Figure 42), lower than the average of all years but within the range of previous years (Appendix C, Table 50). In recent years, respondents suggested that construction of the CD5 and GMT1 roads had decreased (although not eliminated) the need for helicopter traffic associated with development, which led to lower reports of impacts from 2015 through 2017. CPAI has also adopted a number of measures meant to reduce impacts to local subsistence hunters resulting from helicopter traffic. These measures include communication of daily



**Map 25 - Perceived Alpine Related Impacts, 2018**

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 50 active harvesters in November 2018 and February 2019.

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222  info@srbak.com

National Petroleum
Reserve Alaska

0   2.5   5   10
Miles

**LEGEND**

17 helicopter impacts
14 respondents

11 structure impacts
8 respondents

2 other traffic impacts
2 respondents

4 plane impacts
4 respondents

1 other impact
1 respondent

**Ex. 3, p. 135**

flight plans to community entities and local residents and hunters via KSOP and a local Subsistence Representative; daily helicopter coordination conference calls between community representatives and helicopter operators; and documentation of complaints from local hunters by KSOP. In 2018, reports of helicopter traffic were somewhat more common than the previous several years. Several individuals indicated that the increased traffic was associated with oil and gas exploration and development in the NPR-A to the west of the community:

> *The only difficulty we had was with the choppers, that just makes it more difficult sometimes when they are flying around. They always want to fly around when we are having spring break up, end of May until second week of June, I think they are monitoring that. It's always Conoco Phillips or BLM because they have been doing a lot of flying into NPR-A ever since there has been that stuff west of us.* (SRB&A Nuiqsut Interview November 2018)

> *The choppers for Conoco Phillips, they have a certain route for them to check out there, there was a white [helicopter] and a green, yellow, and white [helicopter]. I thought when they see you they would go higher. Every time I went back behind the dump, [the helicopter] would be crossing back and forth this way. I'm not sure where it would land; somewhere over there. It leaves from east, goes west, checks something out there and then goes back east. [The green/yellow/white helicopter], it never really bothered me. It was just that white one. Just in August. I never had any problems with me and my dad.* (SRB&A Nuiqsut Interview November 2018)

> *There were choppers over here and choppers on this side on the North of Fish Creek. BLM, Conoco Phillips and also towards Atiguru, BLM was back here and also towards Teshekpuk Lake and Conoco Phillips was in this area a lot. They do a lot of studies right in the middle of caribou migration. We always tell them that there is a time when you should not do your studies, you are just harassing the caribou.… Stick picking will be in July right in the heart of caribou migration. That is what we are telling Conoco too, is that you better start hiring locals with sleds to go get those. They go back in June and July right in the heart of caribou migration. [Impacts are from helicopters]. And from GMT1 to GMT2, this whole area is all impacted by studies. The Fish Creek area. And then you have BLM back here in the northwest Teshekpuk [area]. Summer it starts picking up. We haven't seen Teshekpuk herd come through yet, it is somewhere out there. It came and then turned back westward. We haven't seen them since GMT1 and CD5 was being built.… The summer studies don't bother us, it is just the choppers and the planes and that we are hearing their equipment out there. They stopped using the air boats too.* (SRB&A Nuiqsut Interview November 2018)

Respondents also described helicopter activity to the east of the community along the East Channel in the vicinity of Pisiktaġvik and Qakimak, associated both with COP and other operators:

> *Chopper activities going on everyday during hunting, people been recording those, we have meetings with those oil companies, low flying choppers in the area, disturbance yeah. In this area [near Pisigtagivik] we have been seeing a lot of chopper activity. Yeah, that's disturbing. One time when they had that meeting with ConocoPhillips, it was confirmed about helicopter activity in that area where we are hunting caribou. Conoco Phillips and oil companies. Armstrong, I think, USGS, they were doing a survey, couple years now, white geese, surveying, yeah.* (SRB&A Nuiqsut Interview November 2018)

> *Just the Alpine facility that deflects—the activity going to Nigliq, there was [helicopter traffic] around that area [East Channel], I probably think so because they were just mainly flying around this area [East Channel] I don't know there's different helicopters going out, I know*

Ex. 3, p. 136

*they have different color codes and numbers on the tails, but I wouldn't know which ones.* (SRB&A Nuiqsut Interview November 2018)

Respondents noted that caribou reactions to helicopter traffic result in the caribou moving away from hunters' locations, making them inaccessible on foot. This is particularly common when residents are hunting along riversides where all access to the caribou is on foot, or when hunting along roads without access to four-wheelers or snowmachines. Even small disruptions in caribou—such as the caribou moving away from riversides or to the other side of a lake, or moving more frequently and acting skittish—can result in an unsuccessful harvest for a hunter:

> *This side of the airport, lots of choppers that we were seeing below us. When we were up Itqiliq they were down below us. Seems like they were flying right above them [caribou], I don't know what they were doing, there's no reason for them [to do that], and I have no idea if they were tagging them or what. Yeah, couldn't get chopper numbers or nothing, just I know they were scaring caribou, yeah, they were reacting to choppers flying. Yeah, [they become] a lot more skittish. Takes them awhile to calm down.* (SRB&A Nuiqsut Interview November 2018)

> *That was another thing, when we were in Nuiqsut a couple days after shooting those caribou we were going after maybe five tuttu on the other side, but a helicopter landed right on the cliff… we were going to [get those caribou] but that helicopter scared them away. That one was black. And it was a big helicopter too. That one made me mad, all the other times I didn't get mad, but [laughs].* (SRB&A Nuiqsut Interview November 2018)

> *There was a couple of helicopters and a couple planes, and that was about it. They ran off, they booked it. That was in the middle of summer because it was hot. The place might have been near August. It's always near Itqiliq.* (SRB&A Nuiqsut Interview November 2018)

> *Where we found them was on the Spur Road. We were like, 'Why are they sticking around there?' Then just when my brother was about to shoot them, a helicopter flew over and [the caribou] went around the lakes. That would take us one and a half hour to walk, which wasn't happening… I believe it was ConocoPhillips, it was a green one, we could see it right there, it was green with a yellow stripe. July. He posted it, he notified the village, they did—they should have asked the village when your subsistence hunting time is.* (SRB&A Nuiqsut Interview November 2018)

When asked to describe the helicopters causing the impacts, respondents most commonly reported "Unknown Owner" (42 percent of observations) followed by "ConocoPhillips Helicopter" (25 percent), red helicopters (13 percent), and helicopters for scientific activity (eight percent). A small percentage of helicopters were described as black, blue, and blue and white (Appendix C, Table 56).

### *Impacts of Airplane Traffic*

Impacts related to airplane traffic were reported by 20 percent of respondents (Figure 41), higher than the previous five year average but within the range of previous study years (between two percent and 42 percent of respondents) (Appendix C, Table 50). Impacts related to plane traffic accounted for 13 percent of impacts in 2018 (Figure 42). Residents noted that plane traffic included regular flights to and from Alpine as well as other plane traffic and resulted in caribou acting skittish or running away from the source of noise. Active harvesters described 2018 impacts to airplane traffic as follows:

> *That time I went to Nanuq, there was a bunch of planes flying low, like really low. When I was going there, there was a bunch of them flying around and they were super low. Like 207s.*

*Flying back and forth. I haven't seen [any other impacts] really, just those planes that were flying from Prudhoe. (SRB&A Nuiqsut Interview November 2018)*

*[We were] hearing the planes take off from where it takes off over near Alpine. That was maybe right around here, a little farther. I saw the plane out there but it was hard to explain now because it has been a while. We went out there and we heard the plane coming and the caribou were already running and then we didn't catch up with them because it started getting pretty rough out there. (SRB&A Nuiqsut Interview November 2018)*

*I have noticed that [plane traffic] when I have travelled, I have seen caribou all the time. The plane I saw this year, that the caribou seemed alarmed. I have never seen them act like that. (SRB&A Nuiqsut Interview November 2018)*

When asked to describe the airplane affecting their caribou hunting activities, respondents reported "Unknown Owner" (50 percent of observations), followed by Alpine Airplane (20 percent), and an equal number of observations of a Twin Otter, Cessna, and white airplane (10 percent each) (Appendix C, Table 57).

### Impacts of Other Traffic

Eight percent of respondents reported impacts related to other traffic (i.e., not helicopters or airplanes) in 2018, similar to previous study years (Figure 41). These observations accounted for six percent of Alpine impact observations, somewhat lower than the past several years (Figure 42). In most cases, participants noted that road traffic on recently built roads to CD5 and GMT1 and along the Spur Road causes caribou to avoid the area or reduces hunting success in the vicinity of the roads. Respondents provided the following descriptions of the impacts of road traffic on their caribou hunting activities in 2018:

*The volume of gravel trucks and the presence they have are making our caribou go away. That's a lot of traffic and that's a lot of unwanted noise. They are going to avoid all those trucks. (SRB&A Nuiqsut Interview November 2018)*

*Industrial cars, the pipeline, the trucks—when they go by, those big loaders, those caribou are gone. About year-round, we're going to test it out this winter, me and my brother are getting ready to go look for them…. Once they hear one of those big trucks, 'Boom!' They are gone. (SRB&A Nuiqsut Interview November 2018)*

### Impacts of Oil Company Personnel

Twelve percent of respondents in 2018 reported experiencing impacts related to oil company personnel, higher than any previous study year (Figure 41). Impacts related to oil company personnel accounted for eight percent of all impact observations (Figure 42). In most cases, Nuiqsut active harvesters reported encountering oil company personnel on the local road system. In several cases, residents indicated that they were questioned by oil company personnel or were told by personnel that they were in a restricted area:

*And I got one controversial caribou I need to talk about too. That was on that GMT 1 road. On that road I got one caribou, near the road, and then we were forced to stop hunting there. Just this time. This spring. We were out hunting out there, and then they come out there and they stop us and they tell us that we are not able to hunt there no more. And yet we have an assurance from Conoco Phillips that we can be hunting there no matter what. That's disrupting my caribou hunt! And then I never go again because of the security. That is not right. That was in May. June. First part of June. There was five caribous, and we just wanted one for the whaling feast, just one. That was right in the middle of where this took place. Do*

*they have a right to tell us to stop hunting in that area? Do they have a right? That is not right. I want you to put that in writing.* (SRB&A Nuiqsut Interview November 2018)

*I went there, last week, two weeks ago, I went to Nuiqsut road, and I was driving and they say, 'What are you doing here?' and I say 'I'm hunting the caribou, I see them right there,' and he said, 'No sir you have to turn around.' I say, 'What do you mean I have to turn back?' He said, 'Sir, I'm sorry.' I think it was a state road, connected to an Alpine road.* (SRB&A Nuiqsut Interview November 2018)

*The people working the employees for the oilfield, they say we have to stop, we tell them we know the rules and regulations, they always want us to know them, just in case.* (SRB&A Nuiqsut Interview November 2018)

*We got [that sick caribou] on the Spur Road. We maybe had a good 15-minute walk to [the harvest location]. After we were done cutting them up, security came up to us and said, 'You can't leave them out there.' That was on the Spur Road. Security was asking, 'What are you guys doing?'* (SRB&A Nuiqsut Interview November 2018)

### Impacts of Man-made Structures

Impacts related to man-made structures were reported by 40 percent of respondents in 2018, which is higher than every individual study year since 2008 (Figure 41; Appendix C, Table 50). As shown in Appendix C, Table 58, roads/bridges accounted for 41 percent of man-made structure impact observations, followed by general infrastructure (30 percent), pipelines (19 percent), and ice roads and bridges (seven percent). Roads and bridges have emerged as a reported impact in the last four study years, since the CD5, GMT1, and connected Spur roads were built.

Impacts associated with man-made structures as reported by active harvester respondents included the overall increasing presence of permanent infrastructure (e.g., the CD5 and Spur roads and the bridge over Nigliq Channel) and avoidance of these areas by some hunters; pipelines, roads, and other infrastructure blocking hunters from shooting at caribou; difficulty crossing or traveling on and off roads; and changes in caribou distribution and behavior due to the presence of bridges, roads, and pipelines. Several individuals repeated a concern from the past couple of years that the roads are too high and therefore act as a barrier to both caribou and hunter movement. Several individuals reported safety issues using the ramps along the road which are meant to provide access for local subsistence hunters, while one reported a need for additional ramps. COP has worked with the community to address concerns in specific locations, and in the winter of 2019 (after Year 11 interviews) added a ramp and upgraded existing ramps along the road system. However, during the 2018 study year respondents continued to report impacts along the road. Residents described impacts on hunter access associated with road height and design as follows:

*You guys ever driven out there? [The ramp] is so high! There is an ATV pad and they built a ramp. There are maybe three miles between each one. There is no slope. If you fall you are going to fall 15 or 20 feet high. I don't like that road. I got stuck at their ramp with my snowmachine. From Nigliq bridge all the way west it is really high. We tell them to knock it down. It is too high. I got stuck and had to call for help on my snowmachine. They put a stop sign where you have to stop on the ramp and I got stuck. Slowly they are working on them but—I went out in April. I go shortcut by Kuukpik pad. '* (SRB&A Nuiqsut Interview November 2018)

*There are certain areas that are too steep. They do need to make more of them [ramps]... Yeah, because there's none [no ramps] on the Spur Road, and it's good. But from the dump to KPAD I have never had any problems., just toward GMT1, we should show them where to*

*put them, I mean, I know four places that they should put them.* (SRB&A Nuiqsut Interview November 2018)

In addition, several individuals reported that the presence and design of infrastructure affects caribou movement, particularly linear infrastructure such as roads and pipelines:

*Well, structures. Roads. One is that GMT road being so high, you could see it from miles away. So they tend to follow that road, and some of them do cross, but not that many. Pretty much year round. And it could be the traffic on the road too.* (SRB&A Nuiqsut Interview November 2018)

*Just the bridge, that took a lot of hunting rights to cross the bridge because when the caribou don't want to cross that way, they don't want to cross that way, they are scared of the bridge, they went the opposite way, they didn't go in the water. I think it looks dangerous to them; that was curious to me. Why wouldn't they go in the water and walk by it, but they... yeah, by that bridge. That bridge took most hunting rights away from people that go hunting over there because they are not around. That was in August.* (SRB&A Nuiqsut Interview November 2018)

*This high part—even thought they tried to put ramps where four-wheelers can go through, they still have no way of knowing how to make it so the caribou could go through. I don't know why. You could tell that's an impact.* (SRB&A Nuiqsut Interview November 2018)

*The pipeline [affected my hunting]; they [caribou] stay close to the road but do not want to cross.* (SRB&A Nuiqsut Interview November 2018)

Respondents also expressed the belief that the presence of the GMT1 and Spur roads, in addition to associated traffic and hunting activities, has resulted in changes to caribou distribution in the region which requires residents to use the roads to access herds that are located farther north and west:

*Probably, I'm pretty sure if GMT wasn't here they would be going that way, there used to be always some over here [west of the community] but now there's nothing, you have to go 20 miles. Not as much [caribou] as we used to [see]. The ones that stay right here I think stay all year [nearby the bluffs east of Itqiliq]. Once in a while probably, they are the ones that migrate, I don't know. Last week we saw two big bulls right here by Puviqsuq, you could still see the tracks right here [Puviqsuq].* (SRB&A Nuiqsut Interview November 2018)

*Well, today, I'm seeing a lot of impact on the caribou on the new development going on. Ever since GMT 1 and GMT2 caribous are kind of, their migration patterns are shifting every year.*

*Just the height of the bridge if they could lower it and change the color, the caribou skin sees a long ways, the yellow orange they can see a long ways, the silver of the pipeline, that's what we noticed they avoid, when we couldn't get caribou in Anaktuvuk they were only on this side, but they weren't on this side. They should change the color of the bridge. Maybe they could do brown or green? You could see orange and yellow for a long ways.* (SRB&A Nuiqsut Interview November 2018)

*And I don't know if it was just me who noticed, but I noticed that going out for drives on GMT 1 the caribou don't come into this area very often any more. I hardly see any in this area at all. Year round [they are staying to that other side].* (SRB&A Nuiqsut Interview November 2018)

> *And you know that ice road that they built towards Stony Hill. That was impacting our hunting. Puviqsuq. Right by the south side of us. That new road by Conoco. Ice road they made an ice road all the way there. And kind of swept away our caribous. It goes right past Pingo Beach. It is a new well that they built.* (SRB&A Nuiqsut Interview November 2018)

Respondents also noted that the roads and associated infrastructure create more situations where hunters have to take human safety into account. Several individuals described the difficulties associated with hunting near human activity and man-made infrastructure, indicating that when caribou are situated between hunters and infrastructure, hunters must either relocate themselves (if possible) or abandon the hunt. One individual noted that hunting near development presents a new set of challenges which must be taught to younger hunters. Active harvesters described the impacts of man-made structures on hunting safety as follows:

> *I did go out there [GMT1] but there was hardly anything out there. The caribous that were out there stayed right by the pipeline. I really wanted to shoot some caribous that were right by the pipeline, but I didn't want to shoot towards the pipeline.* (SRB&A Nuiqsut Interview November 2018)

> *When I brought [other resident] out, I was going to teach her how to cut a tuttu by herself. She already knows how to shoot a gun. I teach her that, to look before shooting: 'Now see this oil rig, that oil rig, and that oil rig, and that's where town is, and we can't shoot in any of those directions.' So, yeah, I had to teach her about that. That's kind of why she learned on the GMT1 road because she could shoot this way [south]. But the thing is this little area, they like that. Right before, the first oilrig that you hit, it's before that one. Yeah, KPAD, right before that…. The workers were right here, Nuiqsut was right here, the oil rig you could see on the other side of the river, [you have] CD5, KPAD—so it's hard. After KPAD the tuttu really like the swampy [vegetation], I don't know what you call it, it's swampy when you get off the road, but they are always over there.* (SRB&A Nuiqsut Interview November 2018)

> *The worst is when they are by the pipeline, we can't shoot toward the pipeline. Workers had to stop and wait 'til we're done, I tried to scare them [away from] the pipeline; they just looked at me. My brother was mad, it was that damn pipeline, we couldn't shoot it because we'd hit it and go to jail. I hate that pipeline.* (SRB&A Nuiqsut Interview November 2018)

> *Well, it was kind of hard hunting over here. I was out here where I saw them, and I had to go around where I saw them to avoid shooting at the oil fields.* (SRB&A Nuiqsut Interview November 2018)

While this section focuses on the negative impacts of man-made structures on caribou hunting activities, hunters acknowledged in 2018 that they continue to use roads for caribou hunting, and for many, roads provided access to hunting areas that they would not otherwise be able to access. During the 2018 household harvest surveys, the study team added questions regarding road use in order to better characterize use of the road system for the community as a whole. As shown in Table 8, just over half of households (54 percent) reported using the road system to hunt caribou in 2018. Use of roads lessened somewhat with distance from the community (e.g., 40 percent of households used the road between Alpine CD5 and GMT-1 versus 52 percent of households who used the Spur Road). In addition, the percentage of households using the road east of the Spur Road toward Alpine was substantially lower than other road sections. It is unknown why fewer households use certain portions of the road system; however, possible reasons for decreased use include distance from the community, more concentrated nature of drill sites and roads in certain areas, or the relative lack of caribou in certain areas (e.g., in the middle Colville River Delta). In order to access the roads connecting Alpine, CD5, and GMT-1 by vehicle, one must travel along the Spur Road; hence, use of this area is naturally higher than use of other road areas.

**Table 8: Nuiqsut Household Use of Roads for Caribou Hunting, by Road Area, 2018**

| Road Area | Percentage of Households Using[a] |
|---|---|
| Any roads | 54% |
| Spur Road (Area 1) | 52% |
| East of Spur Road toward Alpine (Area 2) | 10% |
| West of Spur Road to CD5 (Area 3) | 45% |
| Between CD5 and GMT-1 (Area 4) | 40% |
| Note: CD5 (Colville Delta 5); GMT-1 (Greater Mooses Tooth 1) [a] Total number of households was 70. | |

Stephen R. Braund & Associates, 2020

Of the households who used roads in 2018, 50 percent cited the ease of access to hunting areas as their reason for using the road, while around one-quarter mentioned the lack of access to non-road methods of transportation (i.e., did not have a boat or snowmachine) (Table 9). A total of 18 percent of households reported using roads due to the availability of caribou along the road system. Of those households who did not use roads in 2018, 38 percent cited a preference for non-road modes of transportation (e.g., boats), while 25 percent indicated that they avoided roads due to industry. A total of 13 percent cited a general preference for other forms of (non-road) hunting. In summary, 46 percent of households reported not using roads, and a majority of those households indicated they did not use roads due to personal preferences, including preferred or available transportation methods, or general avoidance of industry.

**Table 9: Reasons for Using or Not Using Roads for Caribou Hunting, 2018**

| Reason | Percentage of Households Using Roads[a] | Percentage of Households Not Using Roads[b] |
|---|---|---|
| Ease of use | 50% | – |
| Transportation method | 26% | 38% |
| Avoid industry | – | 25% |
| Resource availability | 18% | 9% |
| Personal preference | – | 13% |
| Security restrictions | – | 3% |
| Funds | 3% | – |
| No reason specified | 16% | 16% |
| [a] Total number of households using roads was 38. [b] Total number of households not using roads was 32. | | |

Stephen R. Braund & Associates, 2020

While impacts related to man-made infrastructure, including hunter avoidance, have occurred over the study years, Nuiqsut hunters continue to harvest caribou in proximity to these areas. As shown in Table 10, over the 11 study years, between three and 36 percent of reported caribou harvests have occurred within 2.5 miles of infrastructure, and between 12 and 61 percent of respondents have reported harvesting caribou within 2.5 miles of infrastructure. Years 2015 through 2018 show an uptick in the number and percentage of caribou harvested within 2.5 miles of infrastructure, which likely reflects use of the Spur Road, CD5 road, and GMT1 road by residents to hunt caribou, as well as the increasing presence of infrastructure within previously used harvesting areas. The percentage of caribou harvested within 2.5 miles of infrastructure in 2018 (36 percent) was higher than previous study years, and the percentage of respondents harvesting caribou in those areas (59 percent) was on the high end of previous years. It is important to note that the percentage of harvests occurring within 2.5 miles of infrastructure will naturally increase as infrastructure moves closer into the community's core hunting area.

**Table 10: Nuiqsut Caribou Harvested Within 2.5 Miles of Infrastructure**

| Study Year | Within 2.5 Miles of Infrastructure[1] | |
| | Number (%) Caribou Harvested | Number (%) Respondents Harvesting Caribou[2] |
| --- | --- | --- |
| 2008 | 28 (8%) | 15 (42%) |
| 2009 | 32 (11%) | 11 (24%) |
| 2010 | 45 (12%) | 18 (33%) |
| 2011 | 56 (17%) | 23 (42%) |
| 2012 | 57 (16%) | 20 (38%) |
| 2013 | 7 (3%) | 6 (12%) |
| 2014 | 58 (11%) | 20 (36%) |
| 2015 | 88 (22%) | 26 (53%) |
| 2016 | 87 (28%) | 24 (44%) |
| 2017 | 88 (28%) | 38 (61%) |
| 2018 | 93 (36%) | 27 (59%) |
| 1 Each year is analyzed based on permanent infrastructure present during that year. In 2017, infrastructure related to the CD5 and GMT 1 project was added to the analysis for those years. <br> 2 Percentages are based on the number of respondents who reported successful harvests during the study year, not the total number of active harvester respondents. | | |

Stephen R. Braund & Associates, 2020.

Because the Nuiqsut Caribou Subsistence Monitoring Project and associated data collection did not begin until after construction of Alpine Satellites CD1 through CD4 was complete, pre-development data on caribou harvest levels in those areas are not available. Thus, it is not possible to provide pre- and post-development comparisons – such as number of caribou harvested by harvest location - for those (CD1 through CD4) developments. However, it is possible to provide such pre- and post-development comparisons for areas west of Nigliq Channel, including areas surrounding the Nigliq Channel bridge, Spur Road, CD5 road and pad, and GMT1 road, which were all constructed at least six years after data collection began. Such comparisons can help understand whether harvests or harvest activity has decreased or increased within project vicinities from baseline conditions. As shown in Table 11, harvests in the area of infrastructure built after the monitoring study began (Map 26) have varied on annual basis with an increase in 2018 over previous years (35 percent of caribou harvested compared to between 11 and 26 percent in previous years). The percentage of respondents harvesting caribou within the infrastructure area (54 percent) was on the high end of previous years. Thus, the data indicate that while caribou have always been harvested in substantial numbers within the currently developed area, recent road construction has possibly increased the amount harvested within that area.



# Map 26 -
# 2014 to 2018 Infrastructure Analysis Area

Under contract to ConocoPhillips Alaska, Inc., Stephen R. Braund and Associates (SRB&A), in coordination with Kuukpik Subsistence Oversight Panel, Inc., and a local panel of caribou experts, selected active and knowledgeable caribou harvesters to interview. SRB&A interviewed 121 active harvesters from November 2013 through February 2019.

Stephen R. Braund & Associates
P.O. Box 101480
Anchorage, Alaska 99510
(907) 276-8222 info@srbak.com

**ConocoPhillips Alaska, Inc. (COP) Infrastructure**

Infrastructure Analysis Area (2.5 mile buffer of infrastructure)

Local Placename

COP Existing Pad

Above Ground Pipeline

Gravel Footprint

National Petroleum Reserve Alaska

N

0  1  2  4
Miles

**Table 11: Percentage of Caribou Harvesters and Harvests within 2.5 Miles of Nigliq Bridge, Spur Road, CD5 Road and Pad, and GMT1 Road**

| Study Year | Number (%) of Caribou Harvested | Number (%) of Respondents Harvesting Caribou | Development Action/ Infrastructure |
|---|---|---|---|
| 2008 | 41 (11%) | 15 (42%) | |
| 2009 | 45 (16%) | 16 (36%) | |
| 2010 | 64 (18%) | 25 (46%) | |
| 2011 | 62 (19%) | 26 (47%) | |
| 2012 | 75 (22%) | 25 (47%) | |
| 2013 | 72 (26%) | 26 (52%) | |
| 2014 | 60 (11%) | 20 (36%) | Construction of CD5, Nigliq Channel bridge, and Spur Road |
| 2015 | 55 (14%) | 22 (45%) | CD5, Nigliq Channel bridge, and Spur Road completed |
| 2016 | 71 (23%) | 23 (43%) | |
| 2017 | 79 (25%) | 34 (55%) | Construction of GMT1 road and operational (3 months) |
| 2018 | 90 (35%) | 25 (54%) | Construction of GMT1 pipelines and begin GMT1 drilling and operation. |

Stephen R. Braund & Associates, 2020.

### Impacts of Other

A higher than usual percentage of respondents in 2018 (14 percent) reported impacts which did not fit under the seven impact categories discussed above. In previous study years, less than five percent of observations were categorized as "other" impacts. "Other" impacts which were reported by active caribou harvesters in 2018 included blasting associated with gravel mining, brightly colored infrastructure deflecting caribou, noise from construction activities and equipment, noise from drilling, and cumulative impacts of development:

> *Too much activities there. there is always construction on something. Right where we went, right over here, there was some construction going on on the shore. That is what they call the state side. That inside of Colville River is the state side. [Near Nuiqsupiaq] we were right on it, right on Nuiqsapiaq.* (SRB&A Nuiqsut Interview November 2018)

> *Respondent 1: There was concerns about the GMT1 road that there was a big green pumphouse and it was a long distance from the road and a lot of resources. It was bright green, fluorescent waterline.*
> *Respondent 2: From the lake to the water house.*
> *Respondent 1: By this big lake right here [near GMT1]. It was during the summer season during the migration. They reported their concerns and it was acknowledged.* (SRB&A Nuiqsut Interview November 2018)

> *I have seen whole big herds startle from the oil rigs. I was a flagger. There is that impact of the human activity. Any time you have human activity it affects all of the wildlife in that area. If you guys were Conoco people, trust me you guys would get an earful.* (SRB&A Nuiqsut Interview November 2018)

> *The caribous are not totally eradicated from there [Nigliq and East Channel] but they are affected. When you have an extreme amount of activity within a vicinity of a lot of caribou, no matter what, you are going to deflect them. Whenever you have a large percent of human*

*activity: trucks, helicopters, movement, all of the above. These animals see them from a long distance and a lot of them turn when they see them from a long ways. Wherever the activity is, they are diverted. It doesn't have to be where a facility or a structure is in place, but the traffic. These caribou don't know that this is a drill rig. Animals have a tendency to just be themselves and go away. I can't say compared to my time living here since '73, the deflection of caribou is really evident now. When you think about how a large percent of the caribou has died off or mingled with other herds. There is concerns that the population is slow here, but in addition to that all of these oil activities, these animals all of them, we seem to go through this over the last ten years, talking about this but I try to put what I am looking at—trying to paint a picture of what I am looking at out there.* (SRB&A Nuiqsut Interview November 2018)

*The explosions [from gravel mining and blasting] and the fires, they're going to do it again. This is the third year again. They're doing gravel mining just right over here. That's going to affect our caribou again. They say one more year; so next year [they'll be finished at the gravel site]. But then it's going to be another year…. They didn't make no promise about lower explosions, we don't know what we are going to get this year. We are still waiting for them to fix, it shook the houses, and how many got cracks like this, our walls, nobody came or anything, it's the third year, nobody came and talked to us about damages to the windows and houses, our caribous are dropped off. Oil Search said they are going to get their gravel [from the Arctic Slope Regional Corporation [ASRC] mine]. Yeah, that's ASRC. We try to appeal to them during the meetings, but it's probably financially motivated.* (SRB&A Nuiqsut Interview November 2018)

### Non-Alpine Impacts

In addition to impacts attributed to the Alpine or Alpine Satellites developments, the study team also documented non-Alpine impacts when volunteered by respondents. In these cases, respondents indicated that the impact was from a different source, or they were unsure of the source of the impact and the study team assigned the impact as "non-Alpine" due to its location (i.e., outside of the general area of current or planned Alpine Satellites developments). As shown in Figure 47, 16 percent of Nuiqsut respondents reported at least one type of non-Alpine impact in 2018, lower than but within the range of previous study years (from five percent of respondents [2010] to 54 percent [2012]). Similar to previous study years, a majority of non-Alpine impact observations pertained to plane traffic (42 percent of observations) and helicopter traffic (33 percent) (Figure 48). Non-Alpine impacts in 2018 focused on general air traffic, including commercial flights, sport hunting guides, and surveys conducted by government agencies and other oil companies; increased pressure on search and rescue resulting from increased road use; and impacts of sport hunters along the Dalton Highway:

*The only thing I can think of is that plane that was flying really low this way towards fish creek. It was a little cubby plane. We were at the cabin, Nigliq cabin. In July, the middle of July.* (SRB&A Nuiqsut Interview November 2018)

*Armstrong, I think, USGS, they were doing a survey, couple years now, white geese, surveying, yeah.* (SRB&A Nuiqsut Interview November 2018)

*Yeah, there was airplanes that we kept hearing and helicopters. It was more during June, I think. Planes and helicopters. Those planes towards Umiat those were probably guide hunters, I don't know. But there was a lot that just kept going by.* (SRB&A Nuiqsut Interview November 2018)

**Figure 47: Percentage of Respondents Reporting Non-Alpine Impacts on Caribou Hunting**



See Appendix C, Table 59, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 48: Percentage of Observations of Non-Alpine Impacts on Caribou Hunting**



See Appendix C, Table 60, for associated data

Stephen R. Braund & Associates, 2020.

*We seem to have an increase of rescuing people. During the wintertime, a lot of rescues towards the mouth of the Colville because of the trucks. That is part of the effects of this— that's part of the big picture. It seems to me that the people involved want assistance from the oil people to recover these vehicles. They keep asking for their help. I noticed that. As if they are responsible. I have seen it to where we have to go out there in December when there is really no road. They have to go out there and rescue them. But when there is a road and there is a convoy, they help each other get out of the mess. Those people who go shopping to Fairbanks and Anchorage will go all together.* (SRB&A Nuiqsut Interview November 2018)

*When I'm not hunting, I travel, and I travel on the Dalton Highway. And the worst are the bow and arrow people hunting… they don't let the caribou cross! You're heading home and the caribou, when they first start coming they are trying to go across, so they can come this [western] way. They are trying to cross, but the bow and arrow people don't let them cross. And that's what really gets into my way. Err [makes angry face]. Yeah, I see it every year. I like to travel a lot. I just don't do my hunting all the time… but that's the worst part I see on the Dalton Highway. It's from Atigun Pass, coming this [western] way. Atigun Pass, Toolik Lake, Happy Valley, and Toolik: Those are the main ones we go through and there's always lots of caribou hunters and they' don't let them cross. It's terrible. I've seen it many many times. Mmm hmm, even close to Prudhoe. For tourism, the plane goes down [low] on the caribou; it's terrible. It scares them. I don't like that, it hurts me. That's not just me, it's the people from here, Anaktuvuk [Pass] and Kaktovik. That's why we had people from Anaktuvuk [Pass] come here to go caribou hunting because they are getting so impacted by those crazy people. I don't know what to say… it hurts me.* (SRB&A Nuiqsut Interview November 2018)

## Reported Avoidance of Use Areas

As shown in Figure 49, the percentage of respondents who reported no longer using or avoiding certain areas in 2018 (76 percent) was higher than all previous years for which data are available, but only slightly higher than the previous year (Appendix C, Table 61). The increase in reported avoidance during the active harvester interviews is consistent with an increase in the percent of households who volunteered they avoided the Alpine area during the 2018 household harvest surveys (see Figure 43). In 2018, the most commonly mentioned places avoided were the Nigliq Channel (21 percent of observations), followed by Alpine/Alpine Satellites and Fish Creek (13 percent of observations); East Channel and Upper Colville River (eight percent); and Nanuq (six percent) (Figure 50 and Figure 51). Other areas mentioned less frequently included Nigliq, "Various Areas," *Kuupaqullurak,* the area West of Nuiqsut, Itqiliq River, East of Nigliq Channel, Teshekpuk Lake, Atigaru Point, the area West of Colville River, and Judy Creek (Appendix C, Table 62 and 63). Reports of avoidance of Nigliq Channel in 2018 were higher than previous years (Figure 50, Figure 51; Appendix C, Table 62 and 63).

The causes cited for avoiding certain areas (in terms of percentage of observations and percentage of respondents) are shown in Figure 52 and Figure 53. Similar to previous study years, in 2018, Development Causes were most commonly cited (56 percent of observations), followed by Environmental Causes (27 percent), and Personal Reasons (15 percent). The percentage of observations attributed to development causes, environmental causes, and personal reasons were within the range of all individual study years (Figure 52; Appendix C, Table 64). However, the percentage of respondents citing development causes in 2018 (47 percent) was on the high end of previous individual study years, which ranged from between 31 and 46 percent of respondents (Figure 53; Appendix C, Table 65). Specifically, in 2018 respondents most frequently cited development infrastructure (33 percent), followed by development activities (22 percent of respondents). Other commonly cited causes included resource availability (22 percent of respondents) and environmental factors (14 percent).

**Figure 49: Respondents Reporting Avoidance of Previously Used Hunting Areas**



Notes: See Appendix C, Table 61, for associated data.
This question was added in 2013; thus, no data are available for the 2008-2012 study years.

Stephen R. Braund & Associates, 2020.

**Figure 50: Places of Avoidance – Percentage of Observations (5% or Higher)**



Notes: See Appendix C, Table 62, for associated data.
Figure includes areas accounting for an average of 5% or more of observations; all other areas are lumped under "Other Areas"

Stephen R. Braund & Associates, 2020.

**Figure 51: Places of Avoidance – Percentage of Respondents (5% of Observations or Higher)**



Notes: See Appendix C, Table 63, for all study year data.

Stephen R. Braund & Associates, 2020.

**Figure 52: Causes of Avoidance – Percentage of Observations**



Notes: See Appendix C, Table 64, for associated data.

Stephen R. Braund & Associates, 2020.

**Figure 53: Causes of Avoidance – Percentage of Respondents**



Notes: See Appendix C, Table 65, for associated data.

Stephen R. Braund & Associates, 2020.

As shown in Appendix C, Table 66, the causes cited for avoiding the Nigliq Channel area included development infrastructure, followed by resource availability (e.g., a lack of caribou in that area), and safety concerns. When citing direct avoidance of the Alpine/Alpine Satellites areas, residents most commonly cited development activities, followed by development infrastructure. Development infrastructure was also frequently cited for avoidance of Nanuq. Areas where resource availability was cited for the cause of avoidance (more than one observation) included Nigliq Channel, East Channel, and upper Colville River.

As noted above, a higher than average percentage of respondents reported avoiding the Nigliq Channel area in 2018, consistent with a gradual decline in the use of this area since the beginning of the study (Figure 4, Figure 5). In 2018, residents' comments about the Nigliq Channel indicated that some residents view the area as the center of Alpine development and therefore avoid the area due to high development activity/disturbance, the presence of infrastructure alongside the channel, and concerns about safety when hunting. Several individuals also observed that caribou are less available along Nigliq Channel as they once were, as a result of development. Active harvesters provided the following observations regarding decreased use or avoidance of Nigliq Channel:

> *[I avoid] Fish Creek and Nigliq. [There has been a] decline of caribou in that area. When Kuparuk first set up their pipelines, that was their first real incident of caribou deflecting their migration paths. [That was] after the Kuparuk pipelines went up, [in the] '80s, maybe the later part of the '80s. That is when it became a reality.* (SRB&A Nuiqsut Interview November 2018)

> *We usually go camping to Nigliq over there but too much traffic. It does not feel like camping when there's too much noise. But that's where I used to go camping for a few days.* (SRB&A Nuiqsut Interview November 2018)

*Yes, [I avoid] here [Niqliq Channel area]. Because of safety.* (SRB&A Nuiqsut Interview November 2018)

*Just along the river going down river [Niqliq] because there is so many of those oil fields you can't even shoot without worrying about that bullet shooting someone and security personnel are really keeping an eye on us hunting on the river. They are even telling us that we can't hunt on some of the parts that are our own land. We were specifically told about that at a meeting. I got pretty mad at that meeting. They were worried about someone getting hit with a bullet. I don't know what they are thinking. We are not going out to get them.* (SRB&A Nuiqsut Interview November 2018)

*Well, there is just so much activity, that I try to avoid, around Niqliq, and on this side. I just try to avoid that. We kind of like avoid going in that Alpine area because there is just too much activities. You see the caribou hanging around there, though.* (SRB&A Nuiqsut Interview November 2018)

*Up Niqliq, if I see one I'd probably get it but there is not as much as there was in the early 2000s and the '90s because of Alpines and 1, 2, 3, 4… seems like the more they put a structure there, they're so blocked off.*. (SRB&A Nuiqsut Interview November 2018)

*We don't go over there [to Niqliq] anymore. Not as much, yeah. What I think is that because I seen more caribou on this road—GMT Road. My guess is they are probably following this road along the Spine [Spur] Road and kind of corralling them to stay underneath the pipeline or not going past the road or traffic. So yeah, we are seeing them a lot more [near the road]. Yeah, [toward GMT1].… Niqliq is the main one [I avoid], because that's a waste of gas just to go looking over there to find nothing each time.* (SRB&A Nuiqsut Interview November 2018)

*Right where the bridge [on Niqliq] is. CD4 and 2 is too close [and the bridge]. I used to spend my summers over there, all summer long. That bridge is right there and the CD4 and CD2 are so close, we haven't been there in so long. My grandfather still has some relics out there, a few things left behind.* (SRB&A Nuiqsut Interview November 2018)

Several individuals specifically cited avoidance of COP developments or associated infrastructure (e.g., roads), noting a lack of caribou in those areas or general discomfort hunting near development:

*Alpine, towards the Alpine side. That area is no more. There is no more that area. But we could because we know that there are hunters that show me. Probably it's too much activity, and there is just too many what you call those rigs? You have to pass by those.* (SRB&A Nuiqsut Interview November 2018)

*Over by Alpine we used to go out there a lot years and years ago but it feels wrong to take them out there. Too dangerous. There was a couple of guys out there shooting from the road. They didn't understand that the road has a big u-turn and they were shooting at the road.* (SRB&A Nuiqsut Interview November 2018)

*I stay away from the roads and the oil field area. I just don't know, I don't like to. They say we can use the roads and whatnot but I don't think that's the right way to go hunting. It is not right to hunt from a road.* (SRB&A Nuiqsut Interview November 2018)

In addition to reporting avoidance of Niqliq Channel and the Alpine/Alpine Satellites areas, a number of individuals reported avoiding certain geographic areas, such as Fish Creek, Atigaru Point, Nanuq, and

Ex. 3 p. 152
Case 3:20-cv-00290-SLG   Document 28-6   Filed 01/15/21   Page 72 of 83

*Kuupaqullurak,* for primarily development-related reasons, many of which are related to Alpine/Alpine Satellites or other COP development or exploration activities. Reasons for avoiding these areas included the traffic/noise associated with these areas, a lack of caribou due to development activities or infrastructure, concerns about shooting near infrastructure and human activity, and a general desire not to hunt near development infrastructure:

> *Fish Creek, Atiguru area, Atiguru Point. It is just so much activities and summer studies going on. Summer studies in Harrison Bay and going way beyond. It doesn't matter which way you go, there is going to be interference.* (SRB&A Nuiqsut Interview November 2018)

> *Kind of. This area [Fish Creek area] because I have noticed that the helicopter—the biologist helicopter swoops down a lot and the animals have been going there less and they are more jumpy over there.* (SRB&A Nuiqsut Interview November 2018)

> *My cabin. That is basically land lost. There is a drill site five miles from my cabin. There is no animals to be seen. They just disappeared. Now I have to go to Price River. Go make my wolf trails over there. It's basically like all those lights [from development] are just changing the whole route. And this road is not going to stop. It's gradually making its way to Teshekpuk. And Barrow wants those roads.* (SRB&A Nuiqsut Interview November 2018)

> *That Nanuq [area]. Too much activity. Caribou use to go right through where that Nigliq bridge was, there use to be hundreds of caribou there every year, and now there's nothing, zero.* (SRB&A Nuiqsut Interview November 2018)

> *On our allotment, that Nanuq is considered a historical land site and they built that bridge right frickin' by it. The security came up to their bridge with the lights on and came down to our boat along the river and those guys went over there and said you can't hunt around there and they said this is not your land. I went off on that guy and got that guy's truck number and his name and his badge number and everything. I think they fired that guy. It got pretty bad. People really, really love their land, and they are telling us we can't hunt on our own land. We are being regulated around here so bad. That is one of the reasons I [want to] move to Barrow. It is actually getting kind of bad. I will go hunt somewhere else. There are a lot more regulations.* (SRB&A Nuiqsut Interview November 2018)

> *I never went in there [Kuupaqullurak] since they built that bridge. There's just no caribou in there.* (SRB&A Nuiqsut Interview November 2018)

Respondents also reported avoiding certain areas, such as the East Channel, due to other (non-COP) development activities. Several residents noted a general lack of caribou and too much development activity along the East Channel:

> *That area [East Channel]. There is always people doing surveys. So if I shoot that way, I could end up shooting them instead of caribou. Yeah [they are doing surveys on the Pisiktagivik side]. They hardly doing survey on the other side. Over there on that side they are doing survey.* (SRB&A Nuiqsut Interview November 2018)

> *We used to go out on the east [of the Colville Delta] all the time, but we are not allowed to go out on the east side with all the regulations, with all the pipelines and oil safety.* (SRB&A Nuiqsut Interview November 2018)

In addition to avoiding areas for development reasons, a number of active harvesters indicated that they no longer used certain places due to a general lack of caribou in those areas. In these cases, respondents did

not elaborate as to why they believed caribou were no longer in those areas. Residents cited resource availability as a cause for avoiding the Nigliq Channel, East Channel, Upper Colville River, *Kuupaqullurak,* Nanuq, and Fish Creek. One individual described a general decline in caribou in the area surrounding the Colville River Delta:

> *These past couple of years, I have kind of—it has just changed all over the Colville River delta. When you know there is no caribou out there, why go out there. You talk to the hunters and they say they haven't seen anything, why even bother. It is five dollars a gallon here. I know years back, me and my buddy used to go up the Nigliq Channel and if caribou numbers were thin there we would go to the East Channel to see if they were fatter on that side. That is all gone now. When you talk about herds and the caribou and the insect relief. There is no such thing as insect relief when you have only 20 to 30 in a group. I know that you guys know that scientific proof says the bigger the herd, the healthier the herd because they swap from the outside to the middle. These caribou just keep going, running to get away.... If you talk to the people who were camping at the Nigliq this past summer you will see that they hardly saw anything. It is becoming more and more of seeing nothing on the Nigliq channel. (SRB&A Nuiqsut Interview November 2018)*

Finally, Personal Reasons, including a lack of funds to buy gas, a lack of equipment such as snowmachines, and personal preference, were cited for avoidance of areas such as Fish Creek, Ocean Point, and Upriver areas:

> *I used to love to go to Fish Creek all the time and now I haven't gone there this year. Caribou were close enough I didn't have to travel far. We used to do netting all the time with fish at Fish Creek, now we just go there anymore. There's no need to travel that far, burns a lot of fuel. It's 40 gallons to make in back home and that's $200. That's just right here. You have to coast down a little ways to make sure you can make it home. (SRB&A Nuiqsut Interview November 2018)*

> *I used to go up to past Ocean Point but it has been so long since I have been up there. My cousins keep running out of gas and taking all of their time [closer]. [Because of] gas, and my cousins are taking too much time and wasting the day light. (SRB&A Nuiqsut Interview November 2018)*

> *I used to go to Chandler, Anaktuvuk River, but I don't because I can't spend that much on gas anymore.... Fish Creek, I never been there in five or six years now.... Maybe the gas, it takes a lot of gas to get over there. (SRB&A Nuiqsut Interview November 2018)*

One individual reported a decline in their use of the Teshekpuk Lake area due to environmental factors, saying, "Out towards Teshekpuk area. It is hardly any snow nowadays. Too hard to travel. Nowadays anything close to the village now because there is hardly any snow" (SRB&A Nuiqsut Interview November 2018).

## General Observations Regarding Status of Caribou Herds in 2018

This section summarizes residents' general observations regarding caribou behavior, migration, and distribution for the 2018 study year. While previous sections discussed caribou herd distribution, migration, health, and behavior in the context of the 2018 hunting season and impacts on hunting, this section captures more general herd characteristics that were observed during the active harvester interviews and are not addressed elsewhere in this report. At the conclusion of each interview, residents were asked, "Was there anything else abnormal about the behavior distribution, or migration of caribou in 2018?" The primary observations were as follows:

- Abnormal distribution of caribou
- Abnormal migration routes
- Abnormal behavior of caribou
- Caribou hunting/harvesting patterns or concerns
- Impacts on Caribou movement/behavior/health

Observations regarding the abnormal distribution of caribou during the 2018 hunting season reflected low caribou availability in residents' hunting areas. Several respondents noted that when they did find caribou, they were generally in small groups rather than large herds:

> *The herds were smaller. They were more in little patches, not any huge herds. I didn't see any huge herds at all this year—a huge herd being more than 20.* (SRB&A Nuiqsut Interview November 2018)

> *No caribou. The only time they would really catch caribou was in the end of July and some residents from the village were getting them too and some of them were really fat and the other, yeah, they were pretty good, they had fat about this big [maybe two inches], on the hind shoulder.* (SRB&A Nuiqsut Interview November 2018)

> *A vast majority of my caribou sightings have been on the north side of GMT1. I see quite a bit. Not a large group, but sometimes there might be one, sometimes four or five. It's sporadic.* (SRB&A Nuiqsut Interview November 2018)

One individual noted a general lack of female caribou in their hunting area in 2018, saying,

> *Where are all the female tuttus at? All summer, even before summer I didn't see one female tuttu, just that one herd we saw those females, but the rest of them, usually when I first came we would go up here, I told you about those little creeks, we would see six bulls and maybe three females, but there was not female. I want to say they're just standing around. I don't know.* (SRB&A Nuiqsut Interview November 2018)

In contrast to the harvesters who said there was lack of caribou in 2018, one respondent was satisfied with the amount of caribou in the area, but indicated a lack of hunting success due to poor timing:

> *Not that I know of because I didn't go out as much. But from what I noticed it was good. I saw how many out there, but I was at the wrong spot at the time.* (SRB&A Nuiqsut Interview November 2018)

While a majority of general observations pertained to caribou distribution within the community's hunting area, harvesters also observed abnormal migration routes in 2018 which resulted in overall changes to the location of caribou. Nuiqsut residents reported that few caribou migrated through their hunting area, instead taking alternate routes. One individual noted that the lack of large herds of caribou near Nuiqsut resulted in pressure on Nuiqsut people to find alternate sources of food:

> *Caribou are hard to find this year. They are all in Wainwright.* (SRB&A Nuiqsut Interview November 2018)

> *Usually there are some around the village and there weren't any around the village this year except for the one on the Spur Road.* (SRB&A Nuiqsut Interview November 2018)

> *Every year we don't get Porcupine caribou, but ever since that Alpine and oil development going around in that area we notice that Porcupine Caribou [goes up Itqiliq].* (SRB&A Nuiqsut Interview November 2018)

> *Because of the deflection of animals and our having hard time to eat caribou, Nuiqsut people are pressing the state of Alaska to make a road to Fairbanks and Anchorage so that we can have access to cheap food.* (SRB&A Nuiqsut Interview November 2018)

Another common observation during the 2018 active harvester interviews was abnormal behavior of caribou. Harvesters noticed several different behaviors in caribou such as late migration, habituation to noises, and habituation to infrastructure such as roads. One individual attributed the abnormal behavior to contamination of food and water sources, noting it may be making the caribou sick:

> *[The caribou were] just late. The rutting season was late and they were here too late. We only had one week of summer. The grass never turned green. The akpiks never grew the blueberries never grew.* (SRB&A Nuiqsut Interview November 2018)

> *I notice they are more comfortable around all the noise. [That is] good, considering all the development that is going on.* (SRB&A Nuiqsut Interview November 2018)

> *I really want to know what's causing these caribous to do that. It has to be something that they're eating to get sick like that. They drink water out of these lakes, and they utilize these lakes to pump water to create these ice roads, and or they do containing? This is the part where caribous eat the ground. The more I notice, the more they are staying right there. The caribous are sticking around the road where we cannot shoot. ... I want to know why these caribous are sick. There has to be something going on. Where they eat, where they sleep, all their daily areas... What comes out, what comes in the air when they burn that? Do they know that? Have you ever tested the air that comes out of that flame? For our subsistence and our village, air monitor the flame, what it does? What's in it? Not only that, they eat right here. They stay this area, now they stay just right here. They're not this way anymore. The channel, Pisiktaġvik, this is where we used to get a lot.* (SRB&A Nuiqsut Interview November 2018)

Additional observations about the health and distribution of caribou included less caribou fat content. One individual reported that the caribou they received in 2018 were healthy and were distributed near the community for protection from wolves:

> *They seem skinner this year. Less fat. I remember there use to be a lot of fat on the caribou actually... I'm not sure [why], just something that I noticed.* (SRB&A Nuiqsut Interview November 2018)

> *My relative gave me one caribou and it was nice and healthy. They live here. This summer there was quite a few caribous this time. Even right here in town, they came through here. Nobody bothers them, that's why they get so close. They know these wolves won't come into town. Two weeks ago, I saw some down here just right across from the airport. They were moving fast, probably running from a wolf maybe. This was like two weeks ago.* (SRB&A Nuiqsut Interview November 2018)

A number of respondents commented on overall impacts to caribou movement, health, and behavior, including decreased hunting success and reduced caribou availability in the region, and attributed these changes to increasing oil and gas activities and development in the region. Their comments are as follows:

> *Yeah, since the development going on we have less caribou in the area than we used to. They used to come in by the herds, and nowadays they just come in just one a time at or sometimes five to 15, that's it. They changed to the west side rather than coming through this way [east]. Since the oil development has been developed in 2000. And we have to [go] way farther out there sometimes just to go out hunting to catch them nowadays. I wish they could come closer*

*than farther away from our area and we would have more meat to provide for our families and our community. (SRB&A Nuiqsut Interview November 2018)*

*When you get out [away from Nuiqsut], it's safer. A lot of times you have to go farther and farther to find a caribou. You know, all this development is happening and then this whole [GMT2] area will be active in the next four and five years. All this development, [will impact the caribou and caribou hunting]. Everything has to come in through Prudhoe and the ice road. There's not a road yet. But once they get NPR-A and CD5, then it's all open. It was a small footprint with Alpine, but then it all blew up. (SRB&A Nuiqsut Interview November 2018).*

*What is these caribou eating off these ice roads? Leaks? Tire things? It's everything! Exhaust is not [just air], you can see it on the ground when it's black. The nuna [land] is the ground. What is causing these caribous to be so far? This is not the first year either, this is like the third year in a row. No, these caribou, when I was smaller, when I was 10, when my dad made me go out, they were fat. My mom used to cut [caribou fat] off and store it. Now, we have a Ziploc bag full of fat from like five caribou.… I really want to know [why the animals get sick]. CP [ConocoPhillips] needs to give me an answers. I asked the CEO when they came for their meetings. I said, 'What do you think they're eating? All the oil spills, and the anti-freeze, they eat and eat and eat in these areas. I blame the industry. They said you wouldn't be able to see Alpine. Yeah right, there's like a whole new city out there. [Elder] looked at me [before Alpine] and said, 'When you're in your 20s, you'll look around and see nothing but oil fields.' He passed away, he's [dead now]. He pretty much died right after. But he was right. Just to see so little caribou in this area, it's hurting us as a people. My household, we have caribou every other day. But to have them sick and wasting [is sad]. If it's green, it's in its bloodstream. We were like, 'Crap, we have to bring them to the dumps and burn them.' (SRB&A Nuiqsut Interview November 2018)*

Additional themes that harvesters brought up for the 2018 caribou hunting season pertained to caribou hunting or harvesting patterns and related concerns. These included the benefits of road access during the hunting season, not having access to certain transportation vehicles, and a lack of mitigation funds for the season. Some comments also included how other hunters affect caribou migration routes, which affect others' hunting success. Detailed discussion of caribou hunting and harvesting patterns are provided above under "Caribou Subsistence Use Areas and Harvest Locations" and "Observations of Changes in Harvest Patterns."

## Summary – 2018

SRB&A, with the Nuiqsut Caribou Panel, has completed 11 years of monitoring of impacts of CD4 and other COP satellite developments on Nuiqsut residents' caribou hunting activities, the 11th year representing the 2018 study year. The monitoring data are based on interviews with a sample of active Nuiqsut caribou harvesters as well as household harvest surveys. Fifty active harvesters were interviewed for the 2018 study year and household harvest surveys were conducted with 80 percent of households. The 2018 study year included a smaller number of active harvester participants than most recent years; however, these respondents represented between a third and one half of respondents interviewed in all individual previous years (similar to previous years), and therefore the drop in respondents likely did not affect overall study conclusions.

During the active harvester interviews, respondents reported 177 caribou use areas for the 2018 time period (November 2017 to October 2018). They also identified 150 successful harvest locations, within the range of previous study years (between 143 [2013] and 248 [2014] harvest locations). The majority of caribou hunting and harvesting activities occurred along the Colville River (including Nigliq Channel), along the

lower portion of the Itqiliq River, and along the Spur Road and CD5/GMT1 roads north and northwest of the community. Compared to all previous study years, 2018 was relatively similar. 2018 showed decreased use of Nigliq Channel when compared to most previous years. A hunting pattern, which emerged in 2015 and continued through 2018, was the use of the Spur Road and CD5/GMT1 roads to hunt caribou. The road system showed substantial overlapping use in 2018. The road was used by a majority of active harvesters and, in particular, provided access to individuals without access to overland (e.g., snowmachine/four-wheelers) or riverine (i.e., boats) forms of transportation. The road also provided access to overland hunting areas during "shoulder seasons" (e.g., spring, late fall) when conditions are not suitable for overland travel.

The concentration of harvests in 2018 were somewhat similar to recent years (Years 2012 through 2017). Years 2012 through 2018 differ from the first five study years in that they show fewer areas of high harvest density along Nigliq Channel, with the exception of the camp at Nigliq. In 2018, the camp at Nigliq showed less harvest concentration than most previous years but still showed moderate harvest concentrations. Overall, a large number of caribou harvests took place along the Spur Road and GMT1 roads north and northwest of the community, and to the south and southeast of the community near Itqiliq.

July and/or August have been the peak hunting months during almost every study year, including 2018. In 2018, while July and August continued to be the peak harvest months, there was comparatively less activity during the month of August. 2018 showed a somewhat lower percentage of use areas during the winter months, despite the road access which in recent years has resulted in increased winter hunting activity. Although boat remained the principle travel method to caribou use areas, recent study years have shown a decrease in the use of boat relative to other travel methods. In 2018, respondents used boat to access 66 percent of caribou use areas. Snowmachine use was slightly higher than the last several years, at nine percent of use areas, while truck use increased substantially from two percent or less of use areas between 2008 and 2014 to between eight and 14 percent in Years 2015 through 2018. The increased use of truck is due to respondents' increased use of the recently constructed Spur Road and connected CD5/GMT1 roads. Similar to previous years, respondents took primarily same day trips to a majority of use areas, although the percentage of use areas visited only during day trips was somewhat higher than previous years. The frequency of hunting trips to use areas was also similar to previous study years, but varies by hunting area, with the average number of trips increasing in the area West of Nuiqsut and decreasing in the Nigliq Channel area. A number of factors affect harvest timing and success, including weather and ice conditions, the timing of caribou migration into traditional hunting areas, and outside factors such as industrial or other activities that potentially affect caribou behavior. Harvest success in terms of the percentage of successful hunting areas was on the low end of previous years, at 52 percent of use areas reported as successful. The mean number of caribou harvested by harvest location and use area were also on the low end of previous years.

Based on household caribou harvest surveys for the 2018 study year, the estimated number of caribou harvested in 2018 (608 caribou; 157 pounds per capita) was within the range of previous study years, as was the percentage of households using caribou. The percentage of Nuiqsut households who gave and received caribou (88 percent) was the highest since the 2005-06 time period.

The percentages of active harvester respondents reporting changes from the previous year in hunting areas, hunting months, trip frequency, trip duration, and harvest amounts are somewhat similar over all study years, with 2018 on the higher end for changes in harvest amounts and duration. In 2018, 43 percent of respondents indicated that they did not harvest enough caribou, an increase from the previous four years but within the range of previous years (between 16 and 54 percent). The percentage of respondents observing caribou abnormalities in 2018 was also within the range of previous years, at 20 percent, while the number of caribou harvested with abnormalities was within the range of previous years.

Sixty-eight percent of harvesters in 2018 reported one or more Alpine-related impacts on caribou hunting, the highest since the first year of the study (2008). In 2018, helicopter traffic (42 percent of respondents) and man-made structures (40 percent of respondents) were the most commonly reported impact source.

Active harvesters also reported impacts related to plane traffic, "other" impacts, oil company personnel, and other traffic (e.g., trucks). The increase in reported impacts in 2018 was also seen in the household harvest surveys, where the percentage of households reporting Alpine-related impacts (53 percent) was the highest of any individual study year.

Seventy-six percent of respondents indicated that they no longer hunted in or generally avoided certain areas they previously used, similar to the 2017 study year but higher than other previous study years. Nigliq Channel, Alpine/Alpine Satellites, and Fish Creek areas were the most frequently mentioned, with Nigliq Channel mentioned more frequently than in the past. A majority of avoidance observations were related to development causes, followed by environmental causes.

Similar to recent years, a general observation made by a number of Nuiqsut respondents in 2018 was that there were few caribou around throughout the study year and hunters had to work harder, stay out longer, or go out more frequently to find caribou. Residents observed that the caribou seemed more dispersed and did not follow their usual migration patterns. A number of individuals attributed the changes to increasing development activities including air and road traffic and the presence of infrastructure (e.g., roads) to the north and west of the community.

# REFERENCES

ADF&G (Alaska Department of Fish and Game). 2019. "Community Subsistence Information System: Csis. Harvest by Community.", Accessed May 2018. https://www.adfg.alaska.gov/sb/CSIS/index.cfm?ADFG=harvInfo.harvestCommSelComm.

2011. *Transcript of the Foothills West Transportation Access Eis Scoping Meeting Held at the Nuiqsut Community Center on June 13, 2011.*

ANSC (Alaska Native Science Commission). 2009. The Voice of the Real People: North Slope Communities on the Npr-a Social Science Plan. Prepared by the Alaska Native Science Commission for the Bureau of Land Management.

Bacon, J., T. Hepa, H. Jr. Brower, M. Pederson, T. Olemaun, J. George, and B. Corrigan. 2011. Esimtates of Subsistence Harvest for Villages on the North Slope of Alaska, 1994-2003. North Slope Borough, Department of Wildlife Management. Barrow, Alaska. Available online at http://www.north-slope.org/assets/images/uploads/MASTER%20SHDP%2094-03%20REPORT%20FINAL%20and%20%20Errata%20info%20(Sept%202012).pdf.

BLM, (Bureau of Land Management). 1998. National Petroleum Reserve-Alaska. Public Hearings. Nuiqsut, Alaska. January 14, 1998. U.S. Department of the Interior.

BLM, (Bureau of Land Management). 2003. Alpine Satellite Development Plan Environmental Impact Statement. Transcript of Scoping Meeting Proceedings. Nuiqsut, Alaska. March 18, 2003. U.S. Department of the Interior.

BLM, (Bureau of Land Management). 2004. Alpine Satellite Development Plan: Final Environmental Impact Statement. U.S. Department of the Interior. Available online at https://purl.fdlp.gov/GPO/gpo84294.

Braem, Nicole M., Tina Kaleak, David Koster, Price Leavitt, Patsy Neakok, James Patkotak, Sverre Pedersen, and Jim Simon. 2011. Monitoring of Annual Caribou Harvests in the National Petroleum Reserve in Alaska: Atqasuk, Barrow, and Nuiqsut, 2003-2007. Technical Paper No. 361. Alaska Dept. of Fish and Game, Division of Subsistence. Fairbanks. Available online at http://library.state.ak.us/asp/edocs/2011/06/ocn739704678.pdf.

Brower, Harry K., and Taqulik Hepa. 1998. North Slope Borough Subsistence Harvest Documentation Project: Data for Nuiqsut, Alaska for the Period July 1, 1994, to June 30, 1995. Rev. ed. North Slope Borough, Deparment of Wildlife Management. Barrow, Alaska. Available online at http://www.north-slope.org/assets/images/uploads/Subsistence%20Harvest%20Doc%20Report_Nuiqsut_94-95.pdf.

Brown, Caroline L., Nicole M. Braem, Elizabeth H. Mikow, Alida Trainor, Lisa J. Slayton, David M. Runfola, Hiroko Ikuta, Marylynne L. Kostick, Christopher R. McDevitt, Jeff Park, and James J. Simon. 2016. Harvests and Uses of Wild Resources in 4 Interior Alaska Communities and 3 Arctic Alaska Communities, 2014. Technical Paper No. 426. Alaska Department of Fish and Game, Division of Subsistence. Fairbanks, Alaska. Available online at http://www.adfg.alaska.gov/techpap/TP426.pdf.

Brown, William E. 1979. Nuiqsut Paisanich: Nuiqsut Heritage, a Cultural Plan. Prepared for the Village of Nuiqsut and the North Slope Borough Planning Commission on History and Culture. Arctic Environmental Information and Data Center. Anchorage, Alaska.

Burch, Ernest S. 1980. Traditional Eskimo Societies in Northwest Alaska. Alaska Native Culture and History. Edited by Y. Kotani and W. Workman. Senri Ethnological Studies 4. National Museum of Ethnology. Senri, Osaka, Japan.

Fall, J.; Utermohle, C. 1995. An Investigation of the Sociocultural Consequences of Outer Continental Shelf Development in Alaska. Edited by Alaska Department of Fish and Game Division of Subsistence. Technical Report No. 160 ed. Prepared for the U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Social and Economic Studies Program: Minerals Management Service U.S. Department of the Interior.

Fuller, Alan S., and John C. George. 1999. Evaluation of Subsistence Harvest Data from the North Slope Borough 1993 Census for Eight North Slope Villages for the Calendar Year 1992. North Slope Borough, Department of Wildlife Management. Barrow, Alaska. Available online at http://www.north-slope.org/assets/images/uploads/Master%20Report%20(Fuller-George%2099).pdf.

Greist, L. 1978. Puiguitkaat: The 1978 Elder's Conference. Transcription and Translation by Kisautuq (Leona Okakuk), Photographs by Gary Kean. Barrow, Alaska: North Slope Borough Commission on Inupiaq History Language and Culture.

Hoffman, David, David Libbey, and Grant R. Spearman. 1988. Nuiqsut, Land Use Values through Time in the Nuiqsut Area. Rev. ed. North Slope Borough; Anthropology and Historic Preservation Section of the Cooperative Park Studies Unit, University of Alaska, Fairbanks. Barrow, Alaska; Fairbanks, Alaska.

IAI, (Impact Assessment Inc.). 1990. Northern Institutional Profile Analysis: Beaufort Sea. Submitted to U.S. Department of the Interior, Minerals Management Service, Alaska OCS Region. Anchorage, Alaska.

Kakinya, E. 1978. Puiguitkaat: The 1978 Elder's Conference. Transcription and Translation by Kisautuq (Leona Okakuk), Photographs by Gary Kean. Barrow, Alaska: North Slope Borough Commission on Inupiaq History Language and Culture.

MMS, (Minerals Management Service). 1979. Federal / State Proposed Oil and Gas Lease Sale (Sale Bf). Public Hearings. Nuiqsut Alaska. May 16, 1979. U.S. Department of the Interior.

SRB&A, (Braund, Stephen R. & Associates). 2010. Nuiqsut Caribou Subsistence Monitoring Project: Results of 2009 Hunter Interviews. Prepared for ConocoPhillips Alaska, Inc. Anchorage, Alaska.

SRB&A, (Braund, Stephen R. & Associates). 2012. Nuiqsut Caribou Subsistence Monitoring Project: Results of Year Three Hunter Interviews and Household Harvest Surveys. Prepared for ConocoPhillips Alaska, Inc. Anchorage, Alaska.

SRB&A, (Braund, Stephen R. & Associates). 2013. Nuiqsut Caribou Subsistence Monitoring Project: Results of Year 4 Hunter Interviews and Household Harvest Surveys. Prepared for ConocoPhillips Alaska, Inc. Anchorage, Alaska.

SRB&A, (Braund, Stephen R. & Associates). 2014. Nuiqsut Caribou Subsistence Monitoring Project: Results of Year 5 Hunter Interviews and Household Harvest Surveys. Prepared for ConocoPhillips Alaska, Inc. Anchorage, Alaska.

SRB&A, (Braund, Stephen R. & Associates). 2015. Nuiqsut Caribou Subsistence Monitoring Project: Results of Year 6 Hunter Interviews and Household Harvest Surveys. Prepared for ConocoPhillips Alaska, Inc. Anchorage, Alaska.

SRB&A, (Braund, Stephen R. & Associates). 2016. Nuiqsut Caribou Subsistence Monitoring Project: Results of Year 7 Hunter Interviews and Household Harvest Surveys. Prepared for ConocoPhillips Alaska, Inc. Anchorage, Alaska.

SRB&A, (Braund, Stephen R. & Associates). 2017. Nuiqsut Caribou Subsistence Monitoring Project: Results of Year 8 Hunter Interviews and Household Harvest Surveys. Prepared for ConocoPhillips Alaska, Inc. Anchorage, Alaska.

SRB&A, (Braund, Stephen R. & Associates). 2018. Nuiqsut Caribou Subsistence Monitoring Project: Results of Year 9 Hunter Interviews and Household Harvest Surveys. Prepared for ConocoPhillips Alaska, Inc. Anchorage, Alaska.

SRB&A, (Braund, Stephen R. & Associates). 2019. Nuiqsut Caribou Subsistence Monitoring Project: Years 1 through 10 Final Report. Prepared for Conocophillips Alaska, Inc. Anchorage, Alaska.

USACE, (U.S. Army Corps of Engineers). 1996. Beaufort Sea Oil and Gas Development Northstar Eis Project. Public Scoping Meeting. Nuiqsut, Alaska. May 7, 1996.

Ex. 3, p. 163