# EXHIBIT 8




U.S. DEPARTMENT OF THE INTERIOR

BUREAU OF LAND MANAGEMENT – ALASKA

BIOLOGICAL ASSESSMENT

FOR THE

WILLOW MASTER DEVELOPMENT PLAN

NORTH SLOPE, ALASKA

Ex. 8, p. 1
Case 3:20-cv-00290-SLG   Document 28-12   Filed 01/15/21   Page 2 of 15

SUBMITTED TO THE

U.S. FISH AND WILDLIFE SERVICE

FAIRBANKS FIELD OFFICE


SUBMITTED BY THE

BUREAU OF LAND MANAGEMENT

U.S. ARMY CORPS OF ENGINEERS

MARCH 2020

# Table of Contents

1.0    INTRODUCTION ................................................................................................................. 1
2.0    CONSULTATION AND EVALUATION HISTORY ........................................................ 3
3.0    PROJECT DESCRIPTION AND ACTION AREA ........................................................... 4
   3.1    Definition of Action Area ............................................................................................ 4
   3.2    Proposed Action ........................................................................................................... 7
      3.2.1    General Description and Summary .................................................................. 7
      3.2.2    Project Components ........................................................................................ 10
      3.2.3    Spill Prevention and Response ....................................................................... 34
      3.2.4    Willow Project Abandonment and Reclamation ............................................ 36
   3.3    Dates and Duration .................................................................................................... 36
      3.3.1    Construction Phase ......................................................................................... 36
      3.3.2    Drilling Phase ................................................................................................. 37
      3.3.3    Operations Phase ............................................................................................ 37
   3.4    Minimization, Avoidance, and Mitigation ................................................................ 37
      3.4.1    Proponent's Minimization and Avoidance Measures .................................... 37
      3.4.2    Applicable Existing Lease Stipulations and Best Management Practices ..... 38
      3.4.3    Marine Mammal Protection Act Authorizations ............................................ 42
      3.4.4    Other Mitigation ............................................................................................. 43
4.0    DESCRIPTION OF THE SPECIES AND THEIR CRITICAL HABITAT ..................... 45
   4.1    Summary of Species Analyzed .................................................................................. 45
   4.2    Polar Bear ................................................................................................................... 45
      4.2.1    Population ....................................................................................................... 45
      4.2.2    Distribution .................................................................................................... 46
      4.2.3    Habitat ............................................................................................................ 48
      4.2.4    Hearing ........................................................................................................... 51
      4.2.5    Critical Habitat ............................................................................................... 51
   4.3    Northern Sea Otter ..................................................................................................... 51
      4.3.1    Population ....................................................................................................... 51
      4.3.2    Distribution .................................................................................................... 52
      4.3.3    Habitat ............................................................................................................ 53
      4.3.4    Hearing ........................................................................................................... 54
      4.3.5    Critical Habitat ............................................................................................... 54
   4.4    Spectacled Eider ......................................................................................................... 55
      4.4.1    Population ....................................................................................................... 55
      4.4.2    Distribution .................................................................................................... 57
      4.4.3    Habitat ............................................................................................................ 62
      4.4.4    Critical Habitat ............................................................................................... 66
   4.5    Steller's Eider ............................................................................................................. 66
      4.5.1    Population ....................................................................................................... 66
      4.5.2    Distribution .................................................................................................... 67
      4.5.3    Habitat ............................................................................................................ 70
      4.5.4    Critical Habitat ............................................................................................... 70
5.0    ENVIRONMENTAL BASELINE .................................................................................... 72
   5.1    Existing Conditions ................................................................................................... 72
6.0    EFFECTS OF THE ACTION ........................................................................................... 74
   6.1    Polar Bear ................................................................................................................... 74
      6.1.1    Habitat Loss and Alteration ........................................................................... 74
      6.1.2    Disturbance and Displacement ...................................................................... 75
      6.1.3    Human-Polar Bear Interactions ...................................................................... 81

    6.1.4    Injury or Mortality ................................................................................................ 82
  6.2    Northern Sea Otter ........................................................................................................ 85
    6.2.1    Habitat Loss and Alteration ................................................................................ 85
    6.2.2    Disturbance and Displacement ........................................................................... 85
    6.2.3    Injury and Mortality ............................................................................................ 86
  6.3    Spectacled Eider ............................................................................................................ 86
    6.3.1    Habitat Loss and Alteration ................................................................................ 86
    6.3.2    Disturbance and Displacement ........................................................................... 90
    6.3.3    Injury and Mortality ............................................................................................ 93
    6.3.4    Spills .................................................................................................................... 94
  6.4    Steller's Eider ................................................................................................................ 94
  6.5    Cumulative Effects ........................................................................................................ 95
7.0    DETERMINATION OF EFFECTS ........................................................................................ 97
  7.1    Effect on Polar Bear and Its Critical Habitat ................................................................ 97
  7.2    Effect on Northern Sea Otter and Its Critical Habitat ................................................... 98
  7.3    Effect on Spectacled Eider and Its Critical Habitat ...................................................... 98
  7.4    Effect on Steller's Eider and Its Critical Habitat .......................................................... 99
8.0    REFERENCES ..................................................................................................................... 100

## List of Appendices

Appendix A    Design Features to Avoid and Minimize Impacts
Appendix B    Mitigation, Monitoring, and Reporting Requirements for the Beaufort Sea Incidental Take Regulations
Appendix C    Eider Habitat Descriptions
Appendix D    Spill Risk Assessment

# List of Figures

Figure 1. Project Vicinity ................................................................................................................ 2
Figure 2. Onshore Action Area ....................................................................................................... 5
Figure 3. Offshore Action Area ...................................................................................................... 6
Figure 4. Project Details ................................................................................................................ 13
Figure 5. Colville River Ice Crossing at Ocean Point ................................................................... 34
Figure 6. Distribution of the Southern Beaufort Sea and Chukchi/Bering Seas Polar Bear
　　　　　Populations .................................................................................................................. 46
Figure 7. Polar Bear Observations ................................................................................................ 47
Figure 8. Polar Bear Dens, Critical Habitat, and Potential Terrestrial Denning Habitat in the Action
　　　　　Area .............................................................................................................................. 50
Figure 9. Northern Sea Otter Distribution in Alaska .................................................................... 53
Figure 10. Designated Critical Habitat Units for the Northern Sea Otter .................................... 54
Figure 11. Spectacled Eider Distribution in Alaska and Russia ................................................... 56
Figure 12. Density Distribution of Pre-Breeding Spectacled Eiders on the Arctic Coastal Plain,
　　　　　2012 to 2015 ................................................................................................................ 58
Figure 13. Spectacled Eider Pre-Breeding Locations and Density in the Action Area ............... 59
Figure 14. Spectacled Eider Nest Distribution in the Action Area ............................................... 60
Figure 15. Important At-Sea Areas Used by Spectacled Eiders with Satellite Transmitters that
　　　　　Provided Data from 2008 to 2012 ............................................................................... 62
Figure 16. Habitats Preferred and Avoided by Spectacled Eiders in the Action Area ............... 64
Figure 17. Distribution of the Pacific Population of the Steller's Eider ....................................... 68
Figure 18. Pre-Breeding Steller's Eider Locations the Action Area ............................................ 69
Figure 19. Designated Critical Habitat Units for Steller's Eider .................................................. 71

# List of Tables

Table 1. Summary of Action Area .................................................................................................. 4
Table 2. Summary of Project Components ..................................................................................... 7
Table 3. Summary of Project Single-Season Ice Pads by Year (acres) ........................................ 17
Table 4. Summary of Freshwater Use by Project Phase and Year and Season (millions of gallons) ......... 20
Table 5. Summary of Project Ice Roads by Year .......................................................................... 24
Table 6. Summary of Project Traffic by Type and Year ............................................................... 28
Table 7. Estimated Onshore Project Detailed Traffic Rates ........................................................ 29
Table 8. Detailed Onshore Project Traffic by Season ................................................................... 31
Table 9. Summary of Applicable Existing Lease Stipulations and Best Management Practices
　　　　Intended to Mitigate Impacts to Species and Habitats Protected by the Endangered
　　　　Species Act ..................................................................................................................... 38
Table 10. Listed Species Likely to Occur in the Action Area ...................................................... 45
Table 11. Spectacled Eider Habitat Preference and Use .............................................................. 65
Table 12. Summary of Habitat Loss or Alteration to Polar Bear Habitat .................................... 74
Table 13. Summary of Potential Airborne Noise for the Project ................................................. 76
Table 14. Summary of Hydroacoustic Noise Sources for the Project .......................................... 76
Table 15. Summary of Direct and Indirect Impacts to Spectacled Eider Habitat in the Action Area ....... 88
Table 16. Estimated Annual Number of Spectacled Eiders, Nests, and Eggs Occurring in the
　　　　　Disturbance Zone ....................................................................................................... 93
Table 17. Determination of Effects from the Project ................................................................... 97

# List of Abbreviations

| | |
|---|---|
| 2:1 | 2 horizontal to 1 vertical ratio |
| 3:1 | 3 horizontal to 1 vertical ratio |
| 6:1 | 6 horizontal to 1 vertical ratio |
| ACP | Arctic Coastal Plain |
| ADF&G | Alaska Department of Fish and Game |
| APDES | Alaska Pollutant Discharge Elimination System |
| AST | aboveground storage tank |
| BA | Biological Assessment |
| BLM | Bureau of Land Management |
| BMP | best management practice |
| BO | Biological Opinion |
| BT1/2/3/4/5 | Bear Tooth drill site 1/2/3/4/5 |
| CBS | Chukchi/Bering Sea |
| CFWR | constructed freshwater reservoir |
| CI | confidence interval |
| CPAI | ConocoPhillips Alaska, Inc. |
| CPF2 | Central Processing Facility 2 |
| CRD | Colville River Delta |
| dB re 1 µPa rms | decibels referenced to one microPascal root mean square |
| dB | decibels |
| dBA | A-weighted decibel |
| DS2P | drill site 2P |
| EIS | Environmental Impact Statement |
| ESA | Endangered Species Act |
| FLIR | forward-looking infrared |
| GMT-1 | Greater Mooses Tooth 1 |
| GMT-2 | Greater Mooses Tooth 2 |
| HDD | horizontal directional drilling |
| HSMs | horizontal support members |
| Hz | hertz |
| IAP/EIS | Integrated Activity Plan/Environmental Impact Statement |
| ITA | Incidental Take Authorizations |
| ITRs | Incidental Take Regulations |
| kHz | kilohertz |
| km | kilometers |
| Kuparuk | Kuparuk River Unit |
| LSs | lease stipulations |
| m | meter |
| MDP | Master Development Plan |
| MG | million gallons |
| MMPA | Marine Mammal Protection Act |
| $n$ | sample size |
| NEPA | National Environmental Policy Act |
| NMFS | National Marine Fisheries Service |
| NPR-A | National Petroleum Reserve in Alaska |
| ODPCP | Oil Discharge Prevention and Contingency Plan |
| $P$ | P-value or the probability of false rejection of a statistical test |
| PCEs | primary constituent elements |
| Project | Willow Master Development Plan Project |
| Q1 | first quarter |
| Q2 | second quarter |

| | |
|---|---|
| Q3 | third quarter |
| Q4 | fourth quarter |
| ROD | Record of Decision |
| SBS | Southern Beaufort Sea |
| SE | standard error |
| SPMT | self-propelled module transporter |
| Southwest DPS | Southwest Alaska distinct population segment |
| UIC | underground injection control |
| USFWS | U.S. Fish and Wildlife Service |
| USGS | U.S. Geological Survey |
| VSMs | vertical support members |
| WOC | Willow Operations Center |
| WPF | Willow Processing Facility |

# List of Species

Arctic cod (*Arctogadus glacialis*)
Arctic fox (*Alopex lagopus*)
Bald eagle (*Haliaeetus leucocephalus*)
Baltic clam (*Macoma balthica*)
Bearded seal (*Erignathus barbatus*)
Beluga whale (*Delphinapterus leucas*)
Blue mussel (*Mytilus edulis*)
Bowhead whale (*Balaena mysticetus*)
Brown bear (*Ursus arctos*)
Canada goose (*Branta canadensis*)
Caribou (*Rangifer tarandus*)
Common raven (*Corvus corax*)
Entire-leaf mountain avens (*Dryas integrifolia*)
Golden eagle (*Aquila chrysaetos*)
Long-tailed duck (*Clangula hyemalis*)
Northern sea otter (*Enhydra lutris kenyoni*)
Pacific razor clam (*Siliqua patula*)
Pendant grass (*Arctophila fulva*)
Polar bear (*Ursus maritimus*)
Red sea cucumber (*Cucumaria miniata*)
Ringed seal (*Phoca hispida*)
River beauty (*Epilobium latifolium*)
Sea urchin (*Strongylocentrotus* spp.)
Short-tailed albatross (*Phoebastria albatrus*)
Snow owl (*Bubo scandiacus*)
Spectacled eider (*Somateria fischeri*)
Spotted seal (*Phoca largha*)
Steller's eider (*Polysticta stelleri*)
Tall cottongrass (*Eriophorum angustifolium)*
Pacific walrus (*Odobenus rosmarus divergens*)
Water sedge (*Carex aquatilis*)
Willow species *(Salix* spp.)
Wolverine (*Gulo gulo*)

AR164490

# Willow Master Development Plan Biological Assessment

## Appendix B
## Mitigation, Monitoring, and Reporting Requirements for the Beaufort Sea Incidental Take Regulations

**March 2020**

AR164491

This page intentionally left blank.

AR164491

# Table of Contents

1.0  Mitigation, Monitoring, and Reporting Requirements for the Beaufort Sea Incidental Take Regulations ................................................................................................................................. 1
    1.1  Mitigation Measures for All Holders of Letters of Authorization............................................ 1
    1.2  Mitigation Measures for Onshore Activities ........................................................................... 1
    1.3  Mitigation Measures for Operational and Support Vessels ..................................................... 2
    1.4  Mitigation Measures for Aircraft.............................................................................................. 2
    1.5  Mitigation Measures for Sound-Producing Offshore Activities.............................................. 2
    1.6  Mitigation Measures for the Subsistence Use of Polar Bears ................................................. 2
    1.7  Monitoring Requirements........................................................................................................ 3
    1.8  Reporting Requirements.......................................................................................................... 3

# List of Abbreviations

| | |
|---|---|
| BLM | Bureau of Land Management |
| BMP | best management practice |
| CPAI | ConocoPhillips Alaska, Inc. |
| dB re 1 µPa | decibels referenced to one micropascal |
| ft | feet |
| IAP/EIS | Integrated Activity Plan/Environmental Impact Statement |
| km | kilometer |
| LOA | letter of authorization |
| m | meter |
| mi | mile |
| NEPA | National Environmental Policy Act |
| NPR-A | National Petroleum Reserve in Alaska |
| POC | Plan of Cooperation |
| Project | Willow Master Development Plan Project |
| USFWS | U.S. Fish and Wildlife Service |
| USGS | U.S. Geological Survey |

Appendix B Mitigation, Monitoring, and Reporting Requirements
for the Beaufort Sea Incidental Take Regulations                                        Ex. 8, p. 10
Case 3:20-cv-00290-SLG   Document 28-12   Filed 01/15/21   Page 11 of 15

This page intentionally left blank.

# 1.0 Mitigation, Monitoring, and Reporting Requirements for the Beaufort Sea Incidental Take Regulations

The following mitigation, monitoring, and reporting requirements for the Beaufort Sea incidental take regulations are based on 81 FR 52318; § 18.128.

## 1.1 Mitigation Measures for All Holders of Letters of Authorization

- Implement policies and procedures to conduct activities in a manner that minimizes adverse impacts on polar bears, their habitat, and the availability of them for subsistence uses.
- Implement adaptive management practices, such as temporal or spatial activity restrictions, in response to the presence polar bears or bears engaged in a biologically significant activity must be used to avoid interactions with and minimize impacts to them and their availability for subsistence uses.
- Cooperate with the USFWS, other designated Federal, State, and local agencies to monitor and mitigate the impacts of Industry activities on polar bears.
- Designate trained and qualified personnel to monitor for the presence of polar bears, initiate mitigation measures, and monitor, record, and report the effects of Industry activities on polar bears.
- Provide polar bear awareness training to personnel.
- Have an approved polar bear safety, awareness, and interaction plan on file with the USFWS and onsite. These must include:
    - The type of activity and where and when the activity will occur (*i.e.,* a plan of operation);
    - A food, waste, and other ''bear attractants'' management plan;
    - Personnel training policies, procedures, and materials;
    - Site-specific polar bear interaction risk evaluation and mitigation measures;
    - Polar bear avoidance and encounter procedures; and
    - Polar bear observation and reporting procedures.
- Contact affected subsistence communities and hunter organizations to discuss potential conflicts.

## 1.2 Mitigation Measures for Onshore Activities

In order to limit disturbance around known polar bear dens:

- *Attempt to locate polar bear dens.* Holders of a letter of authorization (LOA) seeking to carry out onshore activities in known or suspected polar bear denning habitat during the denning season (November–April) must make efforts to locate occupied polar bear dens within and near areas of operation, utilizing appropriate tools, such as infrared imagery and/or polar bear scent-trained dogs. All observed or suspected polar bear dens must be reported to the Service prior to the initiation of activities.
- *Observe the exclusion zone around known polar bear dens.* Operators must observe a 1.6-km (1-mi) operational exclusion zone around all known polar bear dens during the denning season (November–April, or until the female and cubs leave the areas). Should previously unknown occupied dens be discovered within 1 mi of activities, work must cease and the Service contacted for guidance. The Service will evaluate these instances on a case-by-case basis to determine the appropriate action. Potential actions may range from cessation or modification of work to conducting additional monitoring, and the holder of the authorization must comply with any additional measures specified.
- *Use the den habitat map developed by the USGS.* This measure ensures that the location of potential polar bear dens is considered when conducting activities in the coastal areas of the Beaufort Sea.
- *Polar bear den restrictions.* Restrict the timing of the activity to limit disturbance around dens.

Appendix B Mitigation, Monitoring, and Reporting Requirements
for the Beaufort Sea Incidental Take Regulations　　　　　　　　　　　　　　　Ex. 8, pp. 12
Page 12
Case 3:20-cv-00290-SLG　Document 28-12　Filed 01/15/21　Page 13 of 15

### 1.3 Mitigation Measures for Operational and Support Vessels
- Operational and support vessels must be staffed with dedicated marine mammal observers to alert crew of the presence of polar bears and initiate mitigation responses.
- Vessels must maintain the maximum distance possible from concentrations of polar bears. No vessel should approach within an 805-m (0.5-mi) radius of polar bears observed on land or ice.
- Vessels must avoid areas of active or anticipated polar bear subsistence hunting activity as determined through community consultations.
- The USFWS may require trained marine mammal monitors on the site of the activity or on board any vessel or vehicles to monitor the impacts of Industry's activity on polar bear.

### 1.4 Mitigation Measures for Aircraft
- Operators of support aircraft should conduct their activities at the maximum distance possible from concentrations of polar bears.
- Aircraft will not operate at an altitude lower than 457 m (1,500 ft) within 805 m (0.5 mi) of polar bears observed on ice or land. Helicopters may not hover or circle above such areas or within 805 m (0.5 mile) of such areas. When weather conditions do not allow a 457-m (1,500-ft) flying altitude, operators will take precautions to avoid flying directly over or within 805 m (0.5 mile) of these areas.
- Plan all aircraft routes to minimize any potential conflict with known subsistence polar bear hunting activity.

### 1.5 Mitigation Measures for Sound-Producing Offshore Activities
Any offshore activity expected to produce pulsed underwater sounds with received sound levels ≥160 decibels reference to one millipascal (dB re 1 mPa) will be required to establish and monitor acoustically verified mitigation zones surrounding the sound source and implement mitigation measures as follows:

- *Mitigation zones.* A polar bear mitigation zone is required where the received pulsed sound level would be ≥ 190 dB re 1 mPa.
- *Mitigation measures.*
  - *Ramp-up procedures.* For all sound sources, including sound source testing, the following sound ramp-up procedures must be used to allow polar bears to depart the mitigation zones:
    - Visually monitor the ≥190 dB re 1 mPa mitigation zones and adjacent waters for polar bears for at least 30 minutes before initiating ramp-up procedures. If no polar bears are detected, ramp-up procedures may begin. Do not initiate ramp- up procedures when mitigation zones are not observable.
  - *Power down procedures.* Immediately power down a sound source when one or more polar bears are observed or detected within the area delineated by the pulsed sound ≥190 dB re 1 mPa polar bear mitigation zone.
  - *Shut down procedures.* If the power down operation cannot reduce the received pulsed sound level to <190 dB re 1 mPa, the operator must immediately shut down the sound source.

### 1.6 Mitigation Measures for the Subsistence Use of Polar Bears
Holders of LOAs must minimize adverse impacts on the availability of polar bears for subsistence uses.

- *Community consultation.* Applicants must consult with potentially affected communities and appropriate subsistence user organizations to discuss potential conflicts with subsistence polar bear hunting caused by the location, timing, and methods of operations and support activities.
- *Plan of Cooperation (POC).* If conflicts arise, the applicant must address conflict avoidance issues through a POC, where a holder of an LOA will be required to develop and implement a Service-approved POC.

## 1.7 Monitoring Requirements
- Develop and implement a site-specific, Service-approved marine mammal monitoring and mitigation plan to monitor and evaluate the effectiveness of mitigation measures and the effects of activities on polar bears, and the subsistence use of this species.
- Provide trained, qualified, and Service-approved onsite observers to carry out monitoring and mitigation activities identified in the marine mammal monitoring and mitigation plan.
- For offshore activities, provide trained, qualified, and Service-approved observers on board all operational and support vessels to carry out monitoring and mitigation activities identified in the marine mammal monitoring and mitigation plan.
- Cooperate with the Service and other designated Federal, State, and local agencies to monitor the impacts of Industry activities on polar bears. Where information is insufficient to evaluate the potential effects of activities on polar bears, and the subsistence use of this species, holders of an LOA may be required to participate in joint monitoring and/or research efforts to address these information needs and ensure the least practicable impact to these resources.

## 1.8 Reporting Requirements
Holders of an LOA must report the results of monitoring and mitigation activities to the USFWS.

- *In-season monitoring reports*
    - *Activity progress reports.* Notify the Service at least 48 hours prior to the onset of activities; provide the Service weekly progress reports of any significant changes in activities and/or locations; and notify the Service within 48 hours after ending of activities.
    - *Polar bear observation reports.* Report all observations of polar bears and potential polar bear dens, during any Industry activity. Information in the observation report must include, but is not limited to: (1) Date, time, and location of observation; (2) Number of bears; (3) Sex and age; (4) Observer name and contact information; (5) Weather, visibility, sea state, and sea-ice conditions at the time of observation; (6) Estimated closest distance of bears from personnel and facilities; (7) Industry activity at time of sighting; (8) Possible attractants present; (9) Bear behavior; (10) Description of the encounter; (11) Duration of the encounter; and (12) Mitigation actions taken.
- *Notification of LOA incident report.* Report all LOA incidents during any Industry activity. Reports must include: (1) All information specified for an observation report; (2) A complete detailed description of the incident; and (3) Any other actions taken.
- *Final report.* The results of monitoring and mitigation efforts identified in the marine mammal monitoring and mitigation plan must be submitted to the Service for review within 90 days of the expiration of an LOA. Information in the final report must include: (1) Copies of all observation reports submitted under the LOA; (2) A summary of the observation reports; (3) A summary of monitoring and mitigation efforts including areas, total hours, total distances, and distribution; (4) Analysis of factors affecting the visibility and detectability of polar bears during monitoring; (5) Analysis of the effectiveness of mitigation measures; (6) Analysis of the distribution, abundance, and behavior of polar bears observed; and (7) Estimates of take in relation to the specified activities.

Appendix B Mitigation, Monitoring, and Reporting Requirements
for the Beaufort Sea Incidental Take Regulations                                Ex. 8 pg. 14
                                                                                  Page 14
Case 3:20-cv-00290-SLG   Document 28-12   Filed 01/15/21   Page 15 of 15