# EXHIBIT 9

AR178257

U.S. Department of the Interior
Bureau of Land Management

# Willow Master Development Plan

Environmental Impact Statement

## *SUPPLEMENT TO THE DRAFT*

### Volume 1: Chapters 1 through 5, Glossary, and References

### March 2020



**Prepared by:**
U.S. Department of the Interior
Bureau of Land Management

**In Cooperation with:**
U.S. Army Corps of Engineers
U.S. Environmental Protection Agency
U.S. Fish and Wildlife Service
U.S. Department of Transportation
Native Village of Nuiqsut
Iñupiat Community of the Arctic Slope
City of Nuiqsut
North Slope Borough
State of Alaska

**Estimated Total Costs Associated with Developing and Producing this EIS:**
$5,005,000

AR178258

## Mission

To sustain the health, diversity, and productivity of the
public lands for the future use and enjoyment of present and
future generations.

Cover Photo Illustration: Caribou in the Alpine Development on Alaska's North Slope.
Photo by: Wendy Mahan, courtesy of ConocoPhillips.

Photo copyright 2019 ConocoPhillips Alaska, Inc. BLM is permitted to use this photo and copy for its own use; any
other use or copying by any other party is prohibited without the written consent of ConocoPhillips Alaska, Inc.

DOI-BLM-AK-0000-2018-0004-EIS
BLM/AK/PL-19/012+1610+F010

AR178259

# Willow Master Development Plan

# Supplement to the Draft Environmental Impact Statement

## Volume 1: Chapters 1 through 5, Glossary, and References

Prepared by:

U.S. Department of the Interior
Bureau of Land Management
Anchorage, Alaska

In cooperation with:

U.S. Army Corps of Engineers
U.S. Environmental Protection Agency
U.S. Fish and Wildlife Service
U.S. Department of Transportation
Native Village of Nuiqsut
Iñupiat Community of the Arctic Slope
City of Nuiqsut
North Slope Borough
State of Alaska

March 2020

> **Estimated Total Costs Associated with Developing and Producing this EIS: $5,005,000.**
> The dollar figure represented here is an approximate cost to date. Previously published costs were estimates for the full EIS process.

AR178260

This page intentionally left blank.


# SUPPLEMENT TO THE DRAFT ENVIRONMENTAL IMPACT STATEMENT
# WILLOW MASTER DEVELOPMENT PLAN PROJECT

| | |
|---|---|
| Lead Agency: | U.S. Department of the Interior, Bureau of Land Management (BLM) |
| Cooperating Agencies: | U.S. Army Corps of Engineers, U.S. Fish and Wildlife Service, U.S. Environmental Protection Agency (EPA), U.S. Department of Transportation (Pipeline and Hazardous Material Administration), State of Alaska, North Slope Borough, Native Village of Nuiqsut, City of Nuiqsut, and the Iñupiat Community of the Arctic Slope. |
| Proposed Action: | Construct and operate the infrastructure necessary to allow the production and transportation to market of federal oil resources under leaseholds in the northeast area of the National Petroleum Reserve in Alaska (NPR-A), consistent with the Proponent's (ConocoPhillips Alaska, Inc.) federal oil and gas leases and unit obligations. |

| | |
|---|---|
| Abstract: | The Willow Master Development Plan (MDP) Draft Environmental Impact Statement (EIS) was published on August 23, 2019. The Draft EIS analyzed a No Action Alternative (Alternative A), three action alternatives (Alternatives B, C, and D), and two module delivery options (Options 1 and 2), to support a new development proposed by ConocoPhillips Alaska, Inc. on federal oil and gas leases in the northeast area of the NPR-A. This document is a Supplement to the Draft EIS (SDEIS) that addresses additional analysis for three Project components that were added by the Project proponent after publication of the Draft EIS: module delivery Option 3, a constructed freshwater reservoir, and up to three boat ramps for subsistence access. If the MDP is approved, the Proponent may submit applications to build up to five drill sites, a central processing facility, an operations center pad, gravel roads, ice roads and ice pads, 1 or 2 airstrips (varies by alternative), pipelines, and a gravel mine site. The Willow MDP Project would have a peak production in excess of 160,000 barrels of oil per day (with a processing capacity of 200,000 barrels of oil per day) over its 30- or 31-year life (varies by alternative), producing approximately 590 million total barrels of oil, and would help offset declines in production from the North Slope oil fields and contribute to the local, state, and national economies. The EIS describes proposed infrastructure and potential effects on the natural, built, and social environments. The BLM and other state and federal agencies will decide whether to authorize the Willow MDP Project, in whole or in part, based on the analysis contained in the EIS, as well as other state and federal permit review processes. |

| | |
|---|---|
| Review Period: | The review period for the SDEIS is 45 days beginning on the date when EPA publishes a notice of availability for the SDEIS in the *Federal Register*. |
| Further Information: | Contact Racheal Jones, BLM Alaska Project Manager, at 907-290-0307 or visit the Willow MDP EIS website at https://www.blm.gov/programs/planning-and-nepa/plans-development/alaska/willow-eis. |

This page intentionally left blank.





# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Alaska State Office
222 West Seventh Avenue, #13
Anchorage, Alaska 99513-7504
www.blm.gov/alaska

March 2020

Dear Reader:

I am pleased to present the Supplement to the Draft Willow Master Development Plan (MDP) Environmental Impact Statement (SDEIS) for your review. This document supplements the Draft EIS (published on August 23, 2019) with additional analysis for three Project components that were added to the Project by ConocoPhillips Alaska, Inc. (proponent): a different module delivery route (Module Delivery Option 3: Colville River Crossing), a constructed freshwater reservoir (CFWR), and up to three boat ramps for subsistence access. The proposed infrastructure would support a new development proposed by the proponent, on federal oil and gas leases in the northeast area of the National Petroleum Reserve in Alaska (NPR-A). The SDEIS addresses potential effects from the additional proposed infrastructure on the natural, built, and social environments.

The NPR-A is within the North Slope Borough and is predominantly managed by the BLM. The BLM is responsible for land use approvals and EIS compliance with the requirements of the National Environmental Policy Act of 1969 (42 USC 4321 et seq.). The proponent is proposing to construct drill sites, roads, pipelines, and ancillary facilities to support the safe and economic production and transportation to market of oil and gas resources under leaseholds in the NPR-A. The decision to be made is whether BLM will authorize the project, in whole or in part, based on the analysis contained in the EIS.

The SDEIS is intended to fully disclose known or anticipated effects of new project components not previously presented to the public and to offer the opportunity to comment on draft conclusions associated with the new project components. The BLM will evaluate all comments received and address substantive comments in the Final EIS, which is anticipated to be released in the summer of 2020. The most useful comments are specific and address one or more of the following:

- Identification of new information that would have a bearing on the analysis.
- Inaccuracies or discrepancies in information or any errors in our portrayal of the resources and uses of the project area.
- Suggestions for improving implementation of oil and gas development, consistent with the purposes of the NPR-A.
- Identification of new impacts, alternatives, or potential mitigation measures.

Please ensure your comments are as specific as possible. Identify the specific concern or correction you are suggesting, where it appears in the SDEIS, and the modification you feel is necessary or appropriate.

AR178264

There are three ways to submit comments:

- Electronically at www.blm.gov/alaska/comment123

- By mail:
  BLM Alaska State Office
  (Attn: Racheal Jones, Project Manager)
  222 West 7th Avenue, #13
  Anchorage, AK 99513

- In person:
  BLM Public Information Center,
  222 W. 7th Avenue, Anchorage, Alaska,
  or at the public meetings.

The 45-day public comment period begins with the U.S. Environmental Protection Agency's Notice of Availability published by in the *Federal Register*. The precise dates of the comment period, as well as information about public meetings and subsistence hearings pursuant to Section 810 of the Alaska National Interest Lands Conservation Act, will be posted on our website at www.blm.gov/alaska.

Submitted comments will be publicly available and may be included in the Final EIS. Before including your address, phone number, email address, or other personal identifying information in your comment, be aware that your entire comment, including your personal identifying information, may be made publicly available at any time. While you can ask us in your comment to withhold your personal identifying information from public review, we cannot guarantee that we will be able to do so. All submissions from organizations and businesses and from individuals identifying themselves as representatives or officials of organizations and businesses will be available for public inspection in their entirety.

For more information or to learn how to make comments that make a difference on this and all of our plans during public comment periods, visit www.blm.gov/alaska/comment123.

Sincerely,

Chad Padgett
State Director

# Table of Contents

1.0    Introduction ......................................................................................................................... 1
   1.1    Regulatory Framework for a Supplement to the Draft Environmental Impact Statement ........ 1
   1.2    Rationale for Analysis Contained in the Supplement to the Draft Environmental Impact
            Statement ........................................................................................................................ 1
   1.3    Development Location (Project Area) .................................................................................. 2
2.0    Alternatives .......................................................................................................................... 3
   2.1    Overview of Alternatives and Module Delivery Options ....................................................... 3
   2.2    Alternatives B, C, and D ..................................................................................................... 3
        2.2.1    Constructed Freshwater Reservoir ............................................................................. 3
        2.2.2    Boat Ramps for Subsistence Users ............................................................................ 4
   2.3    Module Delivery Option 3: Colville River Crossing ............................................................. 5
        2.3.1    Oliktok Dock and Offshore Barge Lightering Area ...................................................... 5
        2.3.2    Sealift Module Staging Area ...................................................................................... 6
        2.3.3    Module Transport Ice Road and Colville River Crossing .............................................. 6
        2.3.4    Other Infrastructure .................................................................................................. 7
        2.3.5    Access ...................................................................................................................... 7
        2.3.6    Water Use ................................................................................................................ 8
        2.3.7    Gravel Requirements ................................................................................................ 9
        2.3.8    Schedule and Logistics ............................................................................................. 9
        2.3.9    Summary Overview of Option 3 ............................................................................... 10
   2.4    Alternatives Development ................................................................................................ 11
        2.4.1    Module Delivery Options via Oliktok Dock Previously Considered ............................ 11
3.0    Affected Environment and Environmental Consequences ...................................................... 12
   3.1    Introduction .................................................................................................................... 12
        3.1.1    Past and Present Actions ......................................................................................... 12
        3.1.2    Analysis Methods ................................................................................................... 12
   3.2    Climate and Climate Change ........................................................................................... 12
   3.3    Air Quality ...................................................................................................................... 12
   3.4    Soils, Permafrost, and Gravel Resources ......................................................................... 12
        3.4.1    Affected Environment .............................................................................................. 12
        3.4.2    Environmental Consequences ................................................................................. 13
        3.4.3    Additional Suggested Best Management Practices or Mitigation ............................... 13
   3.5    Contaminated Sites ......................................................................................................... 13
        3.5.1    Affected Environment .............................................................................................. 13
        3.5.2    Environmental Consequences ................................................................................. 14
        3.5.3    Additional Suggested Best Management Practices or Mitigation ............................... 14
   3.6    Noise .............................................................................................................................. 14
        3.6.1    Affected Environment .............................................................................................. 14
        3.6.2    Environmental Consequences ................................................................................. 14
        3.6.3    Additional Suggested Best Management Practices or Mitigation ............................... 15
   3.7    Visual Resources ............................................................................................................ 15
        3.7.1    Affected Environment .............................................................................................. 15
        3.7.2    Environmental Consequences ................................................................................. 15

Case 3:20-cv-00290-SLG   Document 28-13   Filed 01/15/21   Page 10 of 18

Ex. 9, p. 9

        3.7.3    Additional Suggested Best Management Practices or Mitigation......................... 15
    3.8    Water Resources ................................................................................................... 15
        3.8.1    Affected Environment ............................................................................... 15
        3.8.2    Environmental Consequences ................................................................... 19
        3.8.3    Additional Suggested Best Management Practices or Mitigation......................... 21
    3.9    Wetlands and Vegetation ...................................................................................... 21
        3.9.1    Affected Environment ............................................................................... 22
        3.9.2    Environmental Consequences ................................................................... 25
        3.9.3    Additional Suggested Best Management Practices or Mitigation......................... 28
    3.10    Fish ..................................................................................................................... 28
        3.10.1    Affected Environment ............................................................................... 28
        3.10.2    Environmental Consequences ................................................................... 29
        3.10.3    Additional Suggested Best Management Practices or Mitigation......................... 32
    3.11    Birds .................................................................................................................... 32
        3.11.1    Affected Environment ............................................................................... 32
        3.11.2    Environmental Consequences ................................................................... 34
        3.11.3    Additional Suggested Best Management Practices or Mitigation......................... 39
    3.12    Terrestrial Mammals ........................................................................................... 40
        3.12.1    Affected Environment ............................................................................... 40
        3.12.2    Environmental Consequences ................................................................... 42
        3.12.3    Additional Suggested Best Management Practices or Mitigation......................... 45
    3.13    Marine Mammals ................................................................................................ 45
        3.13.1    Affected Environment ............................................................................... 45
        3.13.2    Environmental Consequences ................................................................... 46
        3.13.3    Additional Suggested Best Management Practices or Mitigation......................... 49
    3.14    Land Ownership and Use ..................................................................................... 49
        3.14.1    Affected Environment ............................................................................... 49
        3.14.2    Environmental Consequences ................................................................... 50
        3.14.3    Additional Suggested Best Management Practices or Mitigation......................... 51
    3.15    Economics ........................................................................................................... 51
        3.15.1    Affected Environment ............................................................................... 51
        3.15.2    Environmental Consequences ................................................................... 51
        3.15.3    Additional Suggested Best Management Practices or Mitigation......................... 51
    3.16    Subsistence and Sociocultural Systems ............................................................... 51
        3.16.1    Affected Environment ............................................................................... 51
        3.16.2    Environmental Consequences ................................................................... 53
        3.16.3    Additional Suggested Best Management Practices or Mitigation......................... 57
    3.17    Environmental Justice ......................................................................................... 57
        3.17.1    Affected Environment ............................................................................... 57
        3.17.2    Environmental Consequences ................................................................... 57
        3.17.3    Additional Suggested Best Management Practices or Mitigation......................... 58
    3.18    Public Health ....................................................................................................... 58
        3.18.1    Affected Environment ............................................................................... 58
        3.18.2    Environmental Consequences ................................................................... 58
        3.18.3    Additional Suggested Best Management Practices or Mitigation......................... 58

Case 3:20-cv-00290-SLG    Document 28-13    Filed 01/15/21    Page 11 of 18

3.19    Cumulative Effects ................................................................................................ 58
    3.19.1  Background and Methodology ....................................................................... 58
    3.19.2  Past, Present, and Reasonably Foreseeable Future Actions ........................... 58
    3.19.3  Cumulative Impacts to Resources ................................................................. 60
4.0    Spill Risk Assessment ............................................................................................ 66
    4.1    Boat Ramps ........................................................................................................ 66
    4.2    Option 3: Colville River Crossing ..................................................................... 66
5.0    Mitigation .............................................................................................................. 67
Glossary Terms ................................................................................................................ 68
References ........................................................................................................................ 70

# List of Figures – See Appendix A

Figure 2.2.1. Constructed Freshwater Reservoir
Figure 2.2.2. Boat Ramps
Figure 2.3.1. Option 3: Colville River Crossing
Figure 2.3.2. Option 3 Curve Widening
Figure 2.3.3. Option 3 Schedule
Figure 3.1.1. Past and Present Actions from Teshekpuk Lake to Kuparuk
Figure 3.4.1. Analysis Area for Soils, Permafrost, and Gravel Resources
Figure 3.5.1. Known Contaminated Sites or Spills within 0.5 mile of the Project
Figure 3.6.1. Analysis Area for Noise
Figure 3.7.1. Visual Resources Analysis Area, Project Viewshed, and Proposed Project Facilities
Figure 3.8.1. Watersheds in the Analysis Area for Water Resources
Figure 3.8.2. Water Resources in and near the Analysis Area
Figure 3.9.1. Analysis Area for Wetlands and Vegetation
Figure 3.9.2. Wetlands in the Analysis Area
Figure 3.9.3. Land Cover Classes in the Analysis Area
Figure 3.10.1. Analysis Area for Fish
Figure 3.10.2. Fish Habitat in the Willow Area
Figure 3.11.1. Bird Habitat Use and Analysis Area
Figure 3.11.2. Spectacled Eider Pre-Breeding Density in the Analysis Area
Figure 3.11.3. Yellow-Billed Loon Density and Nests in the Analysis Area
Figure 3.11.4. Yellow-Billed Loon Density and Nests in the Willow Area
Figure 3.12.1. Analysis Area for Terrestrial Mammals
Figure 3.12.2. Annual Ranges of the Central Arctic and Teshekpuk Caribou Herds
Figure 3.12.3. Seasonal Distribution of Female Caribou in the Central Arctic Caribou Herd
Figure 3.12.4. Seasonal Distribution of Female Caribou in the Teshekpuk Caribou Herd
Figure 3.12.5. Movement of GPS-Collared Caribou of the Teshekpuk Caribou Herd 2004–2018
Figure 3.12.6  Distribution of Calving Caribou of the Teshekpuk Caribou Herd 1990–2018
Figure 3.12.7. Mean Caribou Density by Season 2001–2018
Figure 3.13.1. Polar Bear Dens, Critical Habitat, and Potential Terrestrial Denning Habitat
Figure 3.13.2. Polar Bear Dens, Critical Habitat, and Potential Terrestrial Denning Habitat in the Eastern Analysis Area
Figure 3.13.3. Polar Bear Potential Terrestrial Denning Habitat in the Willow Area
Figure 3.14.1. Map of Surface Land Ownership in the Analysis Area
Figure 3.16.1. All Resource Subsistence Use Areas by Module Delivery Option 3, Nuiqsut, 1995–2006
Figure 3.16.2. Caribou Subsistence Use Areas by Module Delivery Option 3 Nuiqsut, 1995–2006

Case 3:20-cv-00290-SLG   Document 28-13   Filed 01/15/21   Page 12 of 18

Figure 3.16.3. Caribou Subsistence Use Areas by Module Delivery Option 3, Nuiqsut, 2008–2016
Figure 3.16.4. Wolf and Wolverine Subsistence Use Areas by Module Delivery Option 3, Nuiqsut,
          1995–2006
Figure 3.16.5. Goose Subsistence Use Areas by Module Delivery Option 3, Nuiqsut, 1995–2006
Figure 3.16.6. Seal Subsistence Use Areas by Module Delivery Option 3, Nuiqsut, 1995–2006
Figure 3.16.7. Eider Subsistence Use Areas by Module Delivery Option 3, Nuiqsut, 1995–2006
Figure 3.16.8. Fish Subsistence Use Areas by Module Delivery Option 3, Nuiqsut, 1995–2006
Figure 3.16.9. Moose Subsistence Use Areas by Module Delivery Option 3, Nuiqsut, 1995–2006
Figure 3.16.10. All Resource Subsistence Use Areas by Module Delivery Option 3, Utqiaġvik, 1997–2006
Figure 3.16.11. Caribou Subsistence Use Areas by Module Delivery Option 3, Utqiaġvik, 1997–2006
Figure 3.16.12. Wolf and Wolverine Subsistence Use Areas by Module Delivery Option 3, Utqiaġvik,
          1997–2006
Figure 3.16.13. Moose Subsistence Use Areas by Module Delivery Option 3, Utqiaġvik, 1997–2006
Figure 3.19.1. Reasonably Foreseeable Future Actions that may Interact with the Willow Project

## List of Tables

Table 2.2.1. Constructed Freshwater Reservoir Footprint and Gravel Volume Summary ........................... 4
Table 2.2.2. Boat Ramp Footprint Summary ............................................................................... 5
Table 2.3.1. Summary of Option 3 Traffic by Year (number of trips)................................................. 8
Table 2.3.2. Range of Estimated Ground Traffic per Hour Option 3 (number of trips) .............................. 8
Table 2.3.3. Summary of Option 3 Water Use by Year (millions of gallons) ......................................... 9
Table 2.3.4. Summary of Option 3 Gravel Footprint and Volumes..................................................... 9
Table 2.3.5. Option 3: Colville River Crossing Summary ............................................................. 10
Table 3.8.1. Summary of the Lower Colville River in the Analysis Area ............................................. 16
Table 3.8.2. Colville River Mean Monthly Discharge (cubic feet per second) at Umiat........................... 17
Table 3.8.3. Water Data for Colville River at Ocean Point ........................................................... 18
Table 3.8.4. Water Quality Data for the Colville River ............................................................... 18
Table 3.9.1. Vegetation by Wetland Type in the Analysis Area....................................................... 22
Table 3.9.2. Extent of Wetlands in the Field-Verified Portion of the Analysis Area (acres) .................... 24
Table 3.9.3. Acres of Fill and Excavation for the Boat Ramps and Constructed Freshwater Reservoir by
          Wetland Type ............................................................................................... 25
Table 3.9.4. Acres of Indirect Effects from Dust, Gravel Spray, Thermokarsting, or Impoundments from
          the Boat Ramps and Constructed Freshwater Reservoir by Wetland Type ......................... 26
Table 3.9.5. Acres of Fill for Module Delivery Option 3 (Colville River Crossing) by Cowardin Code... 27
Table 3.9.6. Vegetation Damage from Ice Infrastructure for Module Delivery Option 3 (Colville River
          Crossing) by Ice Infrastructure Type ................................................................... 27
Table 3.9.7. Acres of Indirect Dust Shadow from Module Delivery Option 3 (Colville River Crossing) by
          Cowardin Code ............................................................................................. 28
Table 3.10.1. Effects to Fish and Fish Habitat from Module Delivery Option 3 (Colville River Crossing)
          ................................................................................................................ 31
Table 3.11.1. Descriptions and Use of Bird Habitats in the Analysis Area ......................................... 33
Table 3.11.2. Acres of Bird Habitats Permanently Lost by the Boat Ramps and Constructed Freshwater
          Reservoir .................................................................................................... 35
Table 3.11.3. Acres of Bird Habitats Altered by Dust, Gravel Spray, Thermokarsting, or Impoundments
          by the Boat Ramps and Constructed Freshwater Reservoir ....................................... 35
Table 3.11.4. Acres of Bird Disturbance and Displacement by Habitat Type within 656 feet (200 meters)
          of Gravel Infrastructure and Summer Activity ....................................................... 36
Table 3.11.5. Acres of Spectacled Eider Preferred Habitat Affected by the Boat Ramps and Constructed
          Freshwater Reservoir ..................................................................................... 37
Table 3.11.6. Effects to Birds from Module Delivery Option 3 (Colville River Crossing)...................... 39
Table 3.12.1. Terrestrial Mammal Habitat Types ..................................................................... 41

Table 3.12.2. Habitat Use by Terrestrial Mammals .................................................................................... 41
Table 3.12.3. Acres of Terrestrial Mammal Habitats Directly Lost or Altered by the Boat Ramps and
        Constructed Freshwater Reservoir .......................................................................................... 42
Table 3.12.4. Acres of Terrestrial Mammal Habitats Altered by Dust, Gravel Spray, Thermokarsting, or
        Impoundments by the Boat Ramps and Constructed Freshwater Reservoir ......................... 43
Table 3.12.5. Percent of the Teshekpuk Caribou Herd Seasonal Range within 2.5 Miles of New Gravel
        Infrastructure for the Boat Ramps and Constructed Freshwater Reservoir ........................... 43
Table 3.12.6. Summary of Module Delivery Option 3 (Colville River Crossing) Components that
        Contribute to Effects to Caribou  ........................................................................................... 45
Table 3.13.1. Project Components from the Constructed Freshwater Reservoir and Boat Ramps that May
        Affect Marine Mammals ........................................................................................................ 46
Table 3.13.2. Effects to Marine Mammals from Module Delivery Option 3 (Colville River Crossing) .... 48
Table 3.13.3. Project Components from Option 3 (Colville River Crossing) that may Affect Marine
        Mammals ................................................................................................................................. 49
Table 3.14.1. Surface Land Management in the Analysis Area for Land Ownership and Use ................. 50
Table 3.16.1. Nuiqsut Use Areas within the Direct Effects Analysis Area Subsistence and Sociocultural
        Systems ................................................................................................................................... 52
Table 3.16.2. Percent of Nuiqsut Harvesters Using the Direct Effects Analysis Area for Different
        Resources, by Resource, 1995 through 2006 .......................................................................... 52
Table 3.16.3. Nuiqsut Caribou Harvests Within the Direct Effects Analysis Area, 2008 through 2016 .... 52
Table 3.16.4. Utqiaġvik Use Areas within the Direct Effects Analysis Area ........................................... 53
Table 3.16.5. Percent of Utqiaġvik Harvesters Using the Direct Effects Analysis Area for Different
        Resources, 1995 through 2006 ................................................................................................. 53
Table 3.16.6. Number and Percent of Nuiqsut and Utqiaġvik Harvesters Using the Alternatives Analysis
        Area by Resource Category ..................................................................................................... 54
Table 3.16.7. Number and Percent of Nuiqsut Caribou Harvesters and Harvests Using the Alternatives
        Analysis Area by Study Year .................................................................................................. 54
Table 3.16.8. Number and Percentage of Nuiqsut and Utqiaġvik Harvesters, Option 3 Analysis Area,
        1995 through 2007 .................................................................................................................. 56
Table 3.16.9. Number and Percentage of Nuiqsut Caribou Harvesters and Harvests, Option 3 Analysis
        Area, 2008 through 2016 ......................................................................................................... 56
Table 3.19.1. Reasonably Foreseeable Future Actions that may Interact with the Project ....................... 59
Table 5.1.1. Summary of Proposed Project Boat Ramps by Alternative ................................................... 67

# List of Appendices

Appendix A    Figures
Appendix B    Subsistence Technical Appendix
Appendix C    Preliminary Alaska National Interest Lands Conservation Act 810 Analysis
Appendix D    Section 106 Cultural Resources Findings: Process and Analysis

Case 3:20-cv-00290-SLG   Document 28-13   Filed 01/15/21   Page 14 of 18

AR178270

# List of Acronyms

| | |
|---|---|
| 6:1 | 6 horizontal to 1 vertical |
| ACP | Arctic Coastal Plain |
| ADEC | Alaska Department of Environmental Conservation |
| ADF&G | Alaska Department of Fish and Game |
| ASRC | Arctic Slope Regional Corporation |
| ASTAR | Arctic Strategic Transportation and Resources |
| BLM | Bureau of Land Management |
| BMPs | best management practices |
| BOEM | Bureau of Ocean Energy Management |
| BT1/2/3/4/5 | drill sites, Bear Tooth 1 through 5 |
| CAH | Central Arctic Herd |
| cfs | cubic feet per second |
| CFWR | constructed freshwater reservoir |
| CPAI | ConocoPhillips Alaska, Inc. |
| CRD | Colville River Delta |
| CWAT | Community Winter Access Trail |
| dBA | A-weighted decibel used to characterize airborne noise, referenced to 20 micropascals |
| DS2P | Kuparuk drill site 2P |
| EIS | Environmental Impact Statement |
| GMT-1 | Greater Mooses Tooth 1 |
| GMT-2 | Greater Mooses Tooth 2 |
| HUC | Hydrologic Unit Code |
| IAP | Integrated Activity Plan |
| km | kilometers |
| Kuukpik | Kuukpik Corporation |
| LSs | lease stipulations |
| MDP | Master Development Plan |
| MG | million gallons |
| MTI | module transfer island |
| NEPA | National Environmental Policy Act |
| NPR-A | National Petroleum Reserve in Alaska |
| NSB | North Slope Borough |
| Project | Willow Master Development Plan Project |
| RFFAs | reasonably foreseeable future actions |
| RM | river mile |
| SDEIS | Supplement to the Draft Environmental Impact Statement |
| SPMT | self-propelled module transporter |
| SS | suspended sediment |
| TCH | Teshekpuk Caribou Herd |
| tpd | tons per day |
| USACE | U.S. Army Corps of Engineers |
| USGS | U.S. Geological Survey |
| VSMs | vertical support members |
| WOC | Willow Operations Center |
| WPF | Willow Processing Facility |

Ex. 9, p. 14
Case 3:20-cv-00290-SLG   Document 28-13   Filed 01/15/21   Page 15 of 18

# 1.0    INTRODUCTION

Following publication of the Willow Master Development Plan (MDP) Draft Environmental Impact Statement (EIS), the proponent, ConocoPhillips Alaska, Inc. (CPAI), presented the Bureau of Land Management (BLM) with design updates to the proposed Willow MDP Project (Project). This document supplements the Draft EIS (published on August 23, 2019) with additional analysis for three Project components that have been added by the Project proponent: module delivery Option 3, a constructed freshwater reservoir (CFWR), and up to three boat ramps for **subsistence** access. These are detailed in Chapter 2. Additional Project design updates were provided by the Project proponent; however, the changes are not expected to change the overall analysis or results described in Chapter 3 of the Draft EIS. The Final EIS will incorporate all design changes into the overall Project analyses.

## 1.1    Regulatory Framework for a Supplement to the Draft Environmental Impact Statement

The Willow MDP EIS is being developed under the framework outlined under the National Environmental Policy Act (NEPA). Per the NEPA process, changes to a proposed project between the Draft EIS and Final EIS may require the lead federal agency to issue a Supplement to the Draft EIS (SDEIS) to inform the public of the proposed changes to the project. Specifically, 40 CFR 1502.9(c) provides that agencies shall prepare supplements to a Draft or Final EIS if there are "substantial changes in the proposed action that are relevant to environmental concerns." Additionally, the Council on Environmental Quality notes a supplement should be prepared when a new alternative not previously considered in a Draft EIS (CEQ 1981) is put forward and it does not fall within the spectrum of alternatives considered in the Draft EIS.

## 1.2    Rationale for Analysis Contained in the Supplement to the Draft Environmental Impact Statement

Ongoing design refinement and engineering is typical during the NEPA process. This supplemental document evaluates three substantive elements added to the Project description since the Draft EIS. The SDEIS limits the scope of analysis to new Project components that would have new potential effects or would have effects in new areas not previously analyzed in the Draft EIS. Potential environmental effects for Project elements that were already evaluated in the Draft EIS are not reiterated in the SDEIS, even though some effects may be slightly different (in magnitude, duration, or location—not in type of effect) due to CPAI's Project modifications. Other Project changes (e.g., minor changes in gravel pad sizes, changes to the location of Project components and minor shifts in gravel road alignments, changes in ground traffic and air traffic numbers) are not expected to substantively change the overall analysis or results described in Chapter 3 of the Draft EIS. These Project updates and modifications will be detailed in the Final EIS, including the following:

- Production from the neighboring Greater Mooses Tooth 2 (GMT-2), which is currently under construction, may shift from the Alpine processing facility to the Willow Processing Facility (WPF)
- Two additional water sources have been identified to support Project drilling and operations under all action alternatives; water sources vary by alternative
- The Willow Operations Center (WOC), WPF, and airstrip have been relocated approximately 2.5 miles to the northeast under Alternative B
- Refinements have been made to reduce the overall size of the Tiŋmiaqsiuġvik mine site, adjust the layout of the mine cells and ice pads, and draft a reclamation plan
- Refinements have been made to the overall Project footprint (under all action alternatives) that include changes to drill site pads, the WOC pad, the WPF pad, and the airstrip; changes to Project road widths; and the addition of new pads to support Project construction and operations. The refinements marginally decreased the overall Project footprint for some alternatives and marginally increased them for others.

- Updates have been made to total traffic and freshwater use estimates; the updates decreased the estimates for some alternatives and increased them for others
- New Project facilities (e.g., Project-supporting equipment and modules) have been added, to be placed on existing gravel pads in Alpine and Kuparuk
- Updates have been made to the ice road design, including task-specific ice road widths; the updates decreased the widths for some tasks and increased them for others
- Updates have been made to the Project schedule and construction sequencing, however the anticipated life of the Project and Project start date has not changed

Figures in the SDEIS reflect all Project updates. More details on Project updates and modifications are in CPAI's Environmental Evaluation Document, which is available on BLM's ePlanning website: https://eplanning.blm.gov/epl-front-office/eplanning/planAndProjectSite.do?methodName=dispatchToPatternPage&currentPageId=161457.

Because Subsistence is a unique issue and the methods used to analyze it are different than other resources, Chapter 3.16, *Subsistence and Sociocultural Systems*, includes all Project updates in its analysis.

## 1.3    Development Location (Project Area)

In addition to the location described in the Draft EIS, the newly proposed module delivery option (Option 3) would include use of existing facilities in the Kuparuk River Unit such as the Oliktok Dock and existing Kuparuk gravel road network. Temporary ice roads would be constructed from existing gravel roads across the Colville River to the Project area within the National Petroleum Reserve in Alaska (NPR-A). (See Section 2.3, *Module Delivery Option: Colville River Crossing*.)



## Yellow-Billed Loon Density and Nests in the Analysis Area

### Yellow-Billed Loon
- Nests
- BMP E-11 Lake/Nest Buffers
- ABR Survey Area 1992 to 2019
- Unsurveyed by USFWS

### Estimated June Density, 2012 to 2015
(Birds per square mile)
- 0 to 0.05
- >0.05 to 0.16
- >0.16 to 0.31
- >0.31 to 0.50
- >0.50 to 1.30

### Willow Proposed Development Features
- Drill Site (Not to Scale)
- Ice Road
- New Pipeline Existing VSM
- New Pipeline New VSM
- Option 3 Existing Road
- Gravel Footprint
- Analysis Area

### Other Infrastructure
- Existing Road
- Existing Pipeline
- Existing Infrastructure

### Land Designation
- National Petroleum Reserve in Alaska

### Data Sources
Observations were collected during 1992–2019 avian studies conducted by ABR and funded by ConocoPhillips Alaska, Inc. ABR surveys were not conducted the same number of years across the area displayed; surveys were conducted 18 years in NPRA, 25 years in the Colville River Delta. USFWS 2016, BLM Unpublished Data Estimated density from 2012 to 2015, unpublished data, produced by interpolation using a linear regression spline model based on a 10 x 10 km sample grid of Arctic Coastal Plain aerial breeding waterbird surveys, 2012-2015. Refer to Lamed et al. 2012 for survey methodology.

Figure 3.11.3

N-o-w-arranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

Harrison Bay

Oliktok Dock
Oliktok Point

Mine Site E

Kuparuk

Mine Site C

CPF2

Horizontal Directional Drilling Pads

DS2P

CD3
Alpine
CD1
CD2
CD4N
CD5
NUIQSUT
INSET A
Gravel Mine Site

Atigaru Point

Module Transfer Island

GMT-1
GMT-2

Colville River

BT2
BT1
BT4
BT3
BT5

Kalikpik River
Fish Creek
Judy (Iqalliqpik) Creek
Ublutuoch (Tingmiaqsiuqvik) River

Module Transfer Island
Point Lonely

Teshekpuk Lake

0   5   10 Miles

### INSET A
Gravel Mine Site

Ublutuoch (Tingmiaqsiuqvik) River
Bill's Creek

ART176373