# EXHIBIT 10

AR275393

Alaska Outer Continental Shelf



OCS EIS/EA
BOEM 2018-050

# Liberty Development and Production Plan
Beaufort Sea, Alaska

Estimated Lead Agency Total Costs
Associated with Developing and
Producing this EIS:
$1,634,000

**Final Environmental Impact Statement**

**Volume 1. Executive Summary and Chapters 1 through 6**



**U.S. Department of the Interior**
**Bureau of Ocean Energy Management**        **August 2018**
**Alaska OCS Region**

AR275395

Alaska Outer Continental Shelf

OCS EIS/EA
BOEM 2018-050

# Liberty Development and Production Plan
Beaufort Sea, Alaska

## Final Environmental Impact Statement

### Volume 1. Executive Summary and Chapters 1 through 6

**Prepared by**
Bureau of Ocean Energy Management, Alaska OCS Region

**Cooperating Agencies**
U.S. Department of the Interior, Bureau of Safety and Environmental Enforcement

U.S. Department of Commerce, National Oceanographic and Atmospheric Administration, National Marine Fisheries Service

Environmental Protection Agency

U.S. Department of Defense, U.S. Army Corps of Engineers

State of Alaska, Department of Natural Resources

**U.S. Department of the Interior**
**Bureau of Ocean Energy Management**
**Alaska OCS Region**

August 2018

AR275397

# COVER SHEET

**Liberty Development and Production Plan
Beaufort Sea, Alaska
Environmental Impact Statement**

**Draft ( )          Final (X)**

**Type of Action:**          Administrative (X)          Legislative ( )

**Area of Potential Effect:** Offshore marine environment, Beaufort Sea coastal plain, and the North Slope Borough of Alaska.

| Agency | Washington Contact | Region Contacts |
|---|---|---|
| U.S. Department of the Interior Bureau of Ocean Energy Management Alaska OCS Region 3801 Centerpoint Drive, Suite 500 Anchorage, AK 99503-5823 (907) 334-5200 | Geoffrey Wikel Bureau of Ocean Energy Management 45600 Woodland Road Sterling, VA 20166 (703) 787-1283 | Frances Mann Chief, Environmental Analysis Section 2 (907) 334-5200 |
| | | Lauren Boldrick Project Manager (907) 334-5200 |

## Abstract

Hilcorp Alaska, LLC (HAK) proposes to produce oil from the Liberty Prospect (OCS Lease Y-1650, OCS-Y-1586, and OCS-Y-1886) located in Foggy Island Bay in the Beaufort Sea, northeast of the Prudhoe Bay Unit and east of the Duck Island Unit in Alaska. HAK submitted a Development and Production Plan (DPP) to BOEM on September 18, 2015, and a revised DPP on March 15, 2017.

BOEM received 46,678 comments during scoping. All comments, including those gathered in local Scoping Meetings, are available at www.regulations.gov.

HAK determined that the Liberty Prospect contains approximately 120 million barrels of recoverable crude oil. HAK proposes to construct a gravel island approximately 5 miles north of the Kadleroshilik River and 7.3 miles southeast of the existing Endicott Satellite Drilling Island (SDI) in approximately 19 feet of water. Sixteen wells would be drilled. Production facilities on Liberty Island would include producing wells designed to produce up to 65,000 barrels of crude oil and 120 million standard cubic feet of natural gas per day. The life of the proposed Liberty Prospect development is anticipated to be approximately 15 to 20 years.

Oil produced from the island would be piped through a pipe-in-pipe (PIP) subsea pipeline consisting of a 12-inch diameter inner pipe and a 16-inch diameter outer pipe. Subsea pipe would run 5.6 miles then transition to an elevated 1.5-mile long onshore pipeline to a tie in with the existing onshore Badami oil pipeline This infrastructure would transport sales-quality oil (hydrocarbons) to the Trans-Alaska Pipeline System.

This Final Environmental Impact Statement (EIS) assesses the Proposed Action and alternatives: Alternative 1 (Proposed Action: the Liberty Development and Production Plan), Alternative 2 (the no action alternative) Alternative 3A (Relocate LDPI Approximately 1 Mile to the East), Alternative 3B (Relocate LDPI Approximately 1.5 miles to the Southwest), Alternative 4A (Relocate Oil and Gas Processing to Endicott SDI), Alternative 4B (Relocate Oil and Gas Processing to a New Onshore Facility), Alternative 5A (East Kadleroshilik River Mine Site #2), and Alternative 5B (East Kadleroshilik River Mine Site #3).

# Volume 1 Table of Contents

Title Page
Cover Sheet
Acronyms and Abbreviations ........................................................................................................ i

**Executive Summary** .............................................................................................................. **ES-1**
    Introduction ............................................................................................................................ ES-1
    Purpose and Need for the Proposed Action .......................................................................... ES-1
    Regulatory and Administrative Framework ............................................................................ ES-1
    Scoping .................................................................................................................................. ES-1
    Proposed Action and Alternatives ......................................................................................... ES-2
        Preferred Alternative ....................................................................................................... ES-2
        Proposed Action .............................................................................................................. ES-2
        Alternative 2 (No Action) ................................................................................................. ES-3
        Alternative 3 (Alternate LDPI locations) .......................................................................... ES-3
        Alternative 4 (Relocate Oil and Gas Processing off of LDPI) ........................................... ES-6
        Alternative 5 (Alternate Gravel Sources) ........................................................................ ES-9
        Proposed Solid Ice Condition ........................................................................................ ES-12
        Alternatives Considered But Not Carried Forward for Further Analysis ............................ ES-12
    Affected Environment ........................................................................................................... ES-12
    Environmental Consequences ............................................................................................. ES-12
    Very Large Oil Spill Scenario and Effects ........................................................................... ES-15
    Cumulative Effects ............................................................................................................... ES-15
    Consultation and Coordination ............................................................................................ ES-16
    Appendices .......................................................................................................................... ES-16
    Other Pertinent Documents (posted at https://www.boem.gov/liberty/ ................................ ES-16

**CHAPTER 1.    PROPOSED ACTION** ....................................................................................... **1-1**
    1.1    Background ................................................................................................................... 1-1
        1.1.1    1998 BPXA DPP .............................................................................................. 1-2
        1.1.2    2007 BPXA DPP .............................................................................................. 1-2
        1.1.3    2015 HAK DPP ................................................................................................ 1-2
    1.2    Proposed Action ........................................................................................................... 1-3
        1.2.1    Land Status ..................................................................................................... 1-3
    1.3    Purpose and Need for the Proposed Action ................................................................. 1-3
    1.4    Regulatory and Administrative Framework .................................................................. 1-4
        1.4.1    BOEM Regulatory Authorities ......................................................................... 1-5
        1.4.2    EPA Regulatory Authorities ............................................................................. 1-7
        1.4.3    USACE Regulatory Authorities ....................................................................... 1-8
        1.4.4    NMFS Regulatory Authorities ......................................................................... 1-9
        1.4.5    USFWS Regulatory Authorities ..................................................................... 1-11
        1.4.6    PHMSA Statutory Authority ........................................................................... 1-11
        1.4.7    SOA Regulatory Requirements ...................................................................... 1-11
        1.4.8    BSEE Regulatory Authorities ........................................................................ 1-11
        1.4.9    BSEE Permitting Responsibilities and Oversight .......................................... 1-11

**CHAPTER 2.    PROPOSED ACTION AND ALTERNATIVES** ............................................... **2-1**
    2.1    Proposed Action ........................................................................................................... 2-1
        2.1.1    Winter and Summer Access ............................................................................ 2-4
        2.1.2    Gravel Mine Site Development ........................................................................ 2-9
        2.1.3    Liberty Development and Production Island Construction ............................... 2-11
        2.1.4    Pipeline Construction ..................................................................................... 2-12
        2.1.5    Facilities Construction .................................................................................... 2-17

Case 3:20-cv-00290-SLG   Document 28-14   Filed 01/15/21   Page 5 of 18

2.1.6    Drilling Operations .................................................................. 2-18
2.1.7    Production Operations ............................................................ 2-19
2.1.8    Decommissioning .................................................................... 2-20
2.1.9    EPA Permitting ....................................................................... 2-22
2.1.10   USACE Permitting .................................................................. 2-27
2.1.11   NMFS Permitting .................................................................... 2-27
2.2    Alternatives ......................................................................................... 2-28
2.2.1    Alternatives Selection Process .............................................. 2-28
2.2.2    Alternative 1 (Proposed Action) ............................................ 2-29
2.2.3    Alternative 2 (No Action) ....................................................... 2-29
2.2.4    Alternative 3 (Alternate LDPI Locations) .............................. 2-31
2.2.5    Alternative 4 (Alternate Processing Locations) ..................... 2-33
2.2.6    Alternative 5 (Alternate Gravel Sources) .............................. 2-46
2.3    Preferred Alternative .......................................................................... 2-49
2.3.1    Alternative Comparison Tables .............................................. 2-50
2.4    Alternatives Considered but Not Carried Forward for Further Analysis ... 2-55
2.4.1    Ultra Extended-Reach Drilling (uERD) ................................... 2-55
2.4.2    Other Alternate LDPI Locations ............................................. 2-56
2.4.3    Horizontal Directional Drilling (HDD) Pipeline Landfall .......... 2-56
2.4.4    OCS Gravel Mining and Summer LDPI Construction .............. 2-58
2.4.5    Other Alternate Gravel Mine Sites ........................................ 2-59
2.5    Mitigation ............................................................................................ 2-59
2.5.1    Proposed Solid Ice Condition ................................................ 2-59

CHAPTER 3.    DESCRIPTION OF THE ENVIRONMENT ........................................... 3-1
3.1    Physical Environment ........................................................................... 3-1
3.1.1    Bathymetry and Physiography ................................................ 3-1
3.1.2    Oceanography ........................................................................ 3-1
3.1.3    Oil and Gas Geology .............................................................. 3-9
3.1.4    Water Quality ......................................................................... 3-13
3.1.5    Air Quality ............................................................................. 3-19
3.1.6    Climate Change ..................................................................... 3-22
3.2    Biological Environment ........................................................................ 3-30
3.2.1    Lower Trophic Level Organisms ............................................. 3-30
3.2.2    Fish ........................................................................................ 3-32
3.2.3    Birds ...................................................................................... 3-35
3.2.4    Marine Mammals and Acoustic Environment ......................... 3-49
3.2.5    Terrestrial Mammals .............................................................. 3-110
3.2.6    Vegetation, Wetlands and Substrate ...................................... 3-121
3.3    Sociocultural Systems ......................................................................... 3-126
3.3.1    Sociocultural Systems ........................................................... 3-126
3.3.2    Economy ................................................................................ 3-128
3.3.3    Subsistence Activities and Harvest Patterns ......................... 3-131
3.3.4    Community Health .................................................................. 3-147
3.3.5    Environmental Justice ............................................................ 3-154
3.3.6    Archaeological Resources ...................................................... 3-158

CHAPTER 4.    ENVIRONMENTAL CONSEQUENCES ............................................... 4-1
4.1    Introduction and Background for Analysis ............................................ 4-1
4.1.1    Accidental Oil Spills, Exercises and Drills, and Gas Release Estimation ... 4-1
4.1.2    Measuring Impacts ................................................................. 4-9
4.1.3    Mitigation ............................................................................... 4-9
4.2    Physical Environment ........................................................................... 4-10
4.2.1    Oil and Gas Geology/Petroleum Engineering ......................... 4-10
4.2.2    Water Quality ......................................................................... 4-13
4.2.3    Air Quality ............................................................................. 4-31

Case 3:20-cv-00290-SLG   Document 28-14   Filed 01/15/21   Page 6 of 18

          4.2.4   Climate Change ........................................................................ 4-51
     4.3   Biological Environment ..................................................................... 4-53
          4.3.1   Lower Trophics ........................................................................ 4-53
          4.3.2   Fish ......................................................................................... 4-66
          4.3.3   Birds ....................................................................................... 4-76
          4.3.4   Marine Mammals .................................................................. 4-105
          4.3.5   Overall Conclusions for Marine Mammals ........................... 4-169
          4.3.6   Terrestrial Mammals ............................................................. 4-169
          4.3.7   Vegetation, Wetlands, and Substrate .................................... 4-185
     4.4   Sociocultural Systems ................................................................... 4-193
          4.4.1   Sociocultural Systems .......................................................... 4-193
          4.4.2   Economy ............................................................................... 4-203
          4.4.3   Subsistence Activities and Harvest Patterns ........................ 4-213
          4.4.4   Community Health .................................................................. 4-247
          4.4.5   Environmental Justice ........................................................... 4-258
          4.4.6   Archaeological Resources .................................................... 4-260
     4.5   Unavoidable Adverse Effects ......................................................... 4-265
     4.6   Relationship between Local Short-Term Uses and Maintenance and Enhancement of
          Long-Term Productivity .................................................................. 4-266
     4.7   Irreversible and Irretrievable Commitment of Resources .................. 4-266

CHAPTER 5.   CUMULATIVE EFFECTS ............................................................. 5-1
     5.1   Introduction ....................................................................................... 5-1
          5.1.1   Framing the Analysis ................................................................ 5-1
          5.1.2   Past, Present, and Reasonably Foreseeable Future Actions .... 5-2
          5.1.3   Climate Change ...................................................................... 5-15
     5.2   Analysis of Cumulative Effects ......................................................... 5-16
          5.2.1   Water Quality ......................................................................... 5-16
          5.2.2   Air Quality .............................................................................. 5-18
          5.2.3   Lower Trophic Organisms ....................................................... 5-21
          5.2.4   Fish ........................................................................................ 5-23
          5.2.5   Birds ...................................................................................... 5-25
          5.2.6   Marine Mammals .................................................................... 5-29
          5.2.7   Terrestrial Mammals ............................................................... 5-38
          5.2.8   Vegetation and Wetlands ........................................................ 5-45
          5.2.9   Sociocultural Systems ............................................................ 5-47
          5.2.10  Economy ................................................................................ 5-49
          5.2.11  Subsistence Harvest Patterns ................................................ 5-52
          5.2.12  Community Health ................................................................... 5-55
          5.2.13  Environmental Justice ............................................................. 5-56
          5.2.14  Archaeological Resources ...................................................... 5-57

CHAPTER 6.   CONSULTATION, COORDINATION, LIST OF PREPARERS ........ 6-1
     6.1   Development of this EIS ...................................................................... 6-1
     6.2   Consultation ....................................................................................... 6-1
          6.2.1   Tribal Consultation ................................................................... 6-1
          6.2.2   ESA Section 7 .......................................................................... 6-2
          6.2.3   Essential Fish Habitat Consultation .......................................... 6-2
          6.2.4   Section 106, National Historic Preservation Act Consultation .... 6-2
     6.3   Document Preparers ........................................................................... 6-3

AR275729

### 4.2.3.8   Conclusion for Alternative 5

Impacts of Alternative 5A and 5B on air quality would be minor; essentially the same as those for the Proposed Action.

## 4.2.4   Climate Change

The activities under the Proposed Action and its alternatives would produce black carbon emissions. A small portion of the $PM_{2.5}$ and $PM_{10}$ emissions estimated in the previous subsection would consist of black carbon emissions. Some of the black carbon emitted from the proposed development and production activities would be dispersed within the local environment, which for much of the year features snow and sea ice. In general, black carbon deposited on snow and sea ice tends to absorb heat and hasten melt while decreasing the earth's ability to reflect the warming rays of the run. While it is not possible to determine what fraction of the Proposed Action's $PM_{2.5}$ and $PM_{10}$ emissions would qualify as black carbon without doing experiments at the proposed facility once it is built, context and a recent study indicate that any impact of such black carbon on the local environmental would be negligible. BOEM's recent Arctic Air Quality Study estimated a baseline emissions inventory for the North Slope and adjacent offshore areas, to include oil and gas and non-oil and gas sources. The estimated baseline PM emissions for this region are roughly 4,700 tons per year (Field Simms, P. et. al., 2014). No observable increase in the rate of snow or sea ice melt has been attributed to these emissions. By way of comparison, the Proposed Action here would entail roughly 40 tons of PM emissions per year, i.e., less than 1 percent of an existing baseline that is not believed to have any measurable impact on snow or sea ice melt. The Proposed Action is therefore not expected to measurably increase snow or ice melt by virtue of its black carbon emissions.

The activities under the Proposed Action and its alternatives would produce GHG emissions, including $CO_2$, $CH_4$, and $N_2O$. These GHG emissions would contribute to climate change. The analysis below quantified projected GHG emissions that would occur from the Proposed Action. These projected GHG emissions serve as a proxy for assessing the Proposed Action's contribution to climate change. For this analysis the potential GHG emissions for the action alternatives are expressed as $CO_2$ equivalents ($CO_{2e}$) which are based on potential $CO_2$, $CH_4$, and $N_2O$ emissions and their respective global warming potential values (40 CFR 98, Subpart A, Table A-1).

Using the same assumptions and analysis from Section 4.1.2 and their respective subsections, Table 4-6 lists the estimated greenhouse gas emissions from the Proposed Action and action alternatives.

**Table 4-6        Potential Annual Greenhouse Gas Emissions of Liberty DPP (tons of $CO_{2e}$)**

| Phase | Proposed Action | Alternative 3A | Alternative 3B | Alternative 4A | Alternative 4B | Alternative 5 |
|---|---|---|---|---|---|---|
| Phase 1 (Year 2) | 44,818 | 47,807 | 43,025 | 38,857 | 42,443 | 44,818 |
| Phase 2 (Year 3) | 59,453 | 64,209 | 47,562 | 75,981 | 64,388 | 59,453 |
| Phase 3 (Year 4) | 174,820 | 174,820 | 174,820 | 174,820 | 174,820 | 174,820 |
| Phase 4 (Year 5 and above) | 517,325 | 567,609 | 625,084 | 517,325 | 517,325 | 517,325 |

Some of the Alternatives have no estimated change in GHG emissions from the Proposed Action; the estimated emissions of GHG from the Proposed Action are 517,325 tons of $CO_{2e}$ per year. The emissions from Phase 4 of the Proposed Action and each action alternative is the estimated annual emission from Year 5 through the life of the project. The physical change in location has negligible levels of effect on greenhouse gases as GHG analysis focuses on gross tonnage of emissions, not concentrations of pollutants onshore. Because some GHG gases, such as $CO_2$, may persist in the atmosphere for up to a century, the potential impacts of any source may extend well beyond the active lifetime of the Proposed Action. How these emissions would impact the Proposed Action Area would depend on emissions from the Proposed Action together with emissions on a national and global scale. According to the EPA's Greenhouse Gas Reporting Program (GHGRP), in 2015 the U.S. oil

and gas industry as a whole released 231 million metric tons (MMT) of $CO_{2e}$ (EPA, 2016). The contribution to the 2015 GHGRP oil and gas segment from offshore production was 7 MMT $CO_{2e}$ (EPA, 2016).

## 4.2.4.1   Lifecycle Greenhouse Gas Emissions

This subsection estimates lifecycle GHG emissions associated with the Proposed Action. The term "lifecycle GHG emissions" here refers to GHG emissions from the Proposed Action (i.e. GHG emissions from all phases of the proposed development and production activities described in the Liberty DPP) plus GHG emissions from the transportation and consumption of oil produced at Liberty. These emissions are expressed in Table 4-7 in terms of $CO_{2e}$.

BOEM derived this estimate using methods originally developed for a programmatic analysis conducted for its 2017-2022 5-Year Programmatic EIS (USDOI, BOEM, 2016a). Additional information on the methodologies and assumptions behind that programmatic analysis are available in Section 4.2.1.2 of the 2017-2022 5-Year Programmatic EIS. However, rather than estimating the emissions associated with upstream activities (i.e., exploration, development, production, and transport of resources) using the Offshore Environmental Cost Model (OECM), BOEM used the GHG emissions reported in the Liberty DPP. BOEM imported these estimated upstream GHG emissions into its lifecycle model and then calculated the remaining emissions from downstream activities (i.e., refining and consumption).

The estimate of lifecycle GHG emissions associated with the Proposed Action is also representative of lifecycle GHG emissions associated with each of the other action alternatives, i.e. Alternatives 3A, 3B, 4A, 4B, 5A, 5B, and 5C. This is because the overall lifespan of development and production activities, as well as the total amount of oil produced from the Liberty prospect, would not vary significantly among action alternatives.

This subsection also estimates lifecycle GHG emissions associated with the No Action Alternative. Under the No Action Alternative, no development or production activities would occur at the Liberty prospect, and no oil from the Liberty prospect would be transported or consumed. However, market forces dictate that if oil were not produced from the Liberty prospect, energy would be procured from other sources to keep energy supplies in step with energy demand. BOEM's analysis accounts for this concept, known as market substitution. The estimated lifecycle GHG emissions associated with the No Action Alternative reflect the lifecycle GHG emissions associated with the other fuels (anticipated to be primarily oil imports, along with a mix of natural gas, renewables, and coal) that would be produced and consumed in lieu of oil from the Liberty prospect. BOEM's analysis does not assume that "perfect" substitution would occur. Rather, BOEM ran its market Simulation Model (MarketSim) (which incorporates assumptions made by the U.S. Energy Information Administration) to estimate and account for the marginal reduction of energy demand that would occur in the event that supplies are reduced (Industrial Economics, Inc., 2015). Here, lifecycle GHG emissions associated with the No Action Alternative are estimated to be higher than those associated with the Proposed Action, despite the model's assumption that a slightly lower amount of energy would be consumed domestically overall. This is because the lifecycle GHG emissions associated with the mix of replacement fuels estimated to be consumed under the No Action Alternative are, on average, greater than the lifecycle GHG emissions associated with oil produced from the Liberty prospect, largely due to comparatively weaker environmental protection standards associated with exploration and development of the imported product and increased emissions from transportation.

**Table 4-7        Lifecycle GHG Emissions**

| Alternative Type | Metric tons of $CO_{2e}$ |
|---|---|
| Proposed Action and Action Alternatives | 64,570,000 |
| No Action | 89,940,000 |

### 4.2.4.2    Proposed Mitigation Measures

BOEM also evaluated potential mitigation strategies that might reduce the Proposed Action's contribution to climate change. The ideal theoretical mechanism for reducing GHG emissions in the Proposed Action, or any of the action alternatives, would be the use of Carbon Capture Storage/ Sequestration devices. However, these devices are currently in their early stages of development and are both cumbersome and expensive. BOEM proposes a simpler, more cost-effective approach to the overall reduction in GHG emissions in the form of carbon offsets via reforestation.

The basis of this offset is that the average mature tree can sequester (consume and retain) up to 48 pounds of $CO_2$ per year through its 40-year lifetime. When reforesting, an average acre can hold up to 1,500 new trees. In its 2017 budget justification, the U.S. Forest Service (USFS) declared that it had identified over a million acres of National Forest System lands that could benefit from reforestation (USFS, 2016). In the preceding year the USFS reforested over 190,000 acres of public land and has a goal of reforesting 180,000 in the upcoming year. These efforts are accomplished with the help of non-profit partners such as the National Forest Foundation (NFF) and civic groups who contribute to the agency's capacity for reforestation through partnerships and matching fund agreements. Through these partnerships, the NFF and the USFS have been able to reforest areas of public land at a 1:1 ratio of dollar to tree.

A total project carbon offset could be achieved if the Lessee directly or indirectly (via NFF or USFS) assists in the reforestation of 9,000 acres of public lands. This proposed offset again assumes the average acre of reforested land can hold 1,500 new trees, and that each tree at maturity can sequester 48 lbs of $CO_2$. During the lifespans of the Proposed Action and that of trees at 25 and 40 years, respectively, it would only require 9,000 acres of mature forest to reduce the lifetime carbon emissions of the facility at LDPI to zero.

## 4.3    Biological Environment

### 4.3.1    Lower Trophics

#### 4.3.1.1    The Proposed Action

##### 4.3.1.1.1    Development

In the marine and estuarine environment, habitat alteration would occur during development activities. Construction of the LDPI and pipeline trenching would affect benthic, epontic, and pelagic invertebrates (discussed below). The Boulder Patch in particular is expected to be impacted by construction activities. Until the disposal well is drilled, most wastewater would be hauled offsite for disposal at a permitted facility. The only ongoing discharge during development is wastewater from the STP. Construction and secondary containment dewater would likely occur during the first 2 years of construction, after which they would be injected in the disposal well. All discharges would be required to comply with the terms and conditions of the NPDES permit.

##### 4.3.1.1.2    Production

Habitat alteration is generally not expected to occur during the production phase of the Proposed Action, as production activities are based on the proposed LDPI and would not require changes to the seafloor. Maintenance of existing structures would occur. Physical presence of the LDPI may provide new hard-substrate habitat for benthic invertebrates. Water intake structures for seawater treatment could affect organisms in the water column, such as zooplankton and fish larvae. The only ongoing NPDES discharge anticipated during the production is wastewater from the STP. As discussed in Section 3.2.1, the current lower trophic community may be altered by climate change processes. However, the impacts described below are not expected to differ as a result of those climate change processes.

AR276014

# Liberty Development and Production Plan
Beaufort Sea, Alaska

Estimated Lead Agency Total Costs
Associated with Developing and
Producing this EIS:
$1,634,000

## Final Environmental Impact Statement

## Volume 2. Chapter 7 and Appendices A through C



**U.S. Department of the Interior**
**Bureau of Ocean Energy Management**      **August 2018**
**Alaska OCS Region**

AR276016

Alaska Outer Continental Shelf

OCS EIS/EA
BOEM 2018-050

# Liberty Development and Production Plan
Beaufort Sea, Alaska

## Final Environmental Impact Statement

### Volume 2. Chapter 7 and Appendices A through C

**Prepared by**
Bureau of Ocean Energy Management, Alaska OCS Region

**Cooperating Agencies**
U.S. Department of the Interior, Bureau of Safety and Environmental Enforcement

U.S. Department of Commerce, National Oceanographic and Atmospheric Administration, National Marine Fisheries Service

Environmental Protection Agency

U.S. Department of Defense, U.S. Army Corps of Engineers

State of Alaska, Department of Natural Resources

**U.S. Department of the Interior**
**Bureau of Ocean Energy Management**
**Alaska OCS Region**

August 2018

Ex. 10, p. 11

# Volume 2 Table of Contents

Title Page

**CHAPTER 7.    References** ................................................................................................................ 7-1


## APPENDICES

**APPENDIX A – OIL SPILL RISK ANALYSIS (OSRA)**
 ..............................................................................Posted at: https://www.boem.gov/liberty/

**APPENDIX B – RESPONSE TO COMMENTS**

**Introduction** .................................................................................................................... **B-1**
Issue 1.     General Comments on the Proposed Development Production Plan ..........................B-1
Issue 2.     Science-Informed Decision-Making ..........................................................................B-3
Issue 3.     Public Outreach ......................................................................................................B-4
Issue 4.     Alternatives ...........................................................................................................B-6
Issue 5.     Mitigation .............................................................................................................B-10
Issue 6.     Compliance with Laws, Acts, Policies ....................................................................B-17
Issue 7.     Scope, Purpose and Need ......................................................................................B-20
Issue 8.     Development and Production Plan ..........................................................................B-22
Issue 9.     Climate Change .....................................................................................................B-25
Issue 10.    Impacts on Air Quality ..........................................................................................B-32
Issue 11.    Water Quality – NPDES .........................................................................................B-35
Issue 12.    Lower Trophic Level Organisms .............................................................................B-37
Issue 13.    Fish and Shellfish .................................................................................................B-39
Issue 14.    Marine Mammals ...................................................................................................B-41
Issue 15.    Birds .....................................................................................................................B-49
Issue 16.    Terrestrial Mammals .............................................................................................B-51
Issue 17.    Vegetation, Wetlands, and Substrate .....................................................................B-52
Issue 18.    Economic Impacts .................................................................................................B-56
Issue 19.    Arctic People, Subsistence Use, and the Environment .............................................B-60
Issue 20.    Archeological Resources .......................................................................................B-67
Issue 21.    Cumulative Impacts ...............................................................................................B-69
Issue 22.    Oil Spill Probability ...............................................................................................B-72
Issue 23.    Oil Spill Trajectory Modelling ................................................................................B-76
Issue 24.    Very Large Oil Spill Assumptions ...........................................................................B-81
Issue 25.    Oil Spill Impacts ...................................................................................................B-83
Issue 26.    Spill Prevention, Response, and Cleanup ...............................................................B-86
Issue 27.    Energy Policy Considerations .................................................................................B-90
Issue 28.    Other Comments on the Liberty DPP Draft EIS/Miscellaneous Comments .................B-92

**APPENDIX C – MITIGATION MEASURES**
**Introduction** ................................................................................................................... **C-1**
    C-1      Lease Stipulations ................................................................................ C-1
    C-2      Design Features and Best Management Practices Committed to by the Operator ........ C-1
    C-3      Requirements of Cooperating Agencies, including State Agencies ............................. C-5
    C-4      Additional Mitigation Measures Proposed in the Liberty DPP EIS .............................. C-10

## Other Pertinent Documents (posted at https://www.boem.gov/liberty/)

— Air Quality Analysis Methodology

— Baseline Human Health Summary

— Wetlands Delineation Report

— Lease Stipulations

— Marine Mammal Emergency Response Standards

— Archaeology Resources

Case 3:20-cv-00290-SLG   Document 28-14   Filed 01/15/21   Page 14 of 18

Ex. 13, p. 13

developing, transporting, refining, and consuming other energy sources in lieu of oil from the Liberty prospect in order to meet future energy demands.

**Estimated Oil Recovery**. BOEM's calculation of lifecycle GHG emissions is based on a reasonable estimate of the amount of oil that would be produced under the Proposed Action (i.e., 125 million barrels [MMbbl]). The sole reference to 167 MMbbl of recovery contained within Hilcorp's DPP appears to be a typo or simple arithmetic error. Applying the estimated 55% recovery rate to the estimated 230 MMbbl present in the Liberty reservoir yields a recovery of 126.5 MMbbl, which is consistent with the other estimates contained within the DPP and with what BOEM assumed in its environmental impacts analysis.

**Discrepancy in Lifecycle GHG Emissions Volumes.** Public comments identified a discrepancy between the estimated lifecycle GHG emissions reported in Section 4.2.4 of the Draft EIS and those presented in Table 4.2.4-2 of the Draft EIS. This discrepancy has been corrected in the Final EIS.

**Market Substitution.** Market forces dictate that if oil were not produced from the Liberty prospect, energy would be procured from other sources to keep energy supplies in step with energy demand. BOEM's analysis accounts for this concept, known as market substitution. Changes in energy consumption patterns are estimated using BOEM's energy market simulation model, MarketSim (Industrial Economics Inc. 2015). MarketSim was used to evaluate substitutions in the 2017–2022 Program economic analysis. This model simulates end-use domestic consumption of oil, natural gas, coal, and electricity in four sectors; primary energy production; and the transformation of primary energy into electricity. MarketSim mostly represents U.S. energy markets, but also captures interaction with world energy markets as appropriate. To account for substitution between different sources of energy, the model calculates equilibrating prices for oil, natural gas, coal, and electricity based upon the expected increase in OCS production of oil and gas.

The estimated lifecycle GHG emissions associated with the No Action Alternative reflect the lifecycle GHG emissions associated with the other fuels (anticipated to be primarily oil imports, along with a mix of natural gas, renewables, and coal) that would be produced and consumed in lieu of oil from the Liberty prospect. Comments asserting that the Final EIS assumes "perfect" substitution are incorrect. BOEM does not assume that market substitution would occur on a 1:1 basis or entail the exact same type of energy. Instead, BOEM's MarketSim model provides a more nuanced and realistic estimate of how market substitution would work and how much lifecycle GHG emissions would likely result from substitute energy sources. BOEM's model adopts assumptions from the U.S. Energy Information Administration (EIA)—the primary federal government authority on energy statistics and analysis—and from economics literature. These assumptions help BOEM estimate where substitute sources of oil and gas would come from (i.e., oil and gas production from state submerged lands, onshore domestic production, international imports) and the other types of energy sources that would be utilized to help energy supplies keep pace with demand (i.e., coal, biofuels, nuclear, renewable energy). Estimating this mix of substitute energy sources is important because each substitute energy source entails a different capacity to produce lifecycle GHG emissions over the course of its production, transportation, refining, and/or consumption. For instance, OCS oil typically produces more lifecycle GHG emissions per unit of energy than nuclear and renewable energy, but less than coal or imported oil (which typically entails higher production and transportation emissions). BOEM's model also estimates and accounts for the marginal increase in conservation measures and the marginal reductions in energy consumption that would be expected to result from higher oil prices in the absence of new OCS oil production.

Many commenters found the results of BOEM's analysis to be counterintuitive, questioning how the No Action Alternative (i.e., not producing oil from Liberty) could result in higher GHG emissions

AR276204

than the Proposed Action (i.e., producing oil from Liberty). At the risk of oversimplification, these model results reflect the fact that if oil is not obtained from the OCS, similar amounts of energy will be derived from other sources to help supply keep pace with demand, particularly in the near term, and, on balance, these substitute sources (largely imported oil) entail higher lifecycle GHG emissions than OCS sources. The marginal increase in GHG emissions associated with these substitute sources is slightly greater than the marginal decrease in GHG emissions associated with reduced consumption.

**Forecasting Future Energy Demand.** The Reference Case provided in the Annual Energy Outlook (AEO) prepared by the EIA provides the best available baseline for analysis of future oil and gas demand. Despite the urging of several commenters, BOEM does not see a compelling reason to depart from the federal government's own expert forecasting of these issues.

It is acknowledged that the 2016 AEO Reference Case analysis only projected energy demand through 2040, whereas BOEM's model for estimating lifecycle GHG emissions estimates impacts occurring through 2070. BOEM accounted for this discrepancy when designing its model by extrapolating EIA's Reference Case to address these later years. This approach was simple and reasonable—EIA's Reference Case already reverts to near linear assumptions (e.g., 0.5% growth in consumption annually) in the later years approaching 2040, and this assumption was easily extrapolated to cover the subsequent years. BOEM also notes that the inherent uncertainty in the makeup of energy markets between 2040 and 2070 is of limited relevance to this Final EIS, which analyzes a specific project that is expected to conclude within 25 years. For these reasons, additional information regarding energy demand in the distant future is simply not essential to a reasoned choice among alternatives in this Final EIS.

The EIA acknowledges that its 2016 AEO Reference Case projection is predicated upon existing laws, policies, and technologies, and does not speculate about how laws, policies, and technologies may change in the near or distant future. These characteristics help make the EIA forecast an appropriate baseline for the objective analysis of future impacts. The availability of alternative energy consumption projections (such as the model developed by the Stockholm Environment Institute), which assume various changes to current energy policy and/or different levels of reliance on renewable sources, is noted. However, BOEM finds no compelling reason to utilize any of these more speculative projections over the EIA's independent, expert forecast.

**Modelling Limitations.** BOEM acknowledges that there are limitations to its methodology for calculating lifecycle GHG emissions in this Final EIS. Some of these limitations are inherent to the model designed and utilized by BOEM. A list of key assumptions incorporated into BOEM's model, along with explanations of why those assumptions are reasonable, is provided in Section 7 of Wolovsky and Anderson 2016. Several more specific responses to comments which criticize particular modelling assumptions are provided under separate subheadings within this issue category.

Other limitations stem from BOEM's use of a model originally designed to inform a programmatic, nationwide analysis (i.e., the National OCS Leasing Program) for the purpose of a project-specific review. While BOEM incorporated project-specific information into its analysis wherever possible (e.g., estimated GHG emissions from Hilcorp's proposed development and production activities), in some instances BOEM lacked reliable project-specific information and instead utilized nationwide or global averages as reasonable proxies (e.g., average GHG emission rates from transportation, refining, and consumption of OCS oil, and the composition of substitute energy sources).

Readers and the decision-maker should bear in mind that estimating lifecycle GHG emissions is an inherently complex endeavor requiring the consideration of many variables and the development of

AR276205

many assumptions. Each of the assumptions incorporated into BOEM's model and applied in this project-specific analysis was developed by BOEM physical scientists and economists based on their best professional judgment using the best available science. Some of these assumptions may suggest a tendency to overstate the potential for GHG emissions, while others may suggest a tendency to understate the potential for GHG emissions. One hundred percent accuracy in these matters is not possible, much less anticipated by BOEM or implied in this Final EIS. However, BOEM is confident that the estimated lifecycle GHG emissions provided in the Final EIS represent a reasonable approximation of what is likely to occur under each alternative.

**Marginal Changes in Foreign Consumption.** Comments that BOEM's model does not account for any decrease in foreign emissions that may occur under the No Action Alternative are correct. BOEM makes this limitation clear in its summary of the model (Wolvovsky and Anderson 2016). That summary further explains why quantitatively estimating the marginal decrease in foreign emissions that may occur under the No Action Alternative is not feasible.

Context suggests that any change in foreign oil consumption resulting from the pending decision on the Liberty DPP would be relatively small. Since the amount of oil that could be produced at the Liberty DPP represents a very small fraction of the amount of oil comprising the global market, the decision on whether to proceed with the Liberty project could only have a negligible impact on worldwide oil prices and, as a result, only a negligible impact on foreign consumption and emissions levels. Even if BOEM could reliably estimate these marginal differences (which it cannot, given the lack of reliable information on foreign emissions factors and consumption patterns), such estimates would not change the end results of BOEM's analysis to a meaningful extent. Thus, BOEM finds that the lack of information concerning marginal changes to foreign emissions is not essential to a reasoned choice among the alternatives analyzed in this Final EIS.

**Monetizing Impacts from GHG Emissions.** Section 4.4.2.1 of the Final EIS presents an updated analysis of monetized impacts from GHG emissions associated with the action and No Action alternatives. These updates, which include additional estimates based on methods consistent with the Office of Management and Budget (OMB) Circular A-4, represent BOEM's response to comments criticizing the use of the recently rescinded Social Cost of Carbon protocol as a tool for monetizing GHG impacts in the Draft EIS.

Several commenters anticipated the use of OMB Circular A-4 in the Final EIS and recommended certain adjustments to its underlying methodologies and assumptions (e.g., different carbon prices, discount rates, and geographic scope). BOEM does not see any compelling reason to deviate from the methodologies and assumptions underpinning OMB Circular A-4, which has been peer reviewed and has been widely accepted for more than a decade as embodying the best practices for conducting this type of analysis. Adopting other methodologies and assumptions may compromise analytical rigor and would render BOEM's analysis inconsistent with those being produced by other federal agencies.

BOEM also declines to provide a separate estimate of the social cost of methane. Methane emissions are already accounted for in BOEM's analysis of lifecycle GHG emissions, and have been included in the carbon dioxide equivalent calculation to ensure an appropriate comparison. These collective estimates are a scientifically sound method to permit a reasoned choice amongst alternatives.

**Linking GHG Emissions to Specific Climate-Change Related Impacts.** Climate change is a global phenomenon. While GHG emissions from all over the world contribute to climate change, there exists no scientific basis for attributing specific or localized climate change-related impacts (e.g., impacts on polar bears, whales, seals, or the Boulder Patch) to any specific source of GHG emissions. The Final EIS acknowledges that the Proposed Action would contribute to climate change, and estimates direct

and indirect GHG emissions associated with the Proposed Action as a reasonable proxy for the degree of that contribution. However, BOEM declines to engage in baseless speculation about which climate change-related impacts would be attributable to GHG associated with the Liberty project.

**Conformity with Various Policy Objectives.** BOEM disagrees with the notion that producing oil from the Liberty prospect would preclude the world from meeting GHG reduction goals and would "lock in" specific negative effects associated with climate change. There is a finite amount of oil in the Liberty prospect and it is not enough to demonstrably influence the adverse effects associated with climate change (in the action area or anywhere else) on its own.

Several public comments categorize oil source in binary terms (e.g., Arctic versus non-Arctic, offshore versus onshore, discovered versus undiscovered) and argue that producing oil of a certain type is incompatible with meeting various global GHG emissions goals. Such labels are of limited importance when analyzing potential climate change impacts from any specific project because they do not speak to the resource's capacity to emit GHGs if produced and consumed. There is no valid scientific reason to categorically distinguish between Arctic and non-Arctic resources, for instance, when analyzing potential lifecycle GHG emissions and the resulting contribution to climate change in an EIS. While foregoing development of a certain category of oil could be one strategy of limiting global emissions and thereby curbing additional climate change impacts, it is not the only strategy. In fact, developing that oil could actually have a net benefit to climate policy objectives in the near term if such production displaces consumption of other resources such as coal or imported oil that entail relatively higher GHG emissions. Any objective analysis of a potential resource's contribution to global GHG emissions must account for this market substitution effect.

**Ocean Acidification.** The concept of ocean acidification is explained in Chapter 3 of the Final EIS and incorporated into the effects analyses for relevant environmental resources in Chapters 4 and 5 of the Final EIS.

**Black Carbon.** Black carbon emissions are a subset of PM2.5 and PM10, which are estimated in Section 4.2.4. It is not possible to precisely delineate the percentage of PM2.5 and PM10 emissions that would take the form of black carbon. However, the Final EIS responds to public comments by providing additional, qualitative analysis of the potential for project-related black carbon to impact the local environment.