# EXHIBIT 12

Case 3:20-cv-00290-SLG   Document 28-16   Filed 01/15/21   Page 1 of 10

AR268911

# National Petroleum Reserve-Alaska

## FINAL

## Integrated Activity Plan/ Environmental Impact Statement

### Volume 1
Abstract, Executive Summary, Chapters 1-3

Prepared by:

U.S. Department of the Interior
Bureau of Land Management
Anchorage, Alaska

In cooperation with:

North Slope Borough
U.S. Bureau of Ocean Energy Management
U.S. Fish and Wildlife Service

November 2012

Table 4-13. Estimated surface disturbance for undiscovered oil and gas-related activities under each alternative*

| Facility | Alternative A | | | Alternative B-1 | | | Alternative B-2 Preferred Alternative | | | Alternative C | | | Alternative D | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. | Disturbance (acres) Short term | Disturbance (acres) Long term | No. | Disturbance (acres) Short term | Disturbance (acres) Long term | No. | Disturbance (acres) Short term | Disturbance (acres) Long term | No. | Disturbance (acres) Short term | Disturbance (acres) Long term | No. | Disturbance (acres) Short term | Disturbance (acres) Long term |
| Oil exploration wells[1] (6 acres each) | 30 | 180 | <1 | 16 | 96 | <1 | 20 | 120 | <1 | 30 | 180 | <1 | 30 | 180 | <1 |
| Gas exploration wells[1] (6 acres each) | 68 | 408 | <1 | 48 | 288 | <1 | 56 | 336 | <1 | 92 | 552 | <1 | 98 | 588 | <1 |
| Oil delineation wells[2] (6 acres each) | 30 | 180 | <1 | 16 | 96 | <1 | 20 | 120 | <1 | 30 | 180 | <1 | 30 | 180 | <1 |
| Gas delineation wells[2] (6 acres each) | 68 | 408 | <1 | 48 | 288 | <1 | 56 | 336 | <1 | 92 | 552 | <1 | 98 | 588 | <1 |
| Central processing facility (oil)[3] (40 acres each) | 11 | 440 | 440 | 8 | 320 | 320 | 8 | 320 | 320 | 11 | 440 | 440 | 11 | 440 | 440 |
| Gravel production pad (oil)[3] (10 acres each) | 3 | 30 | 30 | 1 | 10 | 10 | 1 | 10 | 10 | 2 | 20 | 20 | 3 | 30 | 30 |
| Gravel production pad/cpf/gas compressor facility (Nonassociated gas)[4] (10 acres each) | 27 | 270 | 270 | 19 | 190 | 190 | 21 | 210 | 210 | 39 | 390 | 390 | 42 | 420 | 420 |
| Gravel production pad (Nonassociated gas)[4] (6 acres each) | 60 | 360 | 360 | 42 | 252 | 252 | 42 | 252 | 252 | 94 | 564 | 564 | 103 | 618 | 618 |

# National Petroleum Reserve-Alaska

## FINAL

## Integrated Activity Plan/ Environmental Impact Statement

**Volume 5**
Chapters 5 and 6

Prepared by:

U.S. Department of the Interior
Bureau of Land Management
Anchorage, Alaska

In cooperation with:

North Slope Borough
U.S. Bureau of Ocean Energy Management
U.S. Fish and Wildlife Service

November 2012

## How the IAP/EIS is Organized

**VOLUME 1**

    **Chapter 1** – Introduction: Summarizes the purpose of and need for this IAP/EIS and decisions to be made.

    **Chapter 2** – Alternatives: Describes and compares proposed management alternatives.

    **Chapter 3** – Affected Environment: Presents existing natural and socioeconomic resources in the NPR-A and trends, including those associated with climate change.

**VOLUME 2**

    **Chapter 4** – Environmental Consequences (sections 4.1 – 4.4): Provides the assumptions upon which the impact analysis rests and evaluates impacts of Alternatives A and B-1 on resources and uses in the NPR-A relevant to making a decision among the alternatives.

**VOLUME 3**

    **Chapter 4** – Environmental Consequences continued (sections 4.5 – 4.7): Evaluates impacts of Alternatives B-2 (preferred alternative), C, and D on resources and uses in the NPR-A relevant to making a decision among the alternatives.

**VOLUME 4**

    **Chapter 4** – Environmental Consequences continued (sections 4.8 – 4.13): Evaluates the cumulative impacts on resources and uses in the NPR-A and other effects relevant to making a decision among the alternatives.

**VOLUME 5**

    **Chapter 5** – Consultation and Coordination: Describes public and government (including tribal) consultation undertaken for this plan and the development of alternatives and lists the plan's preparers.

    **Chapter 6** – Comments and Responses: Presents public comments on the Draft IAP/EIS and responses to the comments.

**VOLUME 6**

    **Appendix A:** ANILCA Section 810 Analysis of Subsistence Impacts

    **Appendix B:** Federal, State, and Local Permits and/or Approvals for Oil and Gas Exploration, Development, and Production Activities

    **Appendix C:** NPR-A Climate Change Analysis: An Assessment of Climate Change Variables in the National Petroleum Reserve in Alaska

    **Appendix D:** Essential Fish Habitat

    **Appendix E:** Common, Scientific and Iñupiaq Names of Species Listed in the IAP/EIS

    **Appendix F:** BLM Sensitive Species List for Alaska

    **Appendix G:** Information, Models, and the Assumptions Used to Analyze the Effects of Oil Spills

    **Appendix H:** Air Quality Related Values and Dispersion Modeling Results

    **Glossary and Bibliography**

**VOLUME 7**

    **Maps**

# National Petroleum Reserve-Alaska

## FINAL

### Integrated Activity Plan/ Environmental Impact Statement

**Volume 5**
Chapters 5 and 6

Prepared by:

U.S. Department of the Interior
Bureau of Land Management
Anchorage, Alaska

In cooperation with:

North Slope Borough
U.S. Bureau of Ocean Energy Management
U.S. Fish and Wildlife Service

November 2012

## How the IAP/EIS is Organized

**VOLUME 1**

**Chapter 1** – Introduction: Summarizes the purpose of and need for this IAP/EIS and decisions to be made.

**Chapter 2** – Alternatives: Describes and compares proposed management alternatives.

**Chapter 3** – Affected Environment: Presents existing natural and socioeconomic resources in the NPR-A and trends, including those associated with climate change.

**VOLUME 2**

**Chapter 4** – Environmental Consequences (sections 4.1 – 4.4): Provides the assumptions upon which the impact analysis rests and evaluates impacts of Alternatives A and B-1 on resources and uses in the NPR-A relevant to making a decision among the alternatives.

**VOLUME 3**

**Chapter 4** – Environmental Consequences continued (sections 4.5 – 4.7): Evaluates impacts of Alternatives B-2 (preferred alternative), C, and D on resources and uses in the NPR-A relevant to making a decision among the alternatives.

**VOLUME 4**

**Chapter 4** – Environmental Consequences continued (sections 4.8 – 4.13): Evaluates the cumulative impacts on resources and uses in the NPR-A and other effects relevant to making a decision among the alternatives.

**VOLUME 5**

**Chapter 5** – Consultation and Coordination: Describes public and government (including tribal) consultation undertaken for this plan and the development of alternatives and lists the plan's preparers.

**Chapter 6** – Comments and Responses: Presents public comments on the Draft IAP/EIS and responses to the comments.

**VOLUME 6**

**Appendix A:** ANILCA Section 810 Analysis of Subsistence Impacts

**Appendix B:** Federal, State, and Local Permits and/or Approvals for Oil and Gas Exploration, Development, and Production Activities

**Appendix C:** NPR-A Climate Change Analysis: An Assessment of Climate Change Variables in the National Petroleum Reserve in Alaska

**Appendix D:** Essential Fish Habitat

**Appendix E:** Common, Scientific and Iñupiaq Names of Species Listed in the IAP/EIS

**Appendix F:** BLM Sensitive Species List for Alaska

**Appendix G:** Information, Models, and the Assumptions Used to Analyze the Effects of Oil Spills

**Appendix H:** Air Quality Related Values and Dispersion Modeling Results

**Glossary and Bibliography**

**VOLUME 7**

**Maps**

**COMMUNICATION NUMBER 26**
**Pamela Miller, Arctic Program Director**
**Northern Alaska Environmental Center**

Mr. Bud Cribley, BLM State Director
NPR-A IAP/EIS Comments
c/o AECOM Project Office
1835 South Bragaw Street, Suite 490
Anchorage, AK 99508
via BLM webform
Cc: jducker@blm.gov

RE: Comments on draft National Petroleum Reserve-Alaska Integrated Activity Plan/ Environmental Impact Statement

Dear Mr. Cribley:

On behalf of the Northern Alaska Environmental Center and our members, we thank you for this opportunity to provide scoping comments in response to your public notices [1] on the draft Integrated Activity Plan and Environmental Impact Statement (draft Plan) for the National Petroleum Reserve-Alaska (Reserve).

This letter expands upon our comments at the Fairbanks and Anchorage hearings, and augments the group technical letter that The Wilderness Society submitted on our behalf today.

The Northern Center is a regional grassroots non-profit organization based in Fairbanks with over 1,500 members most of whom live in Alaska. Since 1971, we have has promoted conservation of the environment and sustainable resource stewardship in Interior and Arctic Alaska through education and advocacy. Our organization has had a longstanding interest in the Reserve involving review of oil and gas activities, studies, plans, and environmental assessments, and conservation initiatives. Many of our members have great familiarity with this area as scientists, wilderness guides, subsistence users, birdwatchers, hunters, fishermen, dogsledders, rafters, kayakers and canoeists, snowmachiners, pilots, photographers, among those who have experienced and traveled the area. Many members and other residents spoke at the public hearing Fairbanks and will write more eloquently than we do here about these remarkable wildlands, wetlands, rivers and coasts still largely intact with ancient trails of animals and people still so vital to northern Alaskans today and flyways that connect this place to millions of Americans.

We appreciate BLM's ambitious planning effort for the entire National Petroleum Reserve-Alaska (Reserve) that is the first to encompass management for the full range of values -- including wildlife habitats, subsistence, wild rivers, wilderness characteristics, and recreation - across this broad swath of public lands in the Western Arctic.

As we consider the draft NPR-A Integrated Activity Plan/ Environmental Impact Statement (hereafter, "Draft Plan," we recognize that further oil and gas exploration and development will occur in some places in the Reserve, and find that a balanced approach is needed for the management that protects the most ecologically sensitive and culturally vital areas.

Today, there already exist more than 1.4 million acres of the Reserve under active lease and nearly 3 million acres in active State of Alaska leases on their lands between the Colville and Canning Rivers including dozens of oil fields around Prudhoe Bay (see Attachment - Map, Oil and Gas Leasing on Alaska's North Slope).

The ecological integrity of the North Slope is at serious risk from unplanned, piecemeal and damaging development. The most biologically rich and well known wildlife and wilderness values of the Reserve are not permanently protected. This lack of enduring conservation commitments that achieve maximum protection for special areas, also reduces our opportunity

to establish ecological baselines from which we can evaluate long-term impacts from expanding industrial infrastructure and separate these from other environmental effects like climate change.

We urge BLM to select Alternative B, for balance, as the preferred alternative for the final Plan. It is the only alternative that provides effective and reliable conservation measures to protect fish, wildlife and their habitats to ensure balanced management of the NPR-A, consistent with federal law. This alternative provides for 11 million acres for oil and gas leasing and development in other parts of the Reserve not within the existing and proposed Special Areas.

Alternative B is the only one in the Draft Plan that protects the Teshekpuk Lake Special Area from oil and gas leasing and development by making this area unavailable for leasing [2]. Alternative B also provides meaningful protections for the expanded Teshekpuk Lake Special area to encompass also the key wetlands Dease Inlet wetlands, expanded Utukok River Uplands Special Area which includes vital habitats in the DeLong Mountains and foothills, the Upper Colville River Special Area, and the coastal areas of Kasegaluk Lagoon and the new Peard Bay Special Areas. The protections include making most of these Special Areas unavailable for leasing, along with vital protections from permanent oil and gas infrastructure.

All of the other Alternatives are not balanced. Alt. C is a repeat of the Bush Administration's plan in the No Action Alternative A with respect to leasing in the Teshekpuk Lake Special Area and across the northern Reserve with respect to the areas that would be dedicated to oil and gas leasing. Once the hard-won deferral ends, all of the Teshekpuk Lake wetlands critical to brant and other geese, migratory birds, and caribou calving and insect relief would be opened to leasing and development. The Teshekpuk Lake wetlands are among the most important in the entire Arctic. There is no new science that would justify this decision, and the complicated leasing plan – the same as was put forward by the Bush Administration and will expire at the end of the leasing deferral in 2018 -- will only result in the fragmentation and degradation of critical wildlife habitats.

Looking across the rest of the Reserve, Alternative C's provisions are not even "moderate" as they would open to leasing and development most of the existing Utukok River Uplands Special Area including the most concentrated calving habitat for the Western Arctic Caribou Herd – the very values for which it was dedicated as an Special Area and deserving maximum protection as Congress set out by law. A broad approach to managing critical habitats for caribou is needed due to the requirements for large range areas. As the NPR-A Task Force (1978) noted:

"Caribou survive best where they can wander unhindered over a large range. Particularly important to survival of caribou is an untrammeled area such as the Utukok River uplands where snow cover is minimal in the early spring. Here caribou can utilize the exposed forage which is a source of energy needed for calving." [3]

There should be no leasing of oil and gas or coal bed methane or permanent infrastructure, including roads and pipelines, within the primary calving and insect relief habitats and migration routes of the Western Arctic and Teshekpuk Lake caribou herds. **[26.001]** The area used by caribou over the long-term, not just since radio-collaring of animals, should be included, as well as considerations for more expansive areas that may be necessary due to climate change. We are especially concerned about Alternative C's proposal to open even the most biologically significant areas with the recommend, and Alt. D's plan to allow oil and gas leasing throughout the entire South planning. This would be a huge change that instead of providing precautionary management for this area -- both distant from the existing oil and gas field industrial complex and low in oil and gas potential – it would contravene the mandates for maximum protection of special areas.

Furthermore, road or pipeline corridors to a port on the Chukchi Sea coast would cut across seasonal caribou migration routes, impeding access to insect-relief areas and movements between calving and wintering areas.

We support Alternative B's nomination of 12 Wild and Scenic Rivers: **[Preamble 26.002]** The Upper Colville River, the Nigu, Etivluk, Ipnavik, Kuna, Kiligwa, Nuka, Awuna, Kokolik, and Utukok rivers and Driftwood and Carbon Creeks because they are the wildest rivers in the Reserve, provide great wild lands recreational experiences due to their remoteness and naturalness, and because of the vitality of these river corridors to the broader ecosystem supporting the Western Arctic Caribou herd, and bears, wolves, and wolverines. It is also a tool to better protect subsistence resources. **[26.002]** While most of these rivers are already known by their Inupiat names, we suggest that those original names be restored to the rest. Later in this letter we provide more information about outstandingly remarkable values of these rivers for wildlife, recreation, wilderness, scenery, and culture and why they warrant recommendation in the final plan as Wild Rivers. This would be an important designation, in addition to the priority allocation of Special Area lands to be unavailable for leasing in Alternative B.

We are encouraged by Alternative B as a means that can best provide effective protection for the nationally and internationally recognized wildlife habitats, wild rivers, cultural resources and wilderness found in the Reserve. A balanced approach in the Reserve, by definition, means an approach that gives equal consideration to all values not just resource development values. To date the BLM has failed dramatically to fulfill its multiple use mandate and statutory requirements to provide maximum protection and prevent undue degradation to the important ecological and cultural resources of the Reserve. We are encouraged that this NPR-A wide plan can shift the balance within the Reserve to provide stronger protection for surface values and provide the basis for enduring protection for significant special areas.

Healthy, productive ecosystems are fundamental for ensuring a sustainable economy for Alaska and maintaining the quality of our life style shared and valued by all Alaskans. Since the Arctic is on the frontline of global warming impacts, there is special urgency for reducing greenhouse gas emissions by developing substantial renewable energy sources and efficiency and making the transition from developing and burning fossil fuels.

We look forward to playing an active role in the planning process, and encourage you to contact us.

Sincerely,

Pamela A. Miller
Arctic Program Director

Attachments:

I. Wild and Scenic River Review – Detailed analysis and descriptions of additional values to support recommendations as set out in Alternative B
II. Map Appendix: