# EXHIBIT 13

Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, U.S. FISH & WILDLIFE SERVICE, U.S. DEPARTMENT OF THE INTERIOR, DAVID BERNHARDT, in his official capacity as Secretary of the Interior, and CHAD PADGETT, in his official capacity as State Director for the Bureau of Land Management Alaska,<br><br>Defendants, | No.: 3:20-cv-00290-SLG |

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG                  1

# DECLARATION OF HARRY K. BROWER, JR.

I, Harry K. Brower, Jr., hereby declare and affirm as follows:

1. I make this declaration in support of ConocoPhillips Alaska, Inc.'s ("ConocoPhillips") opposition to the motion for preliminary injunction filed by the plaintiffs in the above-captioned matter. I have personal knowledge of the matters stated below, and I am authorized and competent to make this declaration.

2. I am the Mayor of the North Slope Borough. I was elected to this position in a special election in 2016, and reelected in 2017 and again in 2020. Prior to this position, I held the position of Deputy Director of the Borough's Department of Wildlife Management.

3. The Borough is a Home Rule Borough that serves as the regional government for eight villages spread across northern Alaska. The Borough has authority over the planning, platting, permitting, and zoning of lands within its boundaries, and is responsible for, or engaged, in environmental protection and wildlife management.

4. Over 74 percent of Borough residents are Native Alaskan Iñupiat. The Iñupiat and other indigenous peoples of the region have depended on the subsistence resources of the North Slope lands and waters for their physical health, cultural well-being, and survival for many generations.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

5. As the Borough's Mayor, I am vested with the executive and administrative responsibilities over the Borough. These responsibilities include supervising and executing enforcement of Borough laws and executing all other responsibilities or duties specified in the North Slope Borough Charter or lawfully prescribed by the Borough Assembly. In part, the Mayor's office is responsible for the management of all lands under the Borough's jurisdiction and for directing appropriate development in a manner that promotes the public health, safety, welfare, and economic stability of Borough residents and communities.

6. At the invitation of the United States Bureau of Land Management ("BLM"), the Federal agency responsible for leasing portions of the National Petroleum Reserve – Alaska ("NPR-A") for oil and gas exploration and development, the Borough participated as a cooperating agency in the development of the Environmental Impact Statement ("EIS") for the Willow Master Development Plans ("Willow MDP"), which is the subject of this litigation. The Borough submitted a comment letter on the Willow MDP dated October 29, 2019, expressing support for the project but also expressing concerns about potential impacts on subsistence and identifying aspect of the proposed development meriting special attention to protect subsistence. In a later comment letter dated March 4, 2020, the Borough expressed appreciation for project changes that mitigated potential impacts of subsistence. These project changes included elimination of

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG    3

an offshore island for module delivery and addition of up to three boat ramps for subsistence access. The Borough also reiterated its support for the development.

7. The Borough's primary source of revenue is taxes levied on oil and gas infrastructure. For example, in 2016, the Borough received approximately $373 million in oil and gas property taxes, accounting for 97 percent of the $386 million in total property taxes collected by the Borough that year. These tax revenues are of significant economic benefit to the Borough and have contributed funds that allow the Borough to employ many of our residents and provide essential services to our eight communities, such as education, health (including clinics in each village, hospitals, and increase sanitation), wildlife management, infrastructure and utilities (including reliable sewer, water, and heat), and emergency services (including the Borough's Department of Search and Rescue, which maintains four aircraft that conduct medevac and search and rescue operations throughout the North Slope.)

8. The BLM estimates that the Willow MDP over the life of the development will provide $1.2 billion in North Slope Borough property tax, and $2.6 billion in royalty revenue sharing available to fund the NPR-A Impact Grant Program, which makes grants available to North Slope Borough municipalities, including both the Borough and incorporated cities. These additional resources provide important future revenue streams to maintain and improve public institutions the quality of life in the North Slope Borough.

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG 4

9. At a meeting on January 15, 2021, the North Slope Borough Assembly adopted ordinance 76-06-75, approving the rezoning of lands from the Conservation District to the Resource Development District specifically to allow the Willow project to begin construction during the 2021 winter construction season.

10. As described above and for the reasons set forth above, the North Slope Borough Assembly support the Willow MDP as a project that serves the public interest. In my judgment as Mayor, delaying construction of the Willow project would increase the risk that the project might not proceed or that the public benefits of the project would be delayed, neither of which would serve the best interest of the North Slope Borough and its residents.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED:

01/15/21

*Harry Brower*
HARRY K. BROWER, JR.
Mayor, North Slope Borough

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG          5