# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: District of Alaska

U.S. District Court case number: 3:20-cv-00290-SLG

Date case was first filed in U.S. District Court: 11/17/2020

Date of judgment or order you are appealing: 02/01/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☑ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Sovereign Iñupiat for a Living Arctic, Alaska Wilderness League, Defenders of Wildlife, Northern Alaska Environmental Center, The Sierra Club, and The Wilderness Society

Is this a cross-appeal? ☐ Yes  ☑ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes  ☑ No

If Yes, what is the prior appeal case number?

Your mailing address:

Trustees for Alaska

1026 W. Fourth Avenue, Suite 201

City: Anchorage   State: AK   Zip Code: 99501

Prisoner Inmate or A Number (if applicable):

**Signature** s/Bridget Psarianos   **Date** Feb 2, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Sovereign Iñupiat for a Living Arctic, Alaska Wilderness League, Defenders of Wildlife, Northern Alaska Environmental Center, The Sierra Club, and The Wilderness Society

Name(s) of counsel (if any):

Bridget Psarianos, Suzanne Bostrom, Brook Brisson, and Brian Litmans

Address: Trustees for Alaska, 1026 W. 4th Ave., Ste. 201, Anchorage, AK 99501

Telephone number(s): 907-433-2011, 907-433-2015, 907-433-2012, 907-433-2007

Email(s): bpsarianos@trustees.org, sbostrom@trustees.org, bbrisson@trustees.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Bureau of Land Management, U.S. Fish & Wildlife Service, U.S. Department of the Interior, U.S. Army Corps of Engineers, Scott de la Vega, Chad Padgett

Name(s) of counsel (if any):

Caitlin Cipicchio, Rickey Turner

Address: U.S. Department of Justice, P.O. Box 7611, Washington, D.C. 20044

Telephone number(s): 202-305-0503, 303-844-1373

Email(s): caitlin.cipicchio@usdoj.gov, rickey.turner@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**  Case 3:20-cv-00290-SLG   Document 45   Filed 02/02/21   Page 2 of 3   *New 12/01/2018*
                                         1

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

ConocoPhillips Alaska, Inc.

Name(s) of counsel (if any):

Ryan P. Steen, Jason T. Morgan, James C. Feldman

Address: 600 University Street, Suite 3600, Seattle WA 98101

Telephone number(s): 206-624-0900

Email(s): ryan.steen@stoel.com, jason.morgan@stoel.com, james.feldman@stoel.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6** Case 3:20-cv-00290-SLG   Document 45   Filed 02/02/21   Page 3 of 3   *New 12/01/2018*