Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org
blitmans@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et. al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., <br><br> Intervenor-Defendant. | Case No. 3:20-cv-00290-SLG |

**PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL, EXPEDITED CONSIDERATION REQUESTED**

## Ruling Requested by February 4, 2021

Pursuant to Federal Rule of Civil Procedure P. 62(d) and Federal Rule of Appellate Procedure 8(a)(1)(C), Plaintiffs, Sovereign Iñupiat for a Living Arctic, Alaska Wilderness League, Defenders of Wildlife, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society (collectively "Plaintiffs"), ask this Court to issue an injunction pending appeal of the court's Order Denying Motions for Preliminary Injunction entered on February 1, 2021 (ECF No. 44), granting the same relief requested in Plaintiffs' motion for preliminary injunction (ECF No. 17). Because of imminent construction activities associated with the Willow Master Development Plan (Willow), including gravel mining and road construction scheduled to begin this month, Plaintiffs respectfully request that a ruling on this motion be expedited.

ConocoPhillips Alaska, Inc. (ConocoPhillips) stated that construction work would commence as early as today (ECF Nos. 14, 27-4). ConocoPhillips stated it would begin ice road construction as soon as today, break ground at the Willow Mine Site Area on February 12, and begin gravel hauling and road construction on March 12 (ECF No. 27-4). As a result, irreparable harm is imminent.

An interlocutory appeal of the denial of the preliminary injunction motion was docketed on February 2, 2021 (ECF No. 45).

The standard for an injunction pending appeal is essentially the same as that for a preliminary injunction. *Lopez v. Heckler*, 713 F.2d 1432, 1435 (9th Cir. 1983) (citation

omitted). For all the reasons stated in Plaintiffs' Motion for a Preliminary Injunction, the Memorandum submitted in support thereof (ECF No. 17-1), Plaintiffs' Reply in Support of their Motion for a Preliminary Injunction Motion (ECF No. 40-1), and the attached declarations and exhibits (ECF Nos. 17-2 to 17-48, 40-2 to 40-6), Plaintiffs move the Court to issue an Injunction Pending Appeal on shortened time, by 4 p.m. on February 4, 2021. Plaintiffs request the Court enjoin all construction activities related to Willow for 21 days so that emergency relief can be sought and ruled on by the Ninth Circuit Court of Appeals while the *status quo* is maintained.

Respectfully submitted, this 2nd day of February, 2021.

    s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

## Certificate of Service

      I certify that on February 2, 2021, I caused a copy of the PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL, and [PROPOSED] ORDER to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

                                          s/ Bridget Psarianos
                                          Bridget Psarianos