Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al.,<br><br>         Plaintiffs,<br><br> v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>         Defendants,<br><br> and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>         Intervenor-Defendant. | No.: 3:20-cv-00290-SLG |

**CONOCOPHILLIPS' OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG        1

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

On February 1, 2020, this Court issued a detailed order rejecting the motion for preliminary injunction filed by Plaintiffs Sovereign Iñupiat for a Living Arctic, et al., ("SILA").[1] The Court found that SILA had not raised "serious questions" on its NEPA claims because it was "quite likely" that SILA had missed the deadline for filing such a claim.[2] The Court also found that SILA failed to demonstrate a likelihood of irreparable harm to polar bears from construction activities this winter.[3]

As a prerequisite to asking the Ninth Circuit to issue an injunction pending appeal on an emergency basis under Fed. R. App. P. 8(a)(1), and without identifying any error in the Court's order, SILA now asks the Court to "enjoin all construction activities related to Willow" while SILA pursues an interlocutory appeal.[4]

SILA's motion should be denied. SILA's present motion, reviewed under a similar standard applied to their motion for preliminary injunction,[5] requests "the same relief requested in Plaintiffs motion for preliminary injunction"[6] for the same "reasons stated in

---

[1] ECF No. 44.

[2] *Id*. at 22.

[3] *Id*. at 27.

[4] ECF No. 46 at 3.

[5] *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *see also Nken v. Holder*, 556 U.S. 418, 434 (2009) (discussing four-factor test); *Matter of Martz*, No. 3:20-CV-00152-SLG, 2020 WL 7034319, at *2 (D. Alaska Nov. 30, 2020).

[6] ECF No. 46 at 2.

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG                      2

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

Plaintiffs' Motion for Preliminary Injunction."[7] SILA offers no justification for why it is now entitled to the very relief that they were denied on Monday.[8] Because SILA's motion presents no new argument or evidence, the motion should be denied for the reasons set forth in the Court's Order denying the motions for preliminary injunction at docket 44. Denial of SILA's motion is further warranted because it has failed to identify any irreparable harm to any member from construction activities this winter, as articulated in ConocoPhillips Alaska, Inc.'s Opposition to Motion for Preliminary Injunction[9] and supporting declarations and exhibits.[10]

DATED: February 4, 2021.

STOEL RIVES LLP

By: /s/ Ryan P. Steen
Ryan P. Steen (Bar No. 0912084)
Jason T. Morgan (Bar No. 1602010)
James C. Feldman (Bar No. 1702003)

Attorneys for ConocoPhillips Alaska, Inc.

---

[7] *Id.* at 3.

[8] *See Ctr. for Biological Diversity v. Higgins*, 2014 WL 12029264 (E.D. Cal. Nov. 10, 2014) ("Since Plaintiffs' Motion for an Injunction Pending Appeal presents no new argument or evidence and is reviewed under the same legal standard as their prior motion for a preliminary injunction, the instant motion is denied for the reasons stated in the October 7, 2014 order denying Plaintiffs' motion for a preliminary injunction.").

[9] ECF No. 28.

[10] ECF Nos. 28-1 – 28-17.

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG     3

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:20-cv-00290-SLG who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| Brian Litmans | blitmans@trustees.org |
| Bridget Earley Psarianos | bpsarianos@trustees.org |
| Brook Brisson | bbrisson@trustees.org |
| Suzanne Bostrom | sbostrom@trustees.org |
| Caitlin Marie Cipicchio | ccipicchio@Enrd.usdoj.gov |
| Eric B. Fjelstad | efjelstad@perkinscoie.com |
| John Michael Ptacin | john.ptacin@alaska.gov |
| Rickey Doyle Turner, Jr | Rickey.Turner@usdoj.gov |
| Stacey M. Bosshardt | sbosshardt@perkinscoie.com |

*/s/ Ryan P. Steen*
Ryan P. Steen

109677396.1 0028116-00157

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG   4