Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org
blitmans@trustees.org

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>Intervenor-Defendant. | Case No. 3:20-cv-00290-SLG |

**MOTION TO STAY ADMINISTRATIVE RECORD MOTIONS**

Mot. to Stay Admin. R. Mots.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                                              Page 1 of 5

Case 3:20-cv-00290-SLG   Document 52   Filed 02/05/21   Page 1 of 5

Plaintiffs Sovereign Iñupiat for a Living Arctic, *et. al*, and Federal Defendants ("parties") respectfully submit this motion for a stay of any motions to supplement the administrative record, currently due on February 5, 2021, in light of the pending interlocutory appeal in this case. The parties propose filing a new schedule for addressing the administrative record on February 19, 2021. Counsel for Plaintiffs contacted Intervenor-Defendant ConocoPhillips Alaska, Inc. regarding this motion, and understand that ConocoPhillips opposes this motion and plans to file a response. ConocoPhillips opposes a stay but is not opposed to a two-week extension of the existing deadlines.

On February 1, 2021, the Court issued its Order Denying Motions for Preliminary Injunction and Temporary Restraining Order,[1] which Plaintiffs Sovereign Iñupiat for a Living Arctic et al. (Plaintiffs), have appealed.[2] Should an emergency motion for an injunction to the Ninth Circuit be necessary, Plaintiffs intend to request a decision regarding that motion by February 12, 2021, when ConocoPhillips intends to break ground at the gravel mine site.[3] The proposed date for filing a schedule regarding the administrative record will allow the parties to propose an appropriate schedule in light of

---

[1] ECF No. 44.
[2] Notice of Appeal, ECF No. 45.
[3] ConocoPhillips would begin ice road construction on February 2, 2021, break ground at the Willow Mine Site Area 2 on February 12, and begin gravel hauling and road construction on March 12, 2021. Brodie Decl., ECF No. 27-4.

cont…

Mot. to Stay Admin. R. Mots.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG           Page 2 of 5

Case 3:20-cv-00290-SLG   Document 52   Filed 02/05/21   Page 2 of 5

the outcome of this appeal.[4] Federal Defendants plan to modify the administrative record to account for the addition of the U.S. Army Corps of Engineers and additional claims in the amended complaint. The parties anticipate needing to modify the deadlines for any record review and challenges to account for the modified record.

This court has broad authority to stay proceedings. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Leyva v. Certified Grocers of Cal.*, 593 F.2d 857, 863–64 (9th Cir. 1979); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Three factors guide this Court's determination of whether a stay should be granted: (1) "the possible damage which may result from the granting of a stay," (2) "the hardship or inequity which a party may suffer in being required to go forward," and (3) "the orderly course of justice measured in terms of the simplifying or complicating issues, proof, and questions of law which could be expected to result from a stay." *CMAX*, 300 F.2d at 268. All three factors weigh in favor of granting the requested stay.

Any damage that would result from granting this limited stay would be minimal, given the short length of time of the proposed stay. Any decisions from the Ninth Circuit

---

[4] Plaintiffs conferred with parties in the related case, *Center for Biological Diversity et al v. Bureau of Land Management et al.*, 3:20-cv-00308-SLG, and understand they plan to propose the same schedule.

Mot. to Stay Admin. R. Mots.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG    Page 3 of 5

Case 3:20-cv-00290-SLG   Document 52   Filed 02/05/21   Page 3 of 5

Court of Appeals will likely influence the timing of next steps in this case. A stay would avoid immediate expenditure by the parties and the court of the resources needed to submit scheduling motions regarding the administrative record prior to a decision by the Ninth Circuit Court of Appeals.

Respectfully submitted, this 5th day of February, 2021.

    s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

RICKEY TURNER
Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
rickey.turner@usdoj.gov

/s/ Caitlin Cipicchio (with consent)
CAITLIN CIPICCHIO
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-305-0503

Mot. to Stay Admin. R. Mots.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                                   Page 4 of 5

202-305-0506 (fax)
caitlin.cipicchio@usdoj.gov

*Counsel for Federal Defendants*

### Certificate of Service

I certify that on February 5, 2021, I caused a copy of the MOTION TO STAY ADMINISTRATIVE RECORD MOTIONS to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case. Attorneys of record not registered in the CM/ECF system for this case will be served via electronic mail.

s/ Bridget Psarianos
Bridget Psarianos

Mot. to Stay Admin. R. Mots.
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                                                 Page 5 of 5

Case 3:20-cv-00290-SLG   Document 52   Filed 02/05/21   Page 5 of 5