# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>Intervenor-Defendant. | Case No. 3:20-cv-00290-SLG |

## [PROPOSED] ORDER GRANTING MOTION TO STAY ADMINISTRATIVE RECORD MOTIONS

Upon consideration of the Motion to Stay Administrative Record Motions, Docket No. 52, IT IS ORDERED that the Motion is GRANTED. The parties will jointly file a new proposed schedule for addressing the administrative record on February 19, 2021.

DATED this _____ day of February, 2021 at Anchorage, Alaska.

                                                HON. SHARON L. GLEASON
                                                United States District Judge