Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
Trustees for Alaska
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org
blitmans@trustees.org

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., <br><br> Intervenor-Defendant. | Case No. 3:20-cv-00290-SLG |

## NOTICE AND MOTION REGARDING THE SUPPLEMENT TO THE AGENCY RECORD AND SCHEDULE

Notice and Mot. re: Supplement to the Agency Record
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                        Page 1 of 6

Case 3:20-cv-00290-SLG   Document 60   Filed 02/22/21   Page 1 of 6

Plaintiffs and Federal Defendants respectfully submit this notice and motion to approve a modified schedule for the administrative record in this case. The court's order on the motion to stay required the parties to file any motions to supplement the administrative record and a briefing schedule no later than February 22, 2021. ECF No. 55. As of the date of this filing, Federal Defendants have only provided the administrative records from the Bureau of Land Management (BLM) and Fish and Wildlife Service (FWS). On January 20, 2021, Plaintiffs filed a supplemental complaint adding multiple claims against the U.S. Army Corps of Engineers (the Corps), which did not finalize its decision until December.[1] ECF No. 36. The Corps has not yet provided its administrative record in this case. This notice and motion sets out an update on the status of BLM's and FWS's administrative record and a timeframe for any motions practice related to the Corps' forthcoming administrative record.

Regarding the BLM's and FWS's administrative records, the parties conferred and resolved all disputes concerning the administrative records. Federal Defendants will file a supplement to complete those administrative records by March 12, 2021. For this reason, Plaintiffs do not anticipate filing a separate motion to supplement the BLM's or FWS's administrative records.

---

[1] Federal Defendants' answer to the amended complaint is due no later than March 12, 2021. ECF No. 58.

Notice and Mot. re: Supplement to the Agency Record
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG	Page 2 of 6

Separately, Federal Defendants anticipate being able to file the administrative record for the Corps on or before March 12, 2021. Plaintiffs and Federal Defendants[2] jointly request to modify the deadlines in Local Civil Rule 16.3 to adopt the following schedule to allow the parties to address the Corps' administrative record and ensure that any motions regarding the record are addressed prior to briefing on the merits:

1. Federal Defendants will file the Corps' administrative record on or before March 12, 2021.

2. Plaintiffs will inform Federal Defendants of any concerns with the Corps' administrative record on or before April 2, 2021 so that the parties may attempt to resolve disagreements regarding the content of the Corps' administrative record informally and amongst themselves.

3. If necessary, Plaintiffs will file any motion to supplement the Corps' administrative record on or before April 9, 2021.

4. If a motion is filed in accordance with paragraph 3 above, the deadline for any response to the motion shall be 30 days after service of the motion, and the deadline for any reply shall be 14 days after service of any responses.

---

[2] Intervenor-Defendant ConocoPhillips Alaska, Inc. opposes this motion and will file a response.

Notice and Mot. re: Supplement to the Agency Record
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG  Page 3 of 6

5. If no motion is filed in accordance with paragraph 3 above, Counsel for all parties will submit a joint motion or status report on or before April 16, 2021 proposing a briefing schedule for the merits.

Respectfully submitted, this 22nd day of February, 2021.

    s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

Attorneys for Plaintiffs

JEAN E. WILLIAMS
Acting Assistant Attorney General

/s/ Caitlin Cipicchio (consent)
Caitlin Cipicchio
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Email: caitlin.cipicchio@usdoj.gov
Telephone: (202) 305-0503
Mailing Address:
4 Constitution Square
150 M St. NE
Washington, DC 2002

/s/ Rickey D. Turner, Jr. (consent)
Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373

Notice and Mot. re: Supplement to the Agency Record
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                        Page 4 of 6

Case 3:20-cv-00290-SLG   Document 60   Filed 02/22/21   Page 4 of 6

rickey.turner@usdoj.gov

/s/ Michele L. Walter (consent)
Michele L. Walter
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1345
Michele.walter@usdoj.gov

*Attorneys for Federal Defendants*

Notice and Mot. re: Supplement to the Agency Record
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                       Page 5 of 6

Case 3:20-cv-00290-SLG   Document 60   Filed 02/22/21   Page 5 of 6

## Certificate of Service

I certify that on February 22, 2021, I caused a copy of the NOTICE AND MOTION REGARDING THE SUPPLEMENT TO THE AGENCY RECORD AND SCHEDULE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case. Attorneys of record not registered in the CM/ECF system for this case will be served via electronic mail.

s/ Bridget Psarianos
Bridget Psarianos

Notice and Mot. re: Supplement to the Agency Record
*Sovereign Iñupiat for a Living Arctic v. Bureau of Land Management*
Case No. 3:20-cv-00290-SLG                                    Page 6 of 6