# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　Defendants,<br><br>　　and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>　　　　Intervenor-Defendant. | Case No. 3:20-cv-00290-SLG |

## ORDER REQUESTING RESPONSE

Before the Court at Docket 66 is Plaintiffs' *Motion for Clarification and Reconsideration regarding the Supplement to the Agency Record and Schedule,* pursuant to Local Civil Rule 7.3(h). The Court requests Defendants and Intervenor-Defendant to file any response to the motion no later than **March 10, 2021**.

DATED this 8th day of March, 2021 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE