Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>Intervenor-Defendant. | No.: 3:20-cv-00290-SLG |

**CONOCOPHILLIPS ALASKA, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION AND RECONSIDERATION**

ConocoPhillips Alaska, Inc. ("ConocoPhillips") opposes Plaintiffs' request for reconsideration and clarification. The Court's scheduling order at Dkt. 65 balanced the

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG    1

need to move this case along expeditiously with the need to address claims unique to the U.S. Army Corps of Engineers ("Corps"), while maximizing efficiency by having related claims from Case No. 3:20-cv-308 (the "CBD" case) briefed on the same time frame. Specifically, the Court appropriately bifurcated Plaintiffs' Clean Water Act ("CWA") claims that are distinct from the claims in the CBD case, so that the largely identical claims in both cases under the National Environmental Policy Act ("NEPA") against the Bureau of Land Management ("BLM") and the Endangered Species Act ("ESA") against the U.S. Fish and Wildlife Service ("FWS") could proceed on an efficient parallel briefing schedule. There is no need to reconsider this reasonable decision.

Plaintiffs contend that the Court should scrap the efficient parallel briefing schedule with the CBD case on NEPA and ESA claims because Plaintiffs have also asserted NEPA claims against the Corps. Plaintiffs argue that it is more efficient to delay briefing on all of their claims to some-yet-to-be-identified future date and decouple the briefing schedule from the nearly identical claims in the CBD case. Plaintiffs claim that they will be prejudiced if they have to proceed to brief the NEPA claims against the Corps without first having a chance to (potentially) make a motion that the Corps' record is incomplete.

Plaintiffs' arguments are misplaced and reconsideration is not warranted for numerous reasons. Principally, the fatal flaw with all the NEPA claims in both cases is that Plaintiffs failed to comply with the 60 day statute of limitations in the Naval

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG 2

Petroleum Reserves Production Act.[1] Nothing in the Corps' administrative record will change the fact that Plaintiffs' lawsuit is untimely. There is no need to delay briefing to await a record for NEPA claims that fail as a matter of law.

Equally important, even if the Court addresses the merits of Plaintiffs' NEPA claims, Plaintiffs suffer no prejudice from the Court's scheduling order because Plaintiffs NEPA claims against the Corps are derivative of their NEPA claims against the BLM.[2] The BLM, not the Corps, authored the EIS, and thus whether or not the environmental impact statement ("EIS") takes a "hard look" (Count I), sets an adequate "baseline" (Count II), or considers an adequate "range of alternatives" (Count III),[3] will turn on the contents of the EIS, the Appendices to the EIS, and the BLM's administrative record.

Furthermore, even if there is some part of the Corps administrative record that is germane to the NEPA claims in this case, Plaintiffs will have a certified complete administrative record from the Corps on March 12, 2021, a full 30 days before Plaintiffs' summary judgment brief on the NEPA claims is due under the Court's schedule. Although it is conceivable, but unlikely, that there is some document germane to Plaintiffs' NEPA claims against the Corps that was inadvertently omitted from the

---

[1] *See* Dkt. 44.
[2] *See* Dkt. 36 ("Amended Complaint") at Counts I, II, and III.
[3] *Id*.

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG   3

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

administrative record, there is ample time in the current schedule to address that issue – if it arises in fact – without delaying the entire case.

Lastly, to the extent that any adjustment to the case schedule needs to be made, ConocoPhillips is opposed to Plaintiffs' proposed adjustment which would delay all of the merits briefing in this case to some yet-to-be-determined date in the future. That delayed schedule is both inefficient given the nearly identical NEPA and ESA claims in the CBD case, and prejudicial to ConocoPhillips as the longer litigation takes to reach conclusion, the more the project will be put at risk of delay and increased costs.[4] Any adjustment by the Court should therefore be limited to clarifying that Plaintiffs can pursue any NEPA claims *unique to the Corps* according to the schedule set forth by the Court for Plaintiffs' CWA claims.

Respectfully submitted this 10th day of March, 2021.

STOEL RIVES LLP

By: *s/ Jason T. Morgan*
    Ryan P. Steen (Bar No. 0912084)
    Jason T. Morgan (Bar No. 1602010)
    James C. Feldman (Bar No. 1702003)

    Attorneys for ConocoPhillips Alaska, Inc.

---

[4] *See* Dkt. No. 61-1.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:20-cv-00290-SLG who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| Brian Litmans | blitmans@trustees.org |
| Bridget Earley Psarianos | bpsarianos@trustees.org |
| Brook Brisson | bbrisson@trustees.org |
| Suzanne Bostrom | sbostrom@trustees.org |
| Caitlin Marie Cipicchio | ccipicchio@Enrd.usdoj.gov |
| Eric B. Fjelstad | efjelstad@perkinscoie.com |
| John Michael Ptacin | john.ptacin@alaska.gov |
| Rickey Doyle Turner , Jr | Rickey.Turner@usdoj.gov |
| Stacey M. Bosshardt | sbosshardt@perkinscoie.com |

*s/ Jason T. Morgan*
Jason T. Morgan

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

110053198.1 0028116-00157

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG     5