IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SOVEREIGN IÑUPIAT FOR A
LIVING ARCTIC, *et al.*,

    Plaintiffs,

  v.

BUREAU OF LAND
MANAGEMENT, *et al.*,

    Defendants,

  and

CONOCOPHILLIPS ALASKA, INC.,
*et al.*,

    Intervenor-Defendants.

Case No. 3:20-cv-00290-SLG

## ORDER RE JOINT STIPULATION REGARDING BRIEFING SCHEDULE

Before the Court at Docket 85 is the parties *Joint Stipulation Regarding Briefing Schedule, Request to Vacate Hearing*. In light of the Court's order at Docket 86, the request to vacate hearing is denied as moot. The joint stipulation regarding briefing schedule is GRANTED. The summary judgement briefing schedule shall be as follows:

1. Plaintiffs will submit their opening brief on or before April 23, 2021;

2. Defendants and Intervenor-Defendants will submit their briefs in opposition on or before May 26, 2021;

3. Plaintiffs will submit their reply brief on or before June 11, 2021; and

4. The parties will submit an appendix of the record on or before June 25, 2021.

DATED this 5th day of April, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00290 -SLG, *Sovereign Inupiat for a Living Arctic, et al. v. BLM, et al.*
Order re Joint Stipulation Regarding Briefing Schedule, Request to Vacate Hearing
Page 2 of 2
Case 3:20-cv-00290-SLG   Document 87   Filed 04/05/21   Page 2 of 2