# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00290-SLG |

## ORDER RE STATE OF ALASKA'S MOTION TO INTERVENE

Before the Court at Docket 92 is the *State of Alaska's Motion to Intervene* pursuant to Federal Rule of Civil Procedure 24. Plaintiffs responded with a non-opposition to the motion at Docket 94.[1] Federal Defendants take no position on the motion. Intervenor-Defendants do not oppose the motion.

Good cause being shown, it is ORDERED that the motion to intervene is GRANTED. The State of Alaska (State) is hereby admitted into this litigation as

---

[1] The Court notes Plaintiffs' statement that the timing of the State's intervention may necessitate an extension and/or overlength request for Plaintiffs' reply.

an intervenor-defendant with full rights of participation. The State shall file a clean copy of its Answer within 7 days of this order (*see* Docket 92-2).

Dated this 6th day of May, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00290-SLG, Sovereign Iñupiat for a Living Arctic, *et al.* v. BLM, *et al.*
Order re State of Alaska's Motion to Intervene
Page 2 of 2
Case 3:20-cv-00290-SLG   Document 96   Filed 05/06/21   Page 2 of 2