Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., NORTH SLOPE BOROUGH, and STATE OF ALASKA, <br><br> Intervenor-Defendants. | No.: 3:20-cv-00290-SLG |

**INTERVENOR-DEFENDANTS' JOINT RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO RESCHEDULE ORAL ARGUMENT**

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG        1

ConocoPhillips Alaska, Inc. ("ConocoPhillips") requested that the Court hold oral argument on the pending motions for summary judgment in the above-captioned case and in the related litigation, *Center for Biological Diversity v. BLM*.[1] The Court promptly granted the request and scheduled an in-person hearing for oral argument on June 30, 2021.[2] Citing the travel schedules of *two* of their *four* attorneys of record in this matter, Plaintiffs Sovereign Inupiat for a Living Arctic *et al.* ("SILA") seek to reschedule oral argument for no earlier than August 18, 2021.[3] For the reasons stated below, Intervenor-Defendants ConocoPhillips, North Slope Borough, and the State of Alaska respectfully oppose SILA's motion to reschedule.

ConocoPhillips has previously articulated the importance of having a decision from the Court well in advance of the 2021–2022 winter construction season and has consistently advocated for the expeditious resolution of this litigation from the outset.[4] All Intervenor-Defendants maintain that expeditious resolution is important. The oral argument date currently established by the Court will help facilitate the prompt resolution of the litigation. Although Intervenor-Defendants' strong preference is to maintain the

---

[1] Case No. 3:20-cv-00308-SLG; Dkt. 109.

[2] Dkt. 110.

[3] Dkt. 112 at 2.

[4] *See* Dkt. 61 (ConocoPhillips' proposed expedited briefing schedule); *see also* Dkt. 14 (joint motion to expedite consideration of motion for preliminary injunction); Dkt. 69 (ConocoPhillips' opposition to delaying merits briefing).

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

oral argument scheduled for June 30, 2021, they are not opposed to a minor delay to reasonably accommodate the parties' schedules. However, SILA's request that oral argument not occur prior to August 18, 2021 is both unreasonable and unnecessary.

SILA contends that it cannot argue the case any sooner than late August because of the staggered June and July vacations of two of their four attorneys of record in this litigation.[5] But the vacation of a single attorney does not prevent one of SILA's three other lawyers from arguing the case. For comparison, the undersigned attorney for ConocoPhillips is ConocoPhillips' lead counsel in this matter and will be unavailable in most of July and August. Nonetheless, ConocoPhillips can be prepared to appear at oral argument with their other counsel of record. Despite SILA's preferences to the contrary, there is no justification for delaying oral argument until *all* of SILA's attorneys are present.

Similarly, the fact that one of SILA's attorneys has an argument before the Ninth Circuit in August does not justify blocking out oral argument for the entirety of July.[6] Indeed, ConocoPhillips' counsel must also prepare for a Ninth Circuit argument scheduled for July 28, and is nonetheless able to argue this case in early July.[7]

---

[5] Dkt. 112 at 2.

[6] *See id.* (indicating Ms. Psarianos has a Ninth Circuit argument on August 4 for which she needs to prepare upon returning to the office on July 7).

[7] *See Native Village of Nuiqsut v. BLM*, No. 20-35224.

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG                      3

**STOEL RIVES** LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

If the Court is inclined to reschedule oral argument, Intervenor-Defendants suggest that argument be rescheduled for the week of July 5th or July 12th should the Court's calendar permit.[8] Based on the representations in the parties' filings, it would appear that Ms. Psarianos, Ms. Bostrom, Federal Defendants, and plaintiffs' counsel in *Center for Biological Diversity v. BLM* are all available the week of July 12th.[9]

For the reasons stated above, Intervenor-Defendants respectfully request that the Court deny SILA's motion to reschedule oral argument. In the alternative, Intervenor-Defendants request that the Court reschedule oral argument for as early as possible in July 2021.

DATED: June 21, 2021.

STOEL RIVES LLP

By: */s/ Ryan P. Steen*
RYAN P. STEEN (Bar No. 0912084)
JASON T. MORGAN (Bar No. 1602010)
JAMES C. FELDMAN (Bar No. 1702003)
Attorneys for ConocoPhillips Alaska, Inc.

---

[8] ConocoPhillips' counsel has oral argument before the Ninth Circuit in *Native Village of Nuiqsut v. BLM* scheduled for July 28, 2021, and would prefer to not argue both cases in the same week, but is willing to do so if this is the only time available to the Court.

[9] Dkt. 112 at 2-3; *see also Center for Biological Diversity v. BLM*, Case No. 3:20-cv-00308-SLG, ECF No. 108. Counsel for CBD Plaintiffs suggests that they are not available on July 15 and 16. ConocoPhillips would also prefer argument earlier in the week of July 12 (should it be rescheduled to that week). However, if schedules so require, it is reasonable to schedule it on July 15 or 16. ConocoPhillips' counsel also must prepare for the Ninth Circuit argument referenced by CBD's counsel and does not believe that argument in this case any time during the week of July 12 will unreasonably interfere with that preparation. ConocoPhillips also notes that CBD has three counsel of record in this case, any of whom could appear at oral argument.

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG                4

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

Case 3:20-cv-00290-SLG   Document 113   Filed 06/21/21   Page 4 of 6

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

/s/ *Tyson C. Kade (with permission)*
Tyson C. Kade, D.C. Bar # 1018014, *Pro Hac Vice*
Jonathan D. Simon, Alaska Bar # 0911069
Melinda L. Meade Meyers, Alaska Bar # 2006053
VAN NESS FELDMAN, LLP
1050 Thomas Jefferson Street, NW
Seventh Floor
Washington, DC 20007
Tel.: 202.298.1800
Fax: 202.338.2416
Email: tck@vnf.com
jxs@vnf.com
mmeademeyers@vnf.com

*Counsel for North Slope Borough*

TREG R. TAYLOR
ATTORNEY GENERAL

By: */s/ Ronald W. Opsahl (with permission)*
Ronald W. Opsahl
Senior Assistant Attorney General
Alaska Bar No. NA20118
John M. Ptacin
Chief Assistant Attorney General
Alaska Bar No. 0412106
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: john.ptacin@alaska.gov
ron.opsahl@alaska.gov

*Attorneys for the State of Alaska*

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG     5

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:20-cv-00290-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Ryan P. Steen*
Ryan P. Steen

111350854.1 0028116-00157

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

*Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*
Case No. 3:20-cv-00290-SLG 6