JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
CAITLIN CIPICCHIO
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-305-0503
caitlin.cipicchio@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al*., <br> Federal Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., *et al.*, <br> Intervenor-Defendants. | Case No. 3:20-cv-00290-SLG |

### DEFENDANTS' NOTICE OF FILING SECOND
### SUPPLEMENT TO BLM'S ADMINISTRATIVE RECORD

Federal Defendants, by and through undersigned counsel, hereby provide notice of

filing a Second Supplement to the Administrative Record of the U.S. Bureau of Land

Management ("BLM").  This Supplement is supplied pursuant to a request from plaintiffs

Center for Biological Diversity, *et al.*, in the related case (3:20-cv-308) at oral argument

on July 12, 2021.  The supplement consists of the oil and gas leases comprising the area

*Sovereign Iñupiat for a Living Arctic v. BLM*, 3:20-cv-290-SLG                                   1

covered by the Willow Project challenged in this case.  Each lease states that it "grant[s]

the exclusive right to drill for, mine, extract, remove and dispose of all the oil and gas

(except helium) in the lands described" and "the right to build and maintain necessary

improvements."  *See, e.g.*, AR400001.  A declaration certifying the contents of the

Second Supplement to BLM's Administrative Record is filed herewith as Exhibit 1. An

index of the Second Supplement to BLM's Administrative Record is filed herewith as

Exhibit 2.  BLM's Second Supplement is filed herewith as Exhibits 3-4.  Counsel for all

parties will receive their copies of the Supplement via ECF.

Respectfully submitted this 16th day of July, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

 /s/ Caitlin Cipicchio
CAITLIN CIPICCHIO
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-305-0503
202-305-0506 (fax)
caitlin.cipicchio@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, a copy of the foregoing was served by
electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Caitlin Cipicchio*
Caitlin Cipicchio