# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC. *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00290-SLG |

**ORDER RE PLAINTIFFS' AND FEDERAL DEFENDANTS' JOINT MOTION TO STAY BRIEFING AND FOR SUBMISSION OF ADDITIONAL MATERIALS FOR ATTORNEYS' FEES AND EXPENSES**

Upon consideration of the *Plaintiffs' and Federal Defendants' Joint Motion to Stay Briefing and for Submission for Additional Materials for Attorneys' Fees and Expenses* at Docket 128, IT IS ORDERED that the motion is GRANTED.

Briefing on and submission of additional or modified materials supporting or contesting Plaintiffs' motion for attorney's fees (Docket 127) is STAYED for 90 days. Plaintiffs and Federal Defendants shall file a status report on or before 90

days from the date of this order, advising the Court of the status of their settlement negotiations.

DATED this 18th day of November, 2021 at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00290 -SLG, *Sovereign Inupiat for a Living Arctic, et al. v. BLM, et al.*
Order re Joint Motion to Stay Briefing and for Submission of Additional Materials for Attorneys' Fees and Expenses
Page 2 of 2
Case 3:20-cv-00290-SLG   Document 129   Filed 11/18/21   Page 2 of 2