TREG R. TAYLOR
ATTORNEY GENERAL

Mary Hunter Gramling (Alaska Bar No. 1011078)
Chief Assistant Attorney General
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Emails: mary.gramling@alaska.gov
 ron.opsahl@alaska.gov

*Attorneys for the State of Alaska*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS, ALASKA, INC., *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00290-SLG<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

The undersigned counsel, pursuant to Local Rule 11.1(c)(5), gives notice that

Mary Hunter Gramling substitutes in for John M. Ptacin as counsel of record for the

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.*     Case No. 3:20-cv-00290-SLG
State's Notice of Withdrawal and Substitution of Counsel     Page 1 of 3

Case 3:20-cv-00290-SLG   Document 130   Filed 11/24/21   Page 1 of 3

State of Alaska. The State of Alaska continues to be represented by Ronald W. Opsahl.

All parties to this action have been notified of this withdrawal and substitution.

DATED: November 24, 2021.

          TREG R. TAYLOR
          ATTORNEY GENERAL

     By: /s/ Ronald W. Opsahl
        Ronald W. Opsahl (Alaska Bar No. 2108081)
        Senior Assistant Attorney General
        Mary Hunter Gramling
         (Alaska Bar No. 1011078)
        Chief Assistant Attorney General
        Department of Law
        1031 West Fourth Avenue, Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5232
        Facsimile: (907) 276-3697
        Emails: ron.opsahl@alaska.gov
            mary.gramling@alaska.gov

        *Attorneys for the State of Alaska*

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.*  Case No. 3:20-cv-00290-SLG
State's Notice of Withdrawal and Substitution of Counsel  Page 2 of 3

Case 3:20-cv-00290-SLG Document 130 Filed 11/24/21 Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify on **November 24, 2021,** I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification and electronic service of the same to all counsel of record.

/s/ Leilani J. Tufaga
Law Office Assistant II

*Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.*     Case No. 3:20-cv-00290-SLG
State's Notice of Withdrawal and Substitution of Counsel     Page 3 of 3

Case 3:20-cv-00290-SLG   Document 130   Filed 11/24/21   Page 3 of 3